## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LARRY SHARP, DAVEY DOCKENS, and JASON PALMER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, f/k/a Chrysler Group, a Delaware corporation, STELLANTIS N.V., a Dutch corporation, and CUMMINS INC., an Indiana corporation,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

## INDEX OF EXHIBITS

| 1 | Zach Butler, *NHTSA Probes Cummins-Equipped Diesel Ram HD Trucks Over Fuel Pump, Stalling Issues: News*, TFLTRUCK (Oct. 19, 2021), https://tfltruck.com/2021/10/diesel-ram-hd-fuel-pump-nhtsa-probe-news/ |
|---|---|
| 2 | NHTSA ODI Resume, Inv. No. PE 21-021, *available at* https://static.nhtsa.gov/odi/inv/2021/INOA-PE21021-2820.PDF |
| 3 | Epsilon Plus, Forum post #10 re: "CP4 Fuel pump failure at 7200 miles and 6 months into ownership of my 2020 Ram 2500," HDRAMS.COM (Sept. 28, 2020), https://hdrams.com/forum/index.php?threads/cp4-fuel-pump-failure-at-7200-miles-and-6-months-into-ownership-of-my-2020-ram-2500.2740/ |
| 4 | NHTSA ID No. 10838539 |
| 5 | Truck & Engine Manufacturers Association (EMA) membership webpage, http://www.truckandenginemanufacturers.org/companies/ (last accessed Feb. 25, 2020) |
| 6 | Jared B, *Ram Moves Away From The CP4.2 Injection Pump For 2021:* |

|   | |
|---|---|
|   | *Good News For Future Buyers...*, MOPARINSIDERS.COM (Dec. 24, 2020), https://moparinsiders.com/ram-moves-away-from-the-cp4-2-injection-pump-for-2021/ |
| 7 | https://www.bosch-mobility-solutions.com/en/products-and-services/passenger-cars-and-light-commercial-vehicles/powertrain-systems/common-rail-system-piezo/ (last accessed Mar. 17, 2020) |
| 8 | DieselHub, *6.7L Cummins Turbodiesel*, https://www.dieselhub.com/cummins/6.7-cummins-isb.html (last visited Oct. 22, 2021) |
| 9 | Tomasz Osipowicz, *Testing of Modern Fuel Injection Pumps*, 15 TEKA COMM'N OF MOTORIZATION AND ENERGETICS IN AGRICULTURE 57-60 (2015), available at http://www.pan-ol.lublin.pl/wydawnictwa/TMot15_1/Osipowicz.pdf |
| 10 | Mateusz Bor, et al., *Analysis of Hypocycloid Drive Application in a High-Pressure Fuel Pump*, 118 MATEC WEB OF CONFERENCES: VII INTERNATIONAL CONGRESS ON COMBUSTION ENGINES, 00020 (2017), available at https://www.matec-conferences.org/articles/matecconf/pdf/2017/32/matecconf_icce2017_00020.pdf |
| 11 | Arlen Spicer, *Diesel Fuel Lubricity Additives: Study Results*, THE DIESEL PLACE (Aug. 26, 2007), available at http://www.jatonkam35s.com/DeuceTechnicalManuals/Diesel_fuel_additive_test.pdf |
| 12 | Truck & Engine Manufacturer's Ass'n ("EMA"), EMA Consensus Position Pump Grade Specification (Apr. 22, 2002), available at http://www.truckandenginemanufacturers.org/articles/article.asp?DOCUMENT_ID=12557&F_PG=2&F_ARTICLE_ID=11 |
| 13 | EMA, *North American Ultra Low Sulfur Diesel Fuel Properties* (Aug. 18, 2005), available at http://www.truckandenginemanufacturers.org/articles/article.asp?DOCUMENT_ID=12560&F_PG=2&F_ARTICLE_ID=11 |
| 14 | Joint FIE Manufacturers, *Fuel Requirements for Diesel Fuel Injection Systems: Diesel Fuel Injection Equipment Manufacturers: Common Position Statement 2009* (Sept. 2009), available at http://www.globaldenso.com/en/topics/files/common_position_paper.pdf |
| 15 | Steven Hardison & Adam Pearce, *July 2014 Summary of Fuel Injection Equipment with Respect to Diesel Fuel Filtration* at i, PARKER RACOR & AVL (Jan. 7, 2015), available at https://www.parker.com/literature/Racor/RSL0194%20Rev%20-%20(TAP_AVL-Fuel-Study-Racor).pdf |
| 16 | U.S. Energy Information Administration, *Diesel fuel explained: Where our diesel comes from*, available at https://www.eia.gov/energyexplained/diesel-fuel/where-our-diesel-comes-from.php (last updated June 12, 2019) |

| | |
|---|---|
| 17 | *Infineum Worldwide Winter Diesel Fuel Quality Survey 2014* at 6-7, INFINEUM INT'L LTD. (2014), available at https://www.infineuminsight.com/media/1094/wdfs-2014-intro-and-trends.pdf |
| 18 | *Infineum Worldwide Winter Diesel Fuel Quality Survey 2018*, INFINEUM INT'L LTD. (2018), available at https://www.infineuminsight.com/media/2228/infineum-wdfqs-2018-v10-14112018.pdf |
| 19 | Rick Chapman, *Why Fuel Quality Standards are Important, STI Webinar – Petroleum Storage Tank Maintenance*, INNOSPEC (Dec. 18, 2013), available at https://www.steeltank.com/Portals/0/Shop%20Fab/12.18.13STI%20webinar%20Fuel%20Specs%20FINAL.pdf |
| 20 | NHTSA, *ODI Resume for Investigation No. EA 11-003* (Feb. 7, 2011), https://static.nhtsa.gov/odi/inv/2011/INOA-EA11003-5971.PDF |
| 21 | Excerpts from Bosch submission to NHTSA entitled INRD-EA11003-59428 |
| 22 | March 7, 2011 Bosch submission to NHTSA in response to Inquiry No. INRD-EA11003, document entitled, "INRD-EA11003-59347P.pdf" |
| 23 | May 2012 Bosch submission to NHTSA in response to Inquiry No. INRD-EA11003, document entitled, "INRD-EA11003-59334P.pdf" |
| 24 | July 27, 2012 Bosch submission to NHTSA in response to Inquiry No. INRD-EA11003, document entitled, "INRD-EA11003-59345P.pdf" |
| 25 | "3 Months Old—Fuel Pump Implosion, DIESELJEEPS.COM (Aug. 20, 2014), available at https://www.dieseljeeps.com/threads/3-months-old-fuel-pump-implosion.830/ |
| 26 | "Major Fuel Problem," DIESELRAMFORUM.COM (Oct. 28, 2014), available at https://www.dieselramforum.com/forum/2014-ram-1500-ecodiesel-troubleshooting/6330-major-fuel-problem.html |
| 27 | "Anyone have to have their fuel system completely rebuilt on their EcoDiesel?," RAM1500DIESEL.COM (Dec. 21, 2015), available at https://www.ram1500diesel.com/forum/ram-1500-diesel-mechanical/9347-anyone-have-have-their-fuel-system-completely-rebuilt-their-ecodiesel.html |
| 28 | "High Pressure Fuel Pump Implosion," RAM1500DIESEL.COM (Dec. 6, 2017), available at https://www.ram1500diesel.com/forum/ram-1500-diesel-mechanical/11039-high-pressure-fuel-pump-implosion.html |
| 29 | "2016 Ram 1500 Owner Comments," CARCOMPLAINT.COM (Sept. 24, 206), available at https://www.carcomplaints.com/Ram/1500/2016/fuel_system/entire_fuel_system_failure.shtml |
| 30 | "High Pressure Diesel Pump," ECODIESELRAM.COM (Sept. 20, 2016), available at https://www.ecodieselram.com/forum/threads/high-pressure-diesel-pump.1004/ |

| | |
|---|---|
| 31 | "Injector pump failure.....common?," JEEPGARAGE.ORG (Feb. 11, 2017), available at https://jeepgarage.org/f222/injector-pump-failure-common-124178.html |
| 32 | "HPFP Failure," Ram1500Diesel.com (Dec. 6, 2017), available at https://www.ram1500diesel.com/forum/ram-1500-diesel-general-discussion/48217-hpfp-failure.html |
| 33 | "Edmund's test update. uh oh," RAM1500DIESEL.COM (Apr. 8, 2015), available at https://www.ram1500diesel.com/forum/ram-1500-diesel-general-discussion/5492-edmunds-test-update-uh-oh.html |
| 34 | Dan Edmunds, Director of Edmunds Vehicle Testing, *2014 Ram 1500 EcoDiesel Long-Term Road Test*, EDMUNDS.COM (Mar. 3, 2015), available at https://www.edmunds.com/ram/1500/2014/long-term-road-test/2014-ram-1500-ecodiesel-back-in-service.html |
| 35 | "Seven Engines to Avoid Like The Plague," MSN.COM, Apr. 16, 2018, available at https://www.msn.com/en-ca/autos/research/seven-engines-to-avoid-like-the-plague/ar-AAvS762?li=AAggNb9#page=7 |
| 36 | "Cp4 injector pump Failure," HDRAMS.COM (June 22, 2020), https://hdrams.com/forum/index.php?threads/cp4-injector-pump-failure.2142/ |
| 37 | "Injector Pump on a 2020 failure," CUMMINSFORUM.COM (Aug. 3, 2020), https://www.cumminsforum.com/threads/injector-pump-on-a-2020-failure.2531748/ |
| 38 | "2020 Ram 2500 CP 4 Failure," RAMFORUM.COM (May 19, 2020), https://www.ramforum.com/threads/2020-ram-2500-cp-4-failure.161696/ |
| 39 | "CP4 pending service solution discussion thread," HDRAMS.COM (Sept. 8, 2021), https://hdrams.com/forum/index.php?threads/cp4-pending-service-solution-discussion-thread.6668 |
| 40 | Cummins, *6.7 Turbo Diesel Engine for Ram*, https://www.cummins.com/engines/pickup-truck/67l-engine-ram-2500-and-3500 (last visited Oct. 21, 2021) |
| 41 | Cummins, *Cummins 6.7L Turbo Diesel (2021)*, https://www.cummins.com/engines/cummins-67l-turbo-diesel-2021 (last visited Oct. 21, 2021) |
| 42 | FCA US LLC, *2019 RAM 2500/3500 Warranty Information – Diesel* (2018), available at https://msmownerassets.z13.web.core.windows.net/assets/publications/en-us/Ram/2019/2500/3566507-2019-RAM-25_35-Diesel_Generic_Warranty-1st.pdf |