# EXHIBIT 1

Case 2:21-cv-12497-LVP-CI   ECF No. 1-2, PageID.163   Filed 10/22/21   Page 2 of 4

# NHTSA Probes Cummins-Equipped Diesel Ram HD Trucks Over Fuel Pump, Stalling Issues: News

There is no official recall on the issue just yet

By **Zach Butler**  -  October 19, 2021



Cummins-equipped Ram HD owners are reporting problems with the engine's high-pressure fuel pump. (Images: Stellantis)

## The NHTSA received 22 complaints from diesel Ram HD owners so far.

Within the past week, the National Highway Traffic Safety Administration opened an investigation into reported high-pressure fuel pump failures on diesel Ram heavy-duty trucks. More specifically, the Office of Defects Investigation notes 22 complaints and 2 field reports noting power loss, mostly while traveling above 25 MPH. Not only did the truck stall at speed according to these reports, but the incidents resulted in "permanent disablement of the vehicle."

The agency pointed to Stellantis' (then Fiat Chrysler Automobiles, or FCA) efforts to gather information on the problem. The bulletin,

numbered D-19-02, announced a "Fast Feedback Program" to dealers. As part of that program, they were advised to "collect, monitor and correct quality issues" where they arose on current-generation, model year 2018-2020 Ram HD trucks equipped with the 6.7-liter Cummins turbodiesel.

Potentially affected trucks are fitted with Bosch CP4.2 asymmetrical cam injection pumps, part number 0445-020-609. As *Mopar Insiders* points out, Ram switched to a new symmetrical CP4.2 pump in late 2020, reportedly in a bid to solve the issue alluded to in the bulletin.

At this point, neither the NHTSA nor Stellantis have launched a recall to address the alleged issue.



*Ram HD Night Edition.*

The high-pressure fuel pump complaint on diesel Ram HDs could affect approximately 604,651 trucks. That includes the entire 2019-2020 HD lineup, from Ram 2500 and 3500 pickups through 4500 and 5500 Chassis Cabs. This issue does not affect 6.4-liter Hemi gas V8 models, nor has the NHTSA noted any accidents, injuries or fatalities as a result of the reported incidents.

At time of writing, Ram has not given a public statement, but TFLtruck will provide further updates as more information is available.

*Article update October 19, 2021: Added high-pressure fuel pump part and update information.*

### Zach Butler

Zach Butler is the Managing Editor for TFLcar.

**ALSO ON THE FAST LANE TRUCK**

| Video: I Finally Tow with the 2022 Ford … | Here's A Clearer Look At The 2023 Ford … | Video: Buha Jeep: I Test |
|---|---|---|
| 16 days ago • 74 comments | 2 days ago • 44 comments | 14 days ago • 20 |
| Video: I Finally Tow with the 2022 Ford Maverick - and It's Completely Not What I | New shots via Ranger6G forums show the 2023 Ford Ranger in three different … | Here's a bizarre video for you: A Russian Buhan |