# EXHIBIT 2



**U.S. Department of Transportation**

**National Highway Traffic Safety Administration**

# ODI  RESUME

| | |
|---|---|
| **Investigation:** | PE 21-021 |
| **Date Opened:** | 10/14/2021 |
| **Investigator:** | Daniel Pinero          **Reviewer:**   Bruce York-B |
| **Approver:** | Stephen Ridella |
| **Subject:** | High pressure fuel pump failure |

## MANUFACTURER & PRODUCT INFORMATION

| | |
|---|---|
| **Manufacturer:** | Chrysler (FCA US, LLC) |
| **Products:** | 2019-2020 MY RAM 2500-5500 |
| **Population:** | 604,651 (Estimated) |

**Problem Description:**   High pressure fuel pump failure leading to stall/loss of motive power.

## FAILURE REPORT SUMMARY

| | ODI | Manufacturer | Total |
|---|---|---|---|
| **Complaints:** | 22 | TBD | 22 |
| **Crashes/Fires:** | 0 | TBD | TBD |
| **Injury Incidents:** | 0 | TBD | TBD |
| **Number of Injuries:** | 0 | TBD | TBD |
| **Fatality Incidents:** | 0 | TBD | TBD |
| **Number of Fatalities:** | 0 | TBD | TBD |
| **Other*:** | 2 | TBD | 2 |

***Description of Other:** Field Reports

## ACTION / SUMMARY INFORMATION

**Action:**    A Preliminary Evaluation has been opened.

**Summary:**

The Office of Defects Investigation (ODI) has received 22 complaints and 2 field reports alleging incidents of stall/loss of motive power as a result of high pressure fuel pump failures in certain model year (MY) 2019-2020 RAM 2500, 3500, 4500 and 5500 heavy duty trucks equipped with 6.7L Cummins turbodiesel engines. An ODI review of the complaints found that most stall/loss of motive power incident allegations occurred at speeds above 25 MPH and resulted in permanent disablement of the vehicle.

In November 2019, FCA issued Warranty Bulletin D-19-02 (subsequently revised six times) to announce to its dealers a  "Fast Feedback Program" wherein they were notified of a campaign to 'collect, monitor and correct quality issues' on certain MY 2018-2020 Ram trucks equipped with the 6.7L Cummins engine. As a result of this campaign high pressure fuel pumps have been collected and inspected by the manufacturer and pump manufacturer.

ODI is opening this investigation to further assess the scope, frequency, root cause, and potential safety-related consequences of the alleged defect leading to stall/loss of motive power on 2019-2020MY RAM heavy duty trucks.

The ODI reports cited above can be viewed on NHTSA.gov under the following reference numbers:
11351441, 11361603, 11361616, 11365300, 11365426, 11365858, 11366401, 11372337, 11373793, 11374797, 11376793, 11378173, 11384377, 11386063, 11387018, 11399710, 11402550, 11415339, 11418868, 11418870, 11427075, 11434276