# EXHIBIT 3



needed. Shortly after that the truck started to lose power and another warning appeared regarding a Service Electronic Ignition was needed and then the truck went into limp mode.

I was able to get across three lanes of freeway traffic before barely being able to make it off the freeway. I was able to find a relatively safe area to pull over and turned the truck off. It wouldn't then restart so we were stranded about 200 miles from Las Vegas. I called Ram roadside assistance from the truck and arranged a tow of my truck and trailer to the closest Ram dealer. We were extremely fortunate that there was a dealership only three miles away. We were charged $150 to tow the trailer 3 miles. Since this was Sunday afternoon, their service department was closed, so we just dropped it off there.

Then we took an Uber to a hotel room for the night (my wife and son were with me). The next morning we rented a car so we could drive home but first I called the dealership to check in with them. The receptionist was pretty nonchalant about the fact that my six month old truck with 7200 miles had just stranded us 200 miles from home. She said that they were busy with appointments and would get to it eventually and probably contact me on Wednesday with an update. I didn't find this to be acceptable so I insisted on talking with a service rep who was Jason. He gave me pretty much the same answer. Since we had left some of our stuff in the truck, we dropped by the dealership (Victorville Ram Truck Center in Victorville), and spoke in person with Jason. He acted like he was very indifferent to the fact that we were stranded and didn't bother doing anything to assist us getting home or getting our trailer taken care of. He told me Ram would cover $35 a day in car rental. The one way car rental to get us back to Las Vegas was $135 or so.

So we left and drove to Las Vegas on Monday morning. On Monday afternoon I rented a 3/4 ton pickup and left early on Tuesday morning and drove to Victorville to get my trailer. I met again with Jason, who again didn't even apologize once for the inconvenience of this whole episode. He did however inform me that the failure was due to the CP4 fuel pump failing and that it was all covered under warranty. They would have to order $15k worth of parts since metal shards are all through the fuel system. I was able to haul the trailer back home without incident.

We then contacted Ram Care (I think that's what it is called) and have a case number assigned. As of Friday afternoon (today) We have yet to talk with anyone to actually move things forward as to how Ram is going to handle this. I have incurred several expenses directly related to the truck breaking down - a towing expense for the trailer (there was no charge to tow the truck), a hotel room for the night, a car rental to get us home, a truck rental to retrieve my trailer (along with the diesel expense) and the Uber expenses as well. We also had to pay our pet-sitter an additional night (we were very fortunate that she was able to stay an additional night).

I have called my Case Manager (Sara) multiple times in the last 3 days and have yet to hear back. She is always busy and not able to come to the phone and has not yet returned my calls. I have also emailed her today, but so far no response.

I have also reached out to Mark on this forum with Ram Cares and he has replied, but obviously it's not anything he is responsible for handling.

I also have a couple of questions regarding the repair for Ram Customer Care:
Are they going to simply replace the failed CP4 with another CP4 unit, or



will they be replacing it with a CP3 unit - this would be my preference by far.
How do I go about getting reimbursed for the out of pocket expenses resulting from this episode? Will they even do that??
I would also like the truck to be shipped from Victorville to a Las Vegas Ram dealer once the service is complete rather than expecting me to drive 200 miles to go pick it up.

Anyway, that's the status of things so far on a Friday afternoon. No one has contacted me so far to update me on anything.

Epsilon Plus and sisupower





sisupower
New Member
Joined:        Aug 30, 2020
Messages:              17
Reaction score:        22

Sep 25, 2020                                    #2

cobradvm said: ⤴

Hi all, I posted a little about this in another thread, but rather than hijack someone else's thread I thought I'd post my own experience with this. I'm also going to be updating this to let others know how Ram customer service handles this.

Click to expand...

This is very unfortunate man. I hate to hear you got stuck with a dealer who sounds like they don't give a crap about travelers! All the dealers around me that I know of put travelers top priority to get them done ASAP! They also help with trailers in any way. Wish it was a different way for you but please keep us updated in this. Hope Ram will step up and help out!

Sent from my iPhone using Tapatalk Pro

Great White North Eh



Deleted member 80
Guest

Sep 25, 2020                                    #3

Sorry for your troubles. Chance of a CP3=0.00, IMHO. They have gone to the new pump lobe, which is less aggressive in profile. One could ASS-ume this may be less stress on the roller followers, which MAY mean a bit better longevity. This whole CP4 thing is a real bummer.



LossPrev
Member
Joined:        Feb 19, 2020
Messages:              70

Sep 25, 2020                                    #4

I feel bad for you man! I would be furious and probably trade it in for a GM instantly if this happened to me. After some internal debate I decided to start running Opti-lube XPD fuel additive, especially while towing.

I suggest looking into AAA or an AMA(American Motorcycle Association) membership. They have trailer tow coverage built in. I personally just keep

Reaction score: 88

my AMA membership, for $50-$60 bucks a year it has some great benefits.

**Rich** — Banned Member
Joined: Feb 3, 2020
Messages: 2,240
Reaction score: 1,092

Sep 25, 2020  #5

Ok, first of all, don't go buy a Chevy or ford, customer service and dealerships suck all over the world but you can't beat a ram product. I agree, the cp4 is junk and they should of done ALOT more research before using all if us as guinea pigs, come on fca stegantitous or whatever your name is now, recall. The last time I commented on your story it got me so upset that i said a few curse words on this family friendly site. I was disciplined as i seam to be that guy and im ok with that , but good gracious, your story deserves some expletives thrown around. These people up in there high rise pent house sweets dont seam to give a rip about our inconveniences, like dog sitters and hotel costs, extra fuel receipts, food , and off coarse they never pay out for stress and anguish. I guess that's what law suites are for, but dag gumm it, why does it have to come to that, or potentially worse. I hope and pray that never happens to me but i to am at 7000 miles and am very near Vegas, so I hope somebody isn't out there with a voodoo doll of me and my truck jinxing me with bad luck, if i do get it by the way, i know your out there     . I don't know how else to express my sympathy for you and your family, that's a very scary situation to be put in for a child. As of now, i can't relate but i feel for you cobra.
As far as the cp3 , good luck, i wish we had a choice. Probably they will just give you the updated big single dimple cp4 , so it's not like your going to sleep easier with that one installed. I continue to listen to your storey and progress while breaking all the forum rules in the privacy of my home, and there ain't nothing the man can do about that, no matter how brutal they may be, i will strand up against inequality.     fingers crossed for you , keep the pressure on, and don't take no junk, and please tel your story

akavaman



**2Many12Valves** — Member
Joined: Sep 10, 2020
Messages: 76
Reaction score: 70

Sep 25, 2020  #6

What a big inconvenience glad you're OK, I hope they have you up and running soon. I'll be watching this thread very closely as I join this forum so I could catch up on the new 2021 ram 3500. As a business owner I know that problems come up it's how you handle them, let's see how FCA handles the situation you are now in... Keep us posted!



**str_8_shot** — Member
Joined: Sep 28, 2020
Messages: 53
Reaction score: 53

Sep 28, 2020  #7

Sorry to hear that, we're in the same boat...The parts to replace/repair CP4 fuel system are not available ( so I've been told) My RAM 2500 has been in the shop since July 23rd waiting on parts... Service manager said they're not expect in until November 23rd. Mine made it 6,200 miles before it exploded.

FCA will do nothing to help you, they ignored my 4 request to have the vehicle replaced. Even with FCA knowing they can't fix it until November. No rental car, no loaner, no nothing!

cummins2020



Sep 28, 2020  #8

str_8_shot said: ⊕

Sorry to hear that, we're in the same boat...The parts to replace/repair CP4





**D**
Deleted member 80
Guest

Sep 28, 2020    #15

From 1989 to 2018 they slowly built good-will for the Dodge, now Ram brand by leveraging the Cummins "C". Now they are beginning to whizz it away due to a 100% bean counter decision to run the known pos CP4. It is unbelievable to me. Plus the recall to reflash the C&C engines to rectify an "oiling issue". GMAB. I am sorry to say, the 6.7, especially the CGI version, is not cut from the same bolt of cloth as the overbuilt 5.9 was.

On Edit: I forgot the huge mis-step of the non-DEF, heavy EGR emissions strategy on the 07.5-12 6.7. Weak rods. Another stumble by Cummins.

Ram and Cummins had better get their act together, or this could really snowball.

Last edited by a moderator: Sep 28, 2020

cummins2020, sisupower, Epsilon Plus and 1 other person

**R**
Rich
Banned Member
Joined:          Feb 3, 2020
Messages:              2,240
Reaction score:        1,092

Sep 28, 2020    #16

1HasBeen said: ↑

From 1989 to 2018 they slowly built good-will for the Dodge, now Ram brand by leveraging the Cummins "C". Now they are beginning to whizz it away due to a 100% ben counter decision to run the known pos CP4. It is unbelievable to me. Plus the recall to reflash the C&C engines to rectify an "oiling issue". GMAB. I am sorry to say, the 6.7, especially the CGI version, is not cut from the same bolt of cloth as the overbuilt 5.9 was.

Preach it brother , I feel yah. We all ought to be cursing from the mental anguish of the lack of fca response

cummins2020, sisupower and str_8_shot


Epsilon Plus
Well-Known Member
Joined:          Sep 11, 2020
Messages:                583
Reaction score:          990

Sep 28, 2020    #17

str_8_shot said: ↑

I hired an attorney, but only after asking FCA 4 times to settle without one. FCA ignored me and forced me to hire an attorney, as the wouldn't even discus this matte with me.

Then after I retained an attorney, they made an offer through the attorney "the would do MSRP exchange, but wouldn't pay attorney fees" the attorney they forced me to hire, because they denied escalating my case.

Well I suppose it's good to know they are willing to settle in some capacity. I think they are afraid to recall or give an inch because they know it's millions in cost to rectify. They are playing the GM game of gambling that fighting it case by case and hoping people fatigue out will be cheaper than a full recall.

Since this issue can stall the truck and leave it stranded, I'm hoping the NHTSA gets involved. A judge in the Texas peeps vs GM Duramax CP4 suit has already stated it's a safety concern to set precedent:

> The Court went on to roundly reject GM's "suggestion" that the risk of catastrophic CP4 failure did not present an inherent safety risk:
> "The worst case scenario of a truck spontaneously stalling at high speeds is not a mere inconvenience. Nor is it a mere inconvenience to spend between $8,000 to $20,000 on repairs to make the trucks fit for their ordinary purpose. The Court rejects GM's suggestion that the risk of spontaneous engine failure while driving is not, as a matter of law, unreasonably dangerous, depriving the





