# EXHIBIT 4

Safety Issue Type: Complaints

February 26 2016   NHTSA ID Number: 10838539

Components: POWER TRAIN

NHTSA ID Number     10838539

Incident Date   February 26 2016

Consumer Location   DALLAS, TX

Vehicle Identification Number   1C6RR7PM1FS******

## Complaint Summary

CRASH     No
FIRE      No
INJURIES  0
DEATHS    0

THE VM MOTOR HAS NUMEROUS FAILURES RESULTING FROM THE CAMSHAFT GEAR ON THE FUEL PUMP SIDE OF THE MOTOR SLIPPING AND CAUSING CATASTROPHIC ENGINE FAILURE. THESE PROBLEMS WILL OCCUR GENERALLY AFTER 70K MILES. THERE IS A PROCESS CURRENTLY PERFORMED BY D&J DIESEL IN MIDVALE UTAH TO PERMANENTLY FIX THIS PROBLEM. ECODIESEL OWNERS PAID A PREMIUM FOR THE DIESEL UPGRADE SINCE DIESEL MOTORS ARE RENOWN FOR THEIR LONGEVITY. THIS ACHILLES HEAL MARRING THE RELIABILITY AND CAUSING AN UNSAFE TIME BOMB SHOULD HAVE BEEN ADDRESSED BY THE MANUFACTURER TO RECALL THE VEHICLES. THUS FAR RAM HAS NOT TAKEN ACTION. ATTACHED ARE A FEW LINKS DESCRIBING FAILURES.

HTTP://WWW.PIRATE4X4.COM/FORUM/GENERAL-CHIT-CHAT/2242010-REAL-WORLD-ECODIESEL-RELIABILITY-SO-FAR-4.HTML

HTTP://WWW.ECODIESELRAM.COM/FORUM/THREADS/ENGINE-FAILURE-148000-MILES.478/

HTTP://WWW.RAM1500DIESEL.COM/FORUM/RAM-1500-DIESEL-GENERAL-DISCUSSION/5710-MY-DEALER-HAS-2-BLOWN-ECODIESEL-TRUCKS-2.HTML

HTTP://WWW.RAM1500DIESEL.COM/FORUM/RAM-1500-DIESEL-MECHANICAL/8564-ECO-DIESEL-ENGINE-FAILURES.HTML

HTTP://WWW.RAM1500DIESEL.COM/FORUM/RAM-1500-DIESEL-MECHANICAL/7275-2014-RAM-LOUD-TICKING-NOISE-ENGINE-MAYBE-CAMSHAFT-BEARING-FAILURE.HTML

HTTP://WWW.RAM1500DIESEL.COM/FORUM/RAM-1500-DIESEL-GENERAL-DISCUSSION/2833-ENGINE-BLEW-UP-23.HTML

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |

| RAM | 1500 | 2015 |

Safety Issue Type: Complaints

January 29 2017    NHTSA ID Number: 10948341

Components: FUEL/PROPULSION SYSTEM

NHTSA ID Number    10948341

Incident Date    January 19 2017

Consumer Location    PEYTON, CO

Vehicle Identification Number    1C4RJFBMXEC******

## Complaint Summary

| | | |
|---|---|---|
| CRASH | No | SERVICE DEF CAME ON AT 34,000 MILES. DEALER SAID THAT THE DEF WAS CONTAMINATED WITH CRYSTALS AND THE PUMP NEEDED REPLACED. REFUSED TO COVER IT UNDER WARRANTY DUE TO CONTAMINATION. ONLY PEAK BLUE DEF WHICH MEETS ISO 22241 HAS BEEN USED IN THE VEHICLE. DEALERSHIP THEN TOLD US TO DRIVE THE VEHICLE UNTIL THE BACK ORDERED PART WAS AVAILABLE. WHEN QUERIED ABOUT THE VEHICLE GOING INTO "LIMP MODE" THEY AGREED IT WAS A POSSIBILITY. THEY WOULD NOT PROVIDE A LOANER VEHICLE UNTIL THE PART ARRIVED AND WILL NOT COVER UNDER WARRANTY. THERE ARE HUNDREDS OF CASES ON JEEP FORUMS WITH THE SAME ISSUE.  IT IS A SAFETY ISSUE IF A DEALER TELLS YOU TO DRIVE A VEHICLE THEY KNOW WILL GO INTO LIMP MODE, ESPECIALLLY ON A FREEWAY. WE ALSO HAVE A 14 MONTH OLD CHILD AND LIVE IN COLORADO, BREAKING DOWN ON THE SIDE OF THE ROAD IS NOT AN OPTION. THE DEALER DOES NOT RETURN PHONE CALLS AND CHRYSLER CUSTOMER CARE SIDED WITH THE DEALER AND PROVIDED NO ASSISTANCE. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| JEEP | GRAND CHEROKEE | 2014 |

## Safety Issue Type: Complaints

### July 06 2017     NHTSA ID Number: 11003301

### Components: FUEL/PROPULSION SYSTEM

**NHTSA ID Number**     11003301

**Incident Date**     June 29 2017

**Consumer Location**     AUSTIN, TX

**Vehicle Identification Number**     1C6RR6LT9ES******

## Complaint Summary

| | | |
|---|---|---|
| **CRASH** | No | CHECK ENGINE LIGHT ON WITH FUEL SYSTEM ERROR WARNING. HAD TO REPLACE FULE PUMP ASSEMBLY. |
| **FIRE** | No | |
| **INJURIES** | 0 | |
| **DEATHS** | 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| RAM | 1500 | 2014 |

Safety Issue Type: Complaints

November 30 2017    NHTSA ID Number: 11051571

Components: FUEL/PROPULSION SYSTEM

NHTSA ID Number    11051571

Incident Date    November 19 2017

Consumer Location    TRUMBULL, CT

Vehicle Identification Number    1C6RR7NM9GS******

## Complaint Summary

| | | |
|---|---|---|
| CRASH | No | TRUCK SHUTDOWN WHILE DRIVING DOWN HIGHWAY @ 65 MPH WITHOUT ANY OTHER SYMPTOMS.  HAD TO COAST TO SIDE OF BUSY ROAD.  SERVICE ELECTRONIC THROTTLE CONTROL FLASHED AS WELL AS THE CHECK ENGINE LIGHT.  THE TRUCK NEVER STUTTERED OR LOST ANY POWER PRIOR TO THIS.  DEALERSHIP STATES THAT IT IS BAD DIESEL FUEL.  REPLACED HPFP BUT TRUCK WILL STILL NOT START.  CHRYSLER HAS INSTRUCTED DEALER TO REPLACE ENTIRE FUEL SYSTEM.  THIS HAS NOT BEEN DONE YET BECAUSE CHRYSLER WILL NOT WARRANTY EVEN THOUGH THE TRUCK IS STILL UNDER WARRANTY. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| RAM | 1500 | 2016 |