# EXHIBIT 5



**Username:** **Password:** Forgot Username? Forgot Password? **SEARCH SITE**

Save my login information

›› Newsroom
›› Our Members
›› EMA Staff

**WHAT'S NEW**

☐ **March 16, 2020**
Cancellation of April 21-23, 2020 EMA Compliance and HDOBD Workshops

☐ **January 6, 2020**
EMA's Statement On EPA's Next Step In Its Cleaner Trucks Initiative

☐ **October 28, 2019**
2019 WWFC Gasoline and Diesel

☐ **October 28, 2019**
2019 WWFC Methane

>> View All

## Member Companies

AGCO Corporation

American Honda Motor Co., Inc.

Briggs & Stratton Corporation

Caterpillar Inc.

Cummins Inc.

Cummins Power Systems

Daimler Trucks North America LLC

Deere & Company

DEUTZ Corporation

FCA US LLC

Fiat Powertrain Technologies S.p.A.

Ford Motor Company

General Motors Company

Hino Motors Manufacturing USA, Inc.

INNIO

**Rows:** 1 - 15 of 28 **Page:** 1 of 2
**1** 2 | Next 15 >>

**Home** **About EMA** **Terms & Conditions** **Links** **Site Map** **Contact Us**



Copyright © 2020 Truck & Engine Manufacturers Association All rights reserved.