# EXHIBIT 11



# DIESEL FUEL LUBRICITY ADDITIVES STUDY RESULTS

By

Arlen Spicer

August 2007

Copyright© *The Diesel Place & A. D. Spicer*

# DIESEL FUEL LUBRICITY ADDITIVES STUDY RESULTS

The following are the preliminary results of a research study on diesel fuel Lubricity Additives. There is likely to be further commentary and explanation added at a future time.

**PURPOSE:**

The purpose of this research was to determine the ability of multiple diesel fuel additives to replace the vital lubricity component in ULSD (Ultra Low Sulfur Diesel) fuel.

**HISTORY:**

ULSD fuel is the fuel currently mandated for use in all on road diesel engines. This fuel burns cleaner and is less polluting than its predecessor, called Low Sulfur Diesel Fuel. Low sulfur fuel contained less than 500 ppm of sulfur. ULSD contains 15 ppm or less.

As diesel fuel is further refined to remove the polluting sulfur, it is inadvertently stripped of its lubricating properties. This vital lubrication is a necessary component of the diesel fuel as it prevents wear in the fuel delivery system. Specifically, it lubricates pumps, high pressure pumps and injectors. Traditional Low sulfur diesel fuel typically contained enough lubricating ability to suffice the needs of these vital components. ULSD fuel, on the other hand, is considered to be very "dry" and incapable of lubricating vital fuel delivery components. As a result, these components are at risk of premature and even catastrophic failure when ULSD fuel is introduced to the system. As a result, all oil companies producing ULSD fuel must replace the lost lubricity with additives. All ULSD fuel purchased at retail fuel stations SHOULD be adequately treated with additives to replace this lost lubricity. The potential result of using inadequately treated fuel, as indicated above, can be catastrophic. There have been many documented cases of randomly tested samples of diesel fuel. These tests prove that often times the fuel we purchase is not adequately treated and may therefore contribute to accelerated wear of our fuel delivery systems. For this reason it may be prudent to use an after market diesel fuel additive to ENSURE adequate lubrication of the fuel delivery system. Additionally, many additives can offer added benefits such as Cetane improver, anti-gel agents and water separators (demulsifiers). Some fuel additives include water emulsifiers that cause the water to remain in suspension with the fuel.

**CONTENT:**

In this study we will test multiple diesel fuel additives designed to replace lost lubricity. The primary component of this study is a side-by-side laboratory analysis of each additive's ability to replace this vital lubricity. Additionally, claims of improving Cetane, water separation or emulsification, bio-diesel compatibility and alcohol content will be noted. These notes were derived from information that was readily available to consumers (via the label and internet information) and none of this information has been evaluated for validity and/or performance. Cetane information has only been noted if the word "Cetane" was used in the advertising information. The words "improves power" has not been translated to mean "improves Cetane" in this evaluation. Information on alcohol content is provided by indicating "contains no alcohol". Omission of the words "contains no alcohol" does not imply that it does contain alcohol. This information was simply missing in the information available to a consumer. However, the possibility of a form of alcohol in these products is possible. Additionally, information on dosages and cost per tankful are included for comparison purposes.

**How Diesel Fuel Is Evaluated For Lubricating Ability:**

Diesel fuel and other fluids are tested for lubricating ability using a device called a "High Frequency Reciprocating Rig" or HFRR. The HFRR is currently the Internationally accepted, standardized method to evaluate fluids for lubricating ability. It uses a ball bearing that reciprocates or moves back and forth on a metal surface at a very high frequency for a duration of 90 minutes. The machine does this while the ball bearing and metal surface are immersed in the test fluid (in this case, treated diesel fuel). At the end of the test the ball bearing is examined under a microscope and the "wear scar" on the ball bearing is measured in microns. The larger the wear scar, the poorer the lubricating ability of the fluid. The independent lab runs every sample twice and averages the size of the wear scar.

**The U.S. standard** for diesel fuel says a commercially available diesel fuel should produce a wear scar of **no greater than 520 microns**.

**The Engine Manufacturers Association** had requested a standard of a wear scar **no greater than 460 microns**, typical of the pre-ULSD fuels. Most experts agree that a 520 micron standard is adequate, but also that the lower the wear scar the better.

**METHOD:**

An independent research firm was hired to do the laboratory work. The cost of the research was paid for voluntarily by the participating additive manufacturers. Declining to participate and pay for the research were the following companies: Amsoil and Power Service. Because these are popular products it was determined that they needed to be included in the study. These products were tested using funds collected by diesel enthusiasts at "dieselplace.com". Additionally, unconventional additives such as 2-cycle oil and used motor oil were tested for their abilities to aid in diesel fuel lubricity. These were also paid for by members of "dieselplace.com".

**The study was conducted in the following manner:**

-The independent research firm obtained a quantity of "untreated" ULSD fuel from a supplier. This fuel was basic ULSD fuel intended for use in diesel engines. However, this sample was acquired PRIOR to any attempt to additize the fuel for the purpose of replacing lost lubricity. In other words, it was a "worst case scenario, very dry diesel fuel" that would likely cause damage to any fuel delivery system. The fuel was tested using the HFRR testing facility at the Laboratory. **This fuel was determined to have a very high HFRR score of 636 microns, typical of an untreated ULSD fuel.** It was determined that this batch of fuel would be utilized as the baseline fuel for testing all of the additives. The baseline fuel HFRR score of 636 would be used as the control sample. All additives tested would be evaluated on their ability to replace lost lubricity to the fuel by comparing their scores to the control sample. Any score under 636 shows improvement to the fuels ability to lubricate the fuel delivery system of a diesel engine.

**BLIND STUDY:**

In order to ensure a completely unbiased approach to the study, the following steps were taken:

Each additive tested was obtained independently via internet or over the counter purchases. The only exceptions were Opti-Lube XPD and the bio-diesel sample. The reason for this is because Opti-Lube XPD additive was considered "experimental" at the time of test enrollment and was not yet on the market. It was sent directly from Opti-Lube company. The bio-diesel sample was sponsored by Renewable Energy Group. One of their suppliers, E.H. Wolf and Sons in Slinger, Wisconsin supplied us with a sample of 100%

soybean based bio-diesel. This sample was used to blend with the baseline fuel to create a 2% bio-diesel for testing.

Each additive was bottled separately in identical glass containers. The bottles were labeled only with a number. This number corresponded to the additive contained in the bottle. The order of numbering was done randomly by drawing names out of a hat. Only Spicer Research held the key to the additives in each bottle.

The additive samples were then sent in a box to the independent research firm for testing. The only information given them was the ratio of fuel to be added to each additive sample. For example, bottle "A" needs to be mixed at a ratio of "480-1". The ratio used for each additive was the "prescribed dosage" found on the bottle label for that product. Used motor oil and 2-cycle oil were tested at a rationally chosen ratio of 200:1.

The technician at the laboratory mixed the proper ratio of each "bottled fluid" into a separate container containing the baseline fuel. The data, therefore, is meaningful because every additive is tested in the same way using the same fuel. A side-by-side comparison of the effectiveness of each additive is now obtainable.

### THE RESULTS:

These results are listed in the order of performance in the HFRR test. **The baseline fuel used in every test started at an HFRR score of 636.** The score shown is the tested HFRR score of the baseline fuel/additive blend.

Also included is the wear scar improvement provided by the additive as well as other claimed benefits of the additive. Each additive is also categorized as a Multi-purpose additive, Multi-purpose + anti-gel, Lubricity only, non-conventional, or as an additive capable of treating both gasoline and diesel fuel.
As a convenience to the reader there is also information on price per treated tank of diesel fuel (using a 26 gallon tank), and dosage per 26 gallon tank provided as "ounces of additive per 26 gallon tank".

**RESULTS**

**In Order Of Performance:**

**1) 2% REG SoyPower bio-diesel**
   **HFRR 221**, **415** micron improvement.
   50:1 ratio of baseline fuel to 100% biodiesel
   66.56 oz. of 100% biodiesel per 26 gallons of diesel fuel
   Price: market value

**2) Opti-Lube XPD**
   Multi-purpose + anti-gel
   Cetane Improver, Demulsifier
   **HFRR 317**, **319** micron improvement.
   256:1 ratio
   13 oz/tank
   $4.35/tank

**3) FPPF RV, Bus, SUV Diesel/Gas Fuel Treatment**
   Gas and Diesel
   Cetane improver, Emulsifier
   **HFRR 439**, **197** micron improvement
   640:1 ratio
   5.2 oz/tank
   $2.60/tank

**4) Opti-Lube Summer Blend**
   Multi-purpose
   Demulsifier
   **HFRR 447**, **189** micron improvement
   3000:1 ratio
   1.11 oz/tank
   $0.68/tank

**5) Opti-Lube Winter Blend**
   Muti-purpose + anti-gel
   Cetane improver
   **HFRR 461**, **175** micron improvement
   512:1 ratio
   6.5 oz/tank
   $3.65/tank

### 6) Schaeffer Diesel Treat 2000
Multi-purpose + anti-gel
Cetane improver, Emulsifier, bio-diesel compatible
**HFRR 470**, **166** micron improvement
1000:1 ratio
3.32 oz/tank
$1.87/tank

### 7) Super Tech Outboard 2-Cycle TC-W3 Engine Oil
Unconventional
(Not ULSD compliant, may damage 2007 or newer systems)
**HFRR 474**, **162** micron improvement
200:1 ratio
16.64 oz/tank
$1.09/tank

### 8) Stanadyne Lubricity Formula
Lubricity Only
**Demulsifier**, 5% bio-diesel compatible, alcohol free
**HFRR 479**, **157** micron improvement
1000:1 ratio
3.32 oz/tank
$1.00/tank

### 9) Amsoil Diesel Concentrate
Multi-purpose
Demulsifier, bio-diesel compatible, alcohol free
**HFRR 488**, **148** micron improvement
640:1 ratio
5.2 oz/tank
$2.16/tank

---

### 10) Power Service Diesel Kleen + Cetane Boost
Multi-purpose
Cetane improver, bio-diesel compatible, alcohol free
**HFRR 575**, **61** micron improvement
400:1 ratio
8.32 oz/tank
$1.58/tank

**11) Howe's Meaner Power Kleaner**
Multi-purpose
Alcohol free
**HFRR 586**, **50** micron improvement
1000:1 ratio
3.32 oz/tank
$1.36/tank

**12) Stanadyne Performance Formula**
Multi-purpose + anti-gel
Cetane improver, Demulsifier, 5% bio-diesel compatible, alcohol free
**HFRR 603**, **33** micron improvement
480:1 ratio
6.9 oz/tank
$4.35/tank

**13) Used Motor Oil, Shell Rotella T 15W-40, 5,000 miles used.**
Unconventional
(Not ULSD compliant, may damage systems)
**HFRR 634**, **2** micron improvement (statistically insignificant change)
200:1 ratio
16.64 oz/tank
price: $0.00

**14) Lucas Upper Cylinder Lubricant**
Gas or Diesel
**HFRR 641**, **5** microns worse than baseline (statistically insignificant change)
427:1 ratio
7.8 oz/tank
$2.65/tank

**15) B1000 Diesel Fuel Conditioner by Milligan Biotech**
Multi-purpose, canola oil based additive
**HFRR 644**, **8** microns worse than baseline (statistically insignificant change)
1000:1 ratio
3.32 oz/tank
$2.67/tank

### 16) FPPF Lubricity Plus Fuel Power
Multi-purpose + anti-gel
Emulsifier, alcohol free
**HFRR 675**, **39** microns **worse** than baseline fuel
1000:1 ratio
3.32 oz/tank
$1.12/tank

### 17) Marvel Mystery Oil
Gas, Oil and Diesel fuel additive (NOT ULSD compliant, may damage 2007 and newer systems)
**HFRR 678**, **42** microns **worse** than baseline fuel.
320:1 ratio
10.4 oz/tank
$3.22/tank

### 18) ValvTect Diesel Guard Heavy Duty/Marine Diesel Fuel Additive
Multi-purpose
Cetane improver, Emulsifier, alcohol free
**HFRR 696**, **60** microns **worse** than baseline fuel
1000:1 ratio
3.32 oz/tank
$2.38/tank

### 19) Primrose Power Blend 2003
Multi-purpose
Cetane boost, bio-diesel compatible, Emulsifier
**HFRR 711**, **75** microns **worse** than baseline
1066:1 ratio
3.12 oz/tank
$1.39/tank

**CONCLUSIONS:**

**Products 1 through 4** were able to improve the unadditized fuel to an HFRR score of 460 or better. This meets the strictest requirements requested by the Engine Manufacturers Association.

**Products 1 through 9** were able to improve the unadditized fuel to an HFRR score of 520 or better, meeting the U.S. diesel fuel requirements for maximum wear scar in a commercially available diesel fuel.

**Products 16 through 19** were found to cause the fuel/additive blend to perform **worse** than the baseline fuel. The cause for this is speculative. This is not unprecedented in HFRR testing and can be caused by alcohol or other components in the additives. Further investigation into the possibilities behind these poor results will be investigated.

*Any additive testing within +/- 20 microns of the baseline fuel could be considered to have no significant change. The repeatability of this test allows for a +/- 20 micron variability to be considered insignificant.*

### CREDITS:

This study would not have been possible without the participation of all companies involved, the independent research firm, and dieselplace.com. A special Thank You to all of the dieselplace.com members who generously donated toward this study and waited longer than they should have for the results.

You folks are the best.

Arlen Spicer, organizer.

*Copyright*© **The Diesel Place & A. D. Spicer**

## DIESEL FUEL LUBRICITY ADDITIVES STUDY RESULTS

| Ranking | Additive | HFRR Score | Improvement Over Base Fuel | Blend Ratio | Dose Oz. per 26-Gal Tank | MSRP $ Cost per 26-Gal Tank | COMMENTS |
|---|---|---|---|---|---|---|---|
| Desired | Engine Manufacturers Assoc DESIRED | < 460 | | | | | Desired by the Engine Manufacturers Association |
| Standard | U.S. Standard | < 520 | | | | | U.S. Lubricity Standard for ULSD fuel |
| Baseline | Untreated ULSD #2 Diesel Fuel | 636 | | | | | Baseline fuel used in this study |
| 1 | 2% REG SoyPower Biodiesel | 221 | 415 | 50:1 | 66.56 | Market | Soybean based bio-diesel |
| 2 | Opti-Lube XPD | 317 | 319 | 256:1 | 13.00 | $4.35 | Multi-purpose + anti-gel, Cetane improver, Demulsifier |
| 3 | FPPF RV, Bus, SUV Diesel/Gas Fuel Treatment | 439 | 197 | 640:1 | 5.20 | $2.60 | Gas & Diesel - Cetane improver, Emulsifier |
| 4 | Opti-Lube Summer Blend | 447 | 189 | 3000:1 | 1.11 | $0.68 | Multi-purpose, Demulsifier |
| 5 | Opti-Lube Winter Blend | 461 | 175 | 512:1 | 6.50 | $3.65 | Muti-purpose + anti-gel, Cetane improver |
| 6 | Schaeffer Diesel Treat 2000 | 470 | 166 | 1000:1 | 3.33 | $1.87 | Multi-purpose + anti-gel, Cetane improver, Emulsifier, bio-diesel compatible |
| 7 | Super Tech Outboard 2-Cycle TC-W3 Engine Oil | 474 | 162 | 200:1 | 16.64 | $1.09 | Unconventional - (Not ULSD compliant, may damage 2007 or newer systems) |
| 8 | Stanadyne Lubricity Formula | 479 | 157 | 1000:1 | 3.32 | $1.00 | Lubricant, Demulsifier, Detergent, Anti-Oxidant, Corrosion Inhibitor, Alcohol-Free |
| 9 | Amsoil Diesel Concentrate | 488 | 148 | 640:1 | 5.20 | $2.16 | Multi-purpose - Demulsifier, alcohol free, bio-diesel compatible |
| 10 | Power Service Diesel Kleen + Cetane Boost | 575 | 61 | 400:1 | 8.32 | $1.58 | Multi-purpose - Cetane improver, bio-diesel compatible, alcohol free |
| 11 | Howe's Meaner Power Kleaner | 586 | 50 | 1000:1 | 3.32 | $1.36 | Multi-purpose -Alcohol free |
| 12 | Stanadyne Performance Formula | 603 | 33 | 480:1 | 6.93 | $4.35 | Multi-purpose + anti-gel - Cetane improver, Demulsifier, Detergent, Anti-Oxidant, Corrosion Inhibitor, Alcohol-Free, 5% bio-diesel compatible |
| 13 | Used Motor Oil Shell Rotella T 15W-40 5,000 miles used. | 634 | + 2 Insignificant | 200:1 | 16.64 | $0.00 | Unconventional - (Not ULSD compliant, may damage systems) |
| 14 | Lucas Upper Cylinder Lubricant | 641 | - 5 Insignificant | 427:1 | 7.79 | $2.65 | Gas or Diesel |
| 15 | B1000 Diesel Fuel Conditioner by Milligan Biotech | 644 | - 8 Insignificant | 1000:1 | 3.32 | $2.67 | Multi-purpose, canola oil based additive |
| 16 | FPPF Lubricity Plus Fuel Power | 675 | - 39 | 1000:1 | 3.32 | $1.12 | Multi-purpose + anti-gel - Emulsifier, alcohol free |
| 17 | Marvel Mystery Oil | 678 | - 42 | 320:1 | 10.40 | $3.22 | Gas, Oil and Diesel fuel additive - (NOT ULSD compliant, may damage 2007 and newer systems) |
| 18 | ValvTect Diesel Guard Heavy Duty/Marine Diesel Fuel Additive | 696 | - 60 | 1000:1 | 3.32 | $2.38 | Multi-purpose - Cetane improver, Emulsifier, alcohol free |
| 19 | Primrose Power Blend 2003 | 711 | - 75 | 1066:1 | 3.12 | $1.39 | Multi-purpose - Cetane boost, bio-diesel compatible, Emulsifier |

**Products 1 through 4** were able to improve the unadditized fuel to an HFRR score of 460 or better. This meets the strictest requirements requested by the Engine Manufacturers Association.

**Products 1 through 9** were able to improve the unadditized fuel to an HFRR score of 520 or better, meeting the U.S. diesel fuel requirements for maximum wear scar in a commercially available diesel fuel.

**Products 13 through 15** had a statistically insignificant effect on the HFRR score compared to the baseline fuel.

**Products 16 through 19** were found to cause the fuel/additive blend to perform worse than the baseline fuel. The cause for this is speculative. This is not unprecedented in HFRR testing and can be caused by alcohol or other components in the additives. Further investigation into the possibilities behind these poor results will be investigated.

*Any additive testing within +/- 20 microns of the baseline fuel could be considered to have no significant change. The repeatability of this test allows for a +/- 20 micron variability to be considered insignificant.*

*Copyright© The Diesel Place & A. D. Spicer*      **August, 2007**