# EXHIBIT 17

Performance you can rely on.

# Worldwide Winter Diesel Fuel Quality Survey 2014

Infineum.com



Performance you can rely on.

## Infineum Worldwide Winter Diesel Fuel Quality Survey 2014 – Fast facts

The data contained in the 2014 Infineum Winter Diesel Fuel Quality Survey (WDFQS) is a snapshot of the quality of diesel fuel collected from retail stations from around the world in the deep winter months. Infineum has been tracking the trends in diesel fuel quality in this biennial Survey since 1985*, giving Infineum a comprehensive picture of the global changes in fuel quality.

**350** Samples collected

**51** Countries

**66** Parameters measured

**10,116** Data points analysed



**Regional sample collection**

- Europe
- Middle East/Africa
- North America
- Latin America
- Asia Pacific

* Prior to 1999, work was undertaken by Paramins (the additives division of Exxon Chemical Company), which together with Shell Additives (a division of The Shell Petroleum Company Ltd and Shell Oil Company) formed the Infineum joint venture.

Page 6



© Copyright INFINEUM INTERNATIONAL LIMITED 2014. All Rights Reserved.

Performance you can rely on.

# Infineum Worldwide Winter Diesel Fuel Quality Survey 2014 – Key findings

**Sulphur**
Significant drop in sulphur in some Latin American countries, Saudi Arabia and South Africa. Some countries still have fuels containing well over 1,000 ppm S.



- ● Countries where some samples contained ≥1000ppm S
- ● Countries where some samples contained 100-999ppm S
- ● Countries where some samples contained 11-99ppm S
- ● Countries where all samples contained 10ppm S or less

Page 7



© Copyright INFINEUM INTERNATIONAL LIMITED 2014. All Rights Reserved.