# EXHIBIT 18

Performance you can rely on.

# Worldwide Winter Diesel Fuel Quality Survey 2018



Infineum.com

© 2018 Infineum International Limited. All Rights Reserved.

Performance you can rely on.

# Infineum Worldwide Winter Diesel Fuel Quality Survey 2018

Permission is given for storage of one copy in electronic means for reference purposes. Further reproduction of any material is prohibited without prior written consent of Infineum International Limited.

The information contained in this document is based upon data believed to be reliable at the time of going to press and relates only to the matters specifically mentioned in this document. Although Infineum has used reasonable skill and care in the preparation of this information, in the absence of any overriding obligations arising under a specific contract, no representation, warranty (express or implied), or guarantee is made as to the suitability, accuracy, reliability or completeness of the information; nothing in this document shall reduce the user's responsibility to satisfy itself as to the suitability, accuracy, reliability, and completeness of such information for its particular use; there is no warranty against intellectual property infringement; and Infineum shall not be liable for any loss, damage or injury that may occur from the use of this information other than death or personal injury caused by its negligence.  No statement shall be construed as an endorsement of any product or process. For greater certainty, before use of information contained in this document, particularly if the product is used for a purpose or under conditions which are abnormal or not reasonably foreseeable, this information must be reviewed with the supplier of such information.

'INFINEUM', the interlocking Ripple Device, the corporate mark comprising INFINEUM and the interlocking Ripple Device and 润英联 are trademarks of Infineum International Limited. © 2018 Infineum International Limited. All rights reserved.

## Infineum Regional Sales Offices

**Europe/Middle East/Africa**
PO Box 1
Milton Hill
Abingdon
Oxfordshire OX13 6BB
United Kingdom
Tel: + (44) 1235 54 9501
Fax: + (44) 1235 54 9523

**Americas**
1900 East Linden Avenue
PO Box 717
Linden NJ 07036
USA
Tel: + (1) 800 654 1233
Fax: + (1) 908 474 6117

**Asia Pacific**
31 International Business Park
Creative Resource #04-08
Singapore 609921
Tel: + (65) 6899 1661
Fax: + (65) 6895 6900

© 2018 Infineum International Limited. All Rights Reserved.



Performance you can rely on.

# Infineum Worldwide Winter Diesel Fuel Quality Survey 2018 - Contents

- 4  Introduction
- 6  Key facts
- 7  Key findings
- 9  The trends
  - 10 FAME use
  - 15 Sulphur
  - 20 Lubricity
  - 21 Cold flow
  - 22 Oxidation
  - 23 Looking to the future
- 25  Physical inspection data - mean values

- 32  **Europe**
- 33  Austria
- 35  Belarus
- 37  Benelux (Belgium, Netherlands, Luxembourg)
- 40  Croatia
- 42  Czech Republic
- 44  Denmark
- 46  Finland
- 48  France
- 51  Germany
- 56  Greece
- 58  Hungary
- 60  Ireland
- 62  Italy
- 65  Lithuania
- 67  Norway
- 69  Poland
- 71  Portugal
- 73  Romania
- 75  Russia
- 77  Slovak Republic
- 79  Spain
- 82  Sweden
- 84  Switzerland
- 86  Turkey
- 88  United Kingdom
- 91  Ukraine

- 93  **Asia Pacific**
- 94  Australia
- 96  China
- 105 India
- 106 Indonesia
- 108 Japan, Grade 2
- 112 Japan, Grade 3
- 114 Japan, Special Grade 3
- 116 Malaysia
- 118 New Zealand
- 120 Singapore
- 122 South Korea
- 124 Thailand

- 126 **The Americas**
- 127 Argentina
- 130 Brazil
- 132 Canada
- 135 Chile
- 137 Colombia
- 139 Peru
- 141 United States of America (East Coast)
- 144 United States of America (Midwest)
- 151 United States of America (West Coast)

- 154 **Middle East & Africa**
- 155 Bahrain
- 157 Israel
- 150 Kuwait
- 161 Oman
- 163 Qatar
- 165 Saudi Arabia
- 167 United Arab Emirates
- 171 South Africa

© 2018 Infineum International Limited. All Rights Reserved.



Case 2:21-cv-12497-LVP-CI ECF No. 1-19 PageID.269 Filed 10/22/21 Page 5 of 17

# Worldwide Winter Diesel Fuel Quality Survey 2018

## USA – East Coast
National standards and physical inspection data

*The Americas*

*Performance you can rely on.*

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1801567 | DIES 1802015 | DIES 1802018 | DIES 1802019 | DIES 1802020 | DIES 1802030 | DIES 1802031 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cloud Point, °C | | -11 | -13 | -15 | -13 | -12 | -11 | -12 | -11 | -14 | -12 |
| CFPP, °C | | -13 | -24 | -34 | -31 | -34 | -28 | -29 | -33 | -15 | -13 |
| Pour Point, °C | | -21 | -30 | -39 | -30 | -33 | -36 | -33 | -33 | -21 | -24 |
| HFRR, µm | 520 (max) | 506 | 385 | 219 | 365 | 337 | 219 | 375 | 421 | 316 | 449 |
| Wax Content @ 10°C Below Cloud, wt% | | 2.5 | 2.1 | 1.8 | 2.1 | 1.8 | 1.9 | 2.2 | 1.9 | 2.3 | 2.5 |
| Rancimat, hrs | | >30 | >25 | 8 | 27 | 27 | 21 | >30 | >30 | >30 | >30 |
| Sulphur, ppm | 15 (max) | 8 | 7 | 6 | 8 | 8 | 6 | 7 | 8 | 6 | 7 |
| Density @15°C, kg/m$^3$ | | 857 | 844 | 834 | 835 | 836 | 835 | 834 | 835 | 855 | 850 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 2.62 | 2.45 | 2.14 | 2.14 | 2.49 | 2.62 | 2.58 | 2.50 | 2.41 | 2.47 |
| Cetane Index $_{2\ Variable}$ | | 53 | 48 | 44 | 49 | 51 | 53 | 52 | 51 | 45 | 46 |
| Cetane Index $_{4\ Variable}$ | 40 (min) | 52 | 47 | 42 | 48 | 51 | 52 | 52 | 51 | 43 | 45 |
| Cetane Number | 40 (min) | 52 | 47 | 43 | 48 | 50 | 51 | 52 | 50 | 43 | 46 |
| Distillation, °C   IBP | | 168 | 164 | 159 | 164 | 166 | 168 | 168 | 162 | 166 | 161 |
| T$_{10}$ | | 205 | 201 | 193 | 193 | 202 | 204 | 205 | 200 | 201 | 200 |
| T$_{20}$ | | 222 | 218 | 208 | 208 | 219 | 221 | 222 | 217 | 218 | 218 |
| T$_{50}$ | | 270 | 263 | 252 | 252 | 265 | 270 | 266 | 262 | 263 | 263 |
| T$_{90}$ | 282 - 338 | 333 | 324 | 317 | 319 | 333 | 331 | 327 | 330 | 319 | 324 |
| T$_{95}$ | | 351 | 341 | 332 | 337 | 351 | 345 | 345 | 349 | 335 | 342 |
| FBP | | 358 | 353 | 345 | 349 | 358 | 356 | 356 | 357 | 349 | 355 |
| % FAME | 5 (max) | 6 | 1 | 0 | 0 | 3 | 6 | 1 | 0 | 1 | 0 |

© 2018 Infineum International Limited. All Rights Reserved.

141



Worldwide Winter Diesel Fuel Quality Survey 2018



Performance you can rely on.

# USA – East Coast

National standards and physical inspection data

The Americas

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1802032 | DIES 1802033 | DIES 1802034 |
|---|---|---|---|---|---|---|---|
| Cloud Point, °C | | -11 | -13 | -15 | -13 | -15 | -14 |
| CFPP, °C | | -13 | -24 | -34 | -15 | -32 | -15 |
| Pour Point, °C | | -21 | -30 | -39 | -27 | -39 | -21 |
| HFRR, µm | 520 (max) | 506 | 385 | 219 | 506 | 421 | 441 |
| Wax Content @ 10°C Below Cloud, wt% | | 2.5 | 2.1 | 1.8 | 2.1 | 2.1 | 2.3 |
| Rancimat, hrs | | >30 | >25 | 8 | >30 | 8 | >30 |
| Sulphur, ppm | 15 (max) | 8 | 7 | 6 | 7 | 6 | 6 |
| Density @15°C, kg/m³ | | 857 | 844 | 834 | 844 | 857 | 856 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 2.62 | 2.45 | 2.14 | 2.56 | 2.38 | 2.37 |
| Cetane Index $_{2\ Variable}$ | | 53 | 48 | 44 | 48 | 44 | 44 |
| Cetane Index $_{4\ Variable}$ | 40 (min) | 52 | 47 | 42 | 48 | 42 | 43 |
| Cetane Number | 40 (min) | 52 | 47 | 43 | 48 | 43 | 43 |
| Distillation, °C   IBP | | 168 | 164 | 159 | 167 | 163 | 159 |
| $T_{10}$ | | 205 | 201 | 193 | 205 | 200 | 199 |
| $T_{20}$ | | 222 | 218 | 208 | 222 | 217 | 217 |
| $T_{50}$ | | 270 | 263 | 252 | 263 | 262 | 263 |
| $T_{90}$ | 282 - 338 | 333 | 324 | 317 | 326 | 317 | 319 |
| $T_{95}$ | | 351 | 341 | 332 | 343 | 332 | 335 |
| FBP | | 358 | 353 | 345 | 356 | 345 | 348 |
| % FAME | 5 (max) | 6 | 1 | 0 | 0 | 0 | 0 |

© 2018 Infineum International Limited. All Rights Reserved.



Worldwide Winter Diesel Fuel Quality Survey 2018

Performance you can rely on.

## USA – East Coast

The Americas






© 2018 Infineum International Limited. All Rights Reserved.

143



# Worldwide Winter Diesel Fuel Quality Survey 2018

## USA – Midwest
National standards and physical inspection data

### The Americas

Performance you can rely on.

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1801563 | DIES 1801564 | DIES 1801565 | DIES 1801566 | DIES 1801569 | DIES 1801925 | DIES 1801926 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cloud Point, °C | | -7 | -17 | -55 | -9 | -9 | -16 | -55 | -19 | -19 | -15 |
| CFPP, °C | | -9 | -24 | -55 | -9 | -10 | -37 | -55 | -24 | -23 | -34 |
| Pour Point, °C | | -15 | -32 | -54 | -15 | -15 | -39 | -51 | -30 | -54 | -33 |
| HFRR, µm | 520 (max) | 526 | 390 | 198 | 460 | 442 | 378 | 452 | 443 | 491 | 217 |
| Wax Content @ 10°C Below Cloud, wt% | | 3.8 | 1.9 | 0.6 | 3.2 | 3.1 | 1 | N/A | 1.7 | 0.8 | 1.8 |
| Rancimat, hrs | | >30 | >25 | 6 | >30 | >30 | >30 | >30 | 17 | >30 | 21 |
| Sulphur, ppm | 15 (max) | 10 | 6 | 3 | 3 | 3 | 8 | 10 | 4 | 8 | 4 |
| Density @15°C, kg/m$^3$ | | 862 | 843 | 807 | 820 | 821 | 846 | 807 | 831 | 843 | 861 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 3.51 | 2.58 | 1.40 | 2.51 | 2.49 | 2.21 | 1.40 | 2.18 | 2.36 | 3.06 |
| Cetane Index $_{2\,Variable}$ | | 58 | 48 | 44 | 56 | 56 | 45 | 45 | 48 | 45 | 46 |
| Cetane Index $_{4\,Variable}$ | 40 (min) | 61 | 48 | 43 | 57 | 57 | 45 | 47 | 49 | 45 | 45 |
| Cetane Number | 40 (min) | 60 | 48 | 42 | 55 | 55 | 42 | 44 | 49 | 46 | 44 |
| Distillation, °C   IBP | | 204 | 171 | 151 | 176 | 173 | 152 | 160 | 175 | 168 | 186 |
| T$_{10}$ | | 239 | 209 | 178 | 209 | 207 | 194 | 178 | 202 | 201 | 224 |
| T$_{20}$ | | 250 | 224 | 185 | 221 | 221 | 208 | 185 | 213 | 213 | 240 |
| T$_{50}$ | | 282 | 261 | 209 | 261 | 261 | 251 | 209 | 246 | 249 | 277 |
| T$_{90}$ | 282 - 338 | 336 | 323 | 255 | 325 | 325 | 332 | 255 | 316 | 324 | 334 |
| T$_{95}$ | | 358 | 340 | 270 | 343 | 344 | 356 | 270 | 335 | 346 | 347 |
| FBP | | 367 | 352 | 290 | 355 | 354 | 367 | 290 | 351 | 359 | 354 |
| % FAME | 5 (max) | 21 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |

© 2018 Infineum International Limited. All Rights Reserved.



# Worldwide Winter Diesel Fuel Quality Survey 2018

## USA – Midwest
National standards and physical inspection data

### The Americas

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1801928 | DIES 1801930 | DIES 1801932 | DIES 1801934 | DIES 1801961 | DIES 1801963 | DIES 1801964 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cloud Point, °C | | -7 | -17 | -55 | -16 | -13 | -19 | -14 | -17 | -16 | -15 |
| CFPP, °C | | -9 | -24 | -55 | -28 | -18 | -33 | -18 | -17 | -33 | -35 |
| Pour Point, °C | | -15 | -32 | -54 | -27 | -33 | -33 | -39 | -27 | -30 | -42 |
| HFRR, µm | 520 (max) | 526 | 390 | 198 | 220 | 497 | 230 | 205 | 458 | 207 | 456 |
| Wax Content @ 10°C Below Cloud, wt% | | 3.8 | 1.9 | 0.6 | 2.1 | 2.2 | 1.8 | 3.8 | 1.3 | 1.8 | 1.7 |
| Rancimat, hrs | | >30 | >25 | 6 | 21 | >30 | 20 | 26 | >30 | 22 | >30 |
| Sulphur, ppm | 15 (max) | 10 | 6 | 3 | 6 | 6 | 6 | 10 | 5 | 5 | 4 |
| Density @15°C, kg/m$^3$ | | 862 | 843 | 807 | 862 | 844 | 861 | 844 | 855 | 862 | 815 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 3.51 | 2.58 | 1.40 | 2.98 | 3.02 | 2.82 | 2.62 | 2.85 | 3.04 | 2.07 |
| Cetane Index $_{2\ Variable}$ | | 58 | 48 | 44 | 45 | 51 | 44 | 51 | 45 | 46 | 52 |
| Cetane Index $_{4\ Variable}$ | 40 (min) | 61 | 48 | 43 | 45 | 51 | 44 | 50 | 45 | 45 | 53 |
| Cetane Number | 40 (min) | 60 | 48 | 42 | 44 | 49 | 43 | 51 | 44 | 44 | 54 |
| Distillation, °C  IBP | | 204 | 171 | 151 | 184 | 181 | 185 | 172 | 179 | 181 | 169 |
| T$_{10}$ | | 239 | 209 | 178 | 223 | 223 | 221 | 210 | 217 | 225 | 191 |
| T$_{20}$ | | 250 | 224 | 185 | 237 | 238 | 234 | 226 | 232 | 239 | 202 |
| T$_{50}$ | | 282 | 261 | 209 | 276 | 276 | 270 | 276 | 266 | 277 | 239 |
| T$_{90}$ | 282 - 338 | 336 | 323 | 255 | 332 | 328 | 331 | 332 | 327 | 333 | 323 |
| T$_{95}$ | | 358 | 340 | 270 | 346 | 342 | 344 | 339 | 345 | 346 | 343 |
| FBP | | 367 | 352 | 290 | 355 | 351 | 351 | 348 | 357 | 357 | 347 |
| % FAME | 5 (max) | 21 | 2 | 0 | 12 | 0 | 11 | 21 | 0 | 11 | 0 |

Performance you can rely on.



© 2018 Infineum International Limited. All Rights Reserved.

# Worldwide Winter Diesel Fuel Quality Survey 2018

## USA – Midwest
National standards and physical inspection data

The Americas

Performance you can rely on.

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1802010 | DIES 1802011 | DIES 1802012 | DIES 1802013 | DIES 1802014 | DIES 1802021 | DIES 1802022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cloud Point, °C | | -7 | -17 | -55 | -11 | -16 | -16 | -13 | -17 | -22 | -22 |
| CFPP, °C | | -9 | -24 | -55 | -23 | -17 | -17 | -18 | -17 | -25 | -26 |
| Pour Point, °C | | -15 | -32 | -54 | -36 | -21 | -21 | -18 | -21 | -36 | -33 |
| HFRR, μm | 520 (max) | 526 | 390 | 198 | 413 | 456 | 454 | 484 | 445 | 488 | 452 |
| Wax Content @ 10°C Below Cloud, wt% | | 3.8 | 1.9 | 0.6 | 2.4 | 2.6 | 2.4 | 3.6 | 2.6 | 0.7 | 0.7 |
| Rancimat, hrs | | >30 | >25 | 6 | >30 | 16 | 26 | >30 | 16 | 20 | 13 |
| Sulphur, ppm | 15 (max) | 10 | 6 | 3 | 8 | 7 | 5 | 7 | 6 | 3 | 3 |
| Density @15°C, kg/m$^3$ | | 862 | 843 | 807 | 851 | 850 | 846 | 821 | 851 | 849 | 844 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 3.51 | 2.58 | 1.40 | 3.51 | 2.66 | 2.55 | 2.83 | 2.62 | 2.46 | 2.34 |
| Cetane Index $_{2\ Variable}$ | | 58 | 48 | 44 | 50 | 47 | 48 | 58 | 46 | 45 | 46 |
| Cetane Index $_{4\ Variable}$ | 40 (min) | 61 | 48 | 43 | 51 | 46 | 47 | 61 | 46 | 44 | 46 |
| Cetane Number | 40 (min) | 60 | 48 | 42 | 50 | 46 | 48 | 60 | 45 | 44 | 48 |
| Distillation, °C   IBP | | 204 | 171 | 151 | 204 | 171 | 159 | 165 | 167 | 161 | 168 |
| $T_{10}$ | | 239 | 209 | 178 | 239 | 215 | 209 | 224 | 215 | 201 | 205 |
| $T_{20}$ | | 250 | 224 | 185 | 250 | 233 | 225 | 241 | 231 | 219 | 219 |
| $T_{50}$ | | 282 | 261 | 209 | 282 | 265 | 263 | 271 | 264 | 257 | 252 |
| $T_{90}$ | 282 - 338 | 336 | 323 | 255 | 335 | 318 | 323 | 319 | 318 | 316 | 312 |
| $T_{95}$ | | 358 | 340 | 270 | 347 | 336 | 343 | 335 | 335 | 334 | 331 |
| FBP | | 367 | 352 | 290 | 353 | 348 | 356 | 346 | 348 | 347 | 345 |
| % FAME | 5 (max) | 21 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



© 2018 Infineum International Limited. All Rights Reserved.

146

# Worldwide Winter Diesel Fuel Quality Survey 2018

## USA – Midwest
National standards and physical inspection data

*The Americas*

*Performance you can rely on.*

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1802023 | DIES 1802024 | DIES 1802025 | DIES 1802026 | DIES 1802027 | DIES 1802028 | DIES 1802029 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cloud Point, °C | | -7 | -17 | -55 | -20 | -21 | -20 | -21 | -22 | -17 | -22 |
| CFPP, °C | | -9 | -24 | -55 | -41 | -24 | -27 | -21 | -45 | -38 | -45 |
| Pour Point, °C | | -15 | -32 | -54 | -48 | -33 | -39 | -39 | -54 | -50 | -44 |
| HFRR, µm | 520 (max) | 526 | 390 | 198 | 402 | 495 | 486 | 484 | 252 | 303 | 302 |
| Wax Content @ 10°C Below Cloud, wt% | | 3.8 | 1.9 | 0.6 | 1.5 | 0.6 | 1.8 | 1.7 | 0.8 | 0.9 | 1 |
| Rancimat, hrs | | >30 | >25 | 6 | 25 | 24 | >30 | >30 | >30 | 23 | >30 |
| Sulphur, ppm | 15 (max) | 10 | 6 | 3 | 9 | 3 | 8 | 9 | 8 | 3 | 8 |
| Density @15°C, kg/m$^3$ | | 862 | 843 | 807 | 856 | 847 | 859 | 859 | 852 | 847 | 841 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 3.51 | 2.58 | 1.40 | 2.70 | 2.45 | 2.82 | 2.76 | 2.44 | 2.49 | 2.11 |
| Cetane Index $_{2\ Variable}$ | | 58 | 48 | 44 | 45 | 46 | 45 | 44 | 44 | 46 | 45 |
| Cetane Index $_{4\ Variable}$ | 40 (min) | 61 | 48 | 43 | 44 | 45 | 44 | 43 | 44 | 46 | 45 |
| Cetane Number | 40 (min) | 60 | 48 | 42 | 44 | 44 | 44 | 44 | 45 | 45 | 44 |
| Distillation, °C   IBP | | 204 | 171 | 151 | 175 | 160 | 174 | 175 | 169 | 171 | 161 |
| T$_{10}$ | | 239 | 209 | 178 | 213 | 203 | 215 | 217 | 200 | 204 | 191 |
| T$_{20}$ | | 250 | 224 | 185 | 229 | 219 | 234 | 233 | 216 | 218 | 204 |
| T$_{50}$ | | 282 | 261 | 209 | 265 | 256 | 269 | 268 | 258 | 256 | 245 |
| T$_{90}$ | 282 - 338 | 336 | 323 | 255 | 321 | 317 | 320 | 319 | 328 | 329 | 320 |
| T$_{95}$ | | 358 | 340 | 270 | 338 | 335 | 337 | 336 | 344 | 347 | 338 |
| FBP | | 367 | 352 | 290 | 351 | 351 | 351 | 350 | 354 | 359 | 354 |
| % FAME | 5 (max) | 21 | 2 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 |



© 2018 Infineum International Limited. All Rights Reserved.

# Worldwide Winter Diesel Fuel Quality Survey 2018

## USA – Midwest
National standards and physical inspection data

*The Americas*

*Performance you can rely on.*

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1802036 | DIES 1802037 | DIES 1802038 | DIES 1802039 | DIES 1802040 | DIES 1802041 | DIES 1802042 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cloud Point, °C | | -7 | -17 | -55 | -7 | -13 | -14 | -10 | -15 | -14 | -13 |
| CFPP, °C | | -9 | -24 | -55 | -24 | -13 | -15 | -13 | -15 | -18 | -18 |
| Pour Point, °C | | -15 | -32 | -54 | -39 | -24 | -27 | -18 | -18 | -21 | -21 |
| HFRR, µm | 520 (max) | 526 | 390 | 198 | 445 | 353 | 526 | 472 | 426 | 198 | 221 |
| Wax Content @ 10°C Below Cloud, wt% | | 3.8 | 1.9 | 0.6 | 1.9 | 2.1 | 2.1 | 2.4 | 3.8 | 2.1 | 2 |
| Rancimat, hrs | | >30 | >25 | 6 | >30 | >30 | >30 | >30 | 23 | 26 | 6 |
| Sulphur, ppm | 15 (max) | 10 | 6 | 3 | 8 | 5 | 8 | 3 | 6 | 4 | 5 |
| Density @15°C, kg/m$^3$ | | 862 | 843 | 807 | 829 | 841 | 835 | 833 | 827 | 849 | 846 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 3.51 | 2.58 | 1.40 | 2.39 | 2.52 | 2.41 | 2.70 | 2.36 | 2.84 | 2.69 |
| Cetane Index $_{2\ Variable}$ | | 58 | 48 | 44 | 53 | 49 | 50 | 52 | 53 | 48 | 48 |
| Cetane Index $_{4\ Variable}$ | 40 (min) | 61 | 48 | 43 | 52 | 48 | 49 | 53 | 54 | 48 | 48 |
| Cetane Number | 40 (min) | 60 | 48 | 42 | 53 | 48 | 50 | 52 | 52 | 50 | 48 |
| Distillation, °C   IBP | | 204 | 171 | 151 | 161 | 167 | 168 | 172 | 167 | 181 | 170 |
| $T_{10}$ | | 239 | 209 | 178 | 193 | 204 | 201 | 208 | 205 | 220 | 211 |
| $T_{20}$ | | 250 | 224 | 185 | 210 | 220 | 216 | 224 | 220 | 234 | 227 |
| $T_{50}$ | | 282 | 261 | 209 | 260 | 260 | 256 | 265 | 258 | 269 | 266 |
| $T_{90}$ | 282 - 338 | 336 | 323 | 255 | 336 | 327 | 324 | 330 | 314 | 329 | 328 |
| $T_{95}$ | | 358 | 340 | 270 | 358 | 345 | 344 | 350 | 329 | 343 | 345 |
| FBP | | 367 | 352 | 290 | 366 | 356 | 356 | 363 | 342 | 353 | 355 |
| % FAME | 5 (max) | 21 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 2 |



© 2018 Infineum International Limited. All Rights Reserved.

# Worldwide Winter Diesel Fuel Quality Survey 2018

Performance you can rely on.

## USA – Midwest
National standards and physical inspection data

The Americas

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1802043 | DIES 1802044 |
|---|---|---|---|---|---|---|
| Cloud Point, °C | | -7 | -17 | -55 | -11 | -12 |
| CFPP, °C | | -9 | -24 | -55 | -13 | -13 |
| Pour Point, °C | | -15 | -32 | -54 | -21 | -21 |
| HFRR, µm | 520 (max) | 526 | 390 | 198 | 417 | 317 |
| Wax Content @ 10°C Below Cloud, wt% | | 3.8 | 1.9 | 0.6 | 2 | 1.9 |
| Rancimat, hrs | | >30 | >25 | 6 | >30 | 30 |
| Sulphur, ppm | 15 (max) | 10 | 6 | 3 | 6 | 7 |
| Density @15°C, kg/m$^3$ | | 862 | 843 | 807 | 845 | 846 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 3.51 | 2.58 | 1.40 | 2.60 | 2.59 |
| Cetane Index $_{2\ Variable}$ | | 58 | 48 | 44 | 49 | 48 |
| Cetane Index $_{4\ Variable}$ | 40 (min) | 61 | 48 | 43 | 48 | 47 |
| Cetane Number | 40 (min) | 60 | 48 | 42 | 47 | 47 |
| Distillation, °C   IBP | | 204 | 171 | 151 | 158 | 151 |
| T$_{10}$ | | 239 | 209 | 178 | 205 | 203 |
| T$_{20}$ | | 250 | 224 | 185 | 221 | 221 |
| T$_{50}$ | | 282 | 261 | 209 | 265 | 265 |
| T$_{90}$ | 282 - 338 | 336 | 323 | 255 | 331 | 332 |
| T$_{95}$ | | 358 | 340 | 270 | 350 | 351 |
| FBP | | 367 | 352 | 290 | 363 | 363 |
| % FAME | 5 (max) | 21 | 2 | 0 | 0 | 2 |



© 2018 Infineum International Limited. All Rights Reserved.

# USA – Midwest

The Americas

© 2018 Infineum International Limited. All Rights Reserved.

Infineum



# Worldwide Winter Diesel Fuel Quality Survey 2018

Performance you can rely on.

## USA – West Coast
National standards and physical inspection data

The Americas

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1801570 | DIES 1801571 | DIES 1801572 | DIES 1801573 | DIES 1801915 | DIES 1801917 | DIES 1801919 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cloud Point, °C | | -8 | -13 | -24 | -9 | -8 | -24 | -11 | -9 | -8 | -10 |
| CFPP, °C | | -10 | -18 | -35 | -11 | -10 | -23 | -16 | -13 | -13 | -11 |
| Pour Point, °C | | -12 | -23 | -42 | -12 | -15 | -36 | -18 | -15 | -15 | -12 |
| HFRR, µm | 520 (max) | 526 | 448 | 289 | 326 | 289 | 477 | 506 | 516 | 503 | 363 |
| Wax Content @ 10°C Below Cloud, wt% | | 3.5 | 2.4 | 1.3 | 3 | 2.4 | 3.5 | 1.3 | 2.2 | 1.8 | 3 |
| Rancimat, hrs | | >30 | >25 | 4 | 20 | 4 | >30 | >30 | 26 | >30 | 23 |
| Sulphur, ppm | 15 (max) | 7 | 4 | 3 | 3 | 3 | 3 | 3 | 5 | 4 | 3 |
| Density @15°C, kg/m³ | | 844 | 828 | 780 | 830 | 833 | 780 | 831 | 830 | 829 | 830 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 2.96 | 2.49 | 2.16 | 2.24 | 2.76 | 2.96 | 2.33 | 2.60 | 2.52 | 2.17 |
| Cetane Index $_{2\ Variable}$ | | 77 | 53 | 48 | 49 | 53 | 77 | 49 | 53 | 52 | 49 |
| Cetane Index $_{4\ Variable}$ | 40 (min) | 94 | 55 | 47 | 50 | 53 | 94 | 50 | 53 | 52 | 50 |
| Cetane Number | 40 (min) | 78 | 53 | 46 | 52 | 54 | 78 | 50 | 52 | 52 | 52 |
| Distillation, °C   IBP | | 181 | 172 | 159 | 178 | 178 | 159 | 170 | 168 | 170 | 181 |
| $T_{10}$ | | 262 | 211 | 197 | 208 | 216 | 262 | 197 | 199 | 201 | 208 |
| $T_{20}$ | | 271 | 223 | 210 | 217 | 230 | 271 | 210 | 215 | 215 | 217 |
| $T_{50}$ | | 282 | 258 | 245 | 248 | 265 | 282 | 249 | 263 | 257 | 245 |
| $T_{90}$ | 282 - 338 | 333 | 321 | 294 | 324 | 330 | 294 | 322 | 333 | 333 | 321 |
| $T_{95}$ | | 354 | 337 | 299 | 341 | 347 | 299 | 349 | 349 | 354 | 339 |
| FBP | | 366 | 350 | 315 | 354 | 359 | 315 | 366 | 362 | 365 | 352 |
| % FAME | 5 (max) | 5 | 1 | 0 | 5 | 3 | 0 | 0 | 0 | 0 | 5 |

© 2018 Infineum International Limited. All Rights Reserved.

151



# Worldwide Winter Diesel Fuel Quality Survey 2018

Performance you can rely on.

## USA – West Coast

The Americas

National standards and physical inspection data

| | National Standard | Maximum Observed | Mean | Minimum Observed | DIES 1801920 | DIES 1801923 | DIES 1802035 |
|---|---|---|---|---|---|---|---|
| Cloud Point, °C | | -8 | -13 | -24 | -18 | -21 | -15 |
| CFPP, °C | | -10 | -18 | -35 | -35 | -21 | -32 |
| Pour Point, °C | | -12 | -23 | -42 | -42 | -24 | -36 |
| HFRR, µm | 520 (max) | 526 | 448 | 289 | 518 | 526 | 455 |
| Wax Content @ 10°C Below Cloud, wt% | | 3.5 | 2.4 | 1.3 | 1.6 | 3.4 | 2.2 |
| Rancimat, hrs | | >30 | >25 | 4 | >30 | >30 | >30 |
| Sulphur, ppm | 15 (max) | 7 | 4 | 3 | 7 | 6 | 6 |
| Density @15°C, kg/m$^3$ | | 844 | 828 | 780 | 842 | 827 | 844 |
| Viscosity @ 40°C, cSt | 1.9 - 4.1 | 2.96 | 2.49 | 2.16 | 2.48 | 2.16 | 2.68 |
| Cetane Index $_{2\ Variable}$ | | 77 | 53 | 48 | 48 | 51 | 49 |
| Cetane Index $_{4\ Variable}$ | 40 (min) | 94 | 55 | 47 | 47 | 51 | 49 |
| Cetane Number | 40 (min) | 78 | 53 | 46 | 46 | 48 | 48 |
| Distillation, °C   IBP | | 181 | 172 | 159 | 171 | 170 | 172 |
| $T_{10}$ | | 262 | 211 | 197 | 203 | 203 | 211 |
| $T_{20}$ | | 271 | 223 | 210 | 218 | 215 | 226 |
| $T_{50}$ | | 282 | 258 | 245 | 258 | 249 | 266 |
| $T_{90}$ | 282 - 338 | 333 | 321 | 294 | 323 | 303 | 325 |
| $T_{95}$ | | 354 | 337 | 299 | 338 | 317 | 340 |
| FBP | | 366 | 350 | 315 | 350 | 329 | 350 |
| % FAME | 5 (max) | 5 | 1 | 0 | 0 | 0 | 0 |



© 2018 Infineum International Limited. All Rights Reserved.

# Worldwide Winter Diesel Fuel Quality Survey 2018

## USA – West Coast

The Americas

Performance you can rely on.








© 2018 Infineum International Limited. All Rights Reserved.

153