# EXHIBIT 19



# Why Fuel Quality Standards are Important

**STI Webinar – "Petroleum Storage Tank Maintenance"**

**Rick Chapman**
**December 18, 2013**



# Agenda

- Consensus Organizations Set Fuel Standards

- Fuel Standards Generally Ensure Good Fuel Quality:
    - Some Exceptions – "What's Not in the Specs"

- Fuel Standards Ensure Fuel is Safe, Legal and Fit for Use
    - Some Exceptions to Fit for Use -- Contaminants, etc.

- Biofuel Challenges

- Good Fuel Housekeeping/Workmanship

- Fuel Additive Basics – Where Are They Applied & Are They Really Needed?

- Where Fuel Specs Apply

- Fuel Standards Need to be Living Documents:
    - Must change as Engine Technology Improves



2

# Consensus Organizations Set Fuel Standards

- Organizations like ASTM International (formerly American Society of Testing Materials) set fuel specs:

- Usually have equal number of interest groups on committees (e.g. 100 Producers, 100 Users)

- Members work together to produce Fuel Specifications such as ASTM D975 (diesel fuel) and ASTM D4814 (gasoline)

- Standard Test Methods (STM's) ensure that samples are tested for properties in the same way (D2068 STM for Determining Filter Blocking Tendency);

- A majority has to agree on proposals for new or improved specifications or STM's, though all concerns or disagreements are heard and thoroughly discussed. It can take a long time (sometimes years) to reach consensus!

- Other Fuel Standard Setting Organizations Exist Globally (e.g. ISO, BSI, etc.) whose specifications may differ from ASTM



3

# Global Fuel Specs Differ

| ASTM D975 vs. EN 590 #2 Diesel Fuel | | |
|---|---|---|
| Key Property Differences | | |
| | US | EU |
| Property | ASTM D975 | EN 590 |
| Cetane number, min. | 40 | 51 |
| Sulfur content, ppm (µg/g) or mg/kg | 15 | 10 |
| Conductivity, pS/m or CU min. | 25 | none |
| Water content, % vol, max and mg/kg | 0.05* | 200 |
| Total contamination, mg/kg max. | none | 24 |
| Copper strip corrosion (3 hours at 50 °C), rating | 3 | 1 |
| Oxidation Stability @ 95°C for 16 hr, g/m$^3$, max. | none | 25 |
| Rancimat Oxidation Stability, 110°C, min. hrs. | none | 20 |
| Lubricity, wear scar diameter, µm, max. at 60 °C | 520 | 460 |
| Fatty acid methyl ester content, vol.% | 5 | 7 |

* Total Water & Sediment



4

# Fuel Standards Ensure Good Fuel Quality

- Having consensus agreement guarantees (mostly) that acceptable fuel is produced for the consumer

- Emissions regulations drive engine technology improvements which dictate needed fuel properties (sometimes changing fuel specs):

    – Diesel sulfur lowered from 500 to 15 ppm S in 2006

        • Much lower sulfur causes fuel to be less lubricious – lubricity specification needed.  ASTM enacted fuel lubricity requirement.

    – High Pressure Common Rail (HPCR) diesel engines require cleaner, stable fuel (like "pressure cookers for fuel")



# Fuel Standards Ensure Good Fuel Quality

- Producing new, cleaner burning, lower emissions fuels doesn't always guarantee suitability for today's ultra sensitive and highly efficient engine systems.

- Changing to ULSD (Ultra Low Sulfur Diesel) significantly changed fuel's componentry – generally lessening the fuel's solvency:
    - Had a significant impact on solids formation
    - Peroxide formation is more of a problem
    - Wax precursors and solids propagators more pronounced

- What does all this mean? Generally, there may be more particulate and sediment in ULSD compared to LSD



6

# ULSD Changes – Impact On Water & Biological Problems

| | Changes in ULSD | | Impact on Microbial Growth |
|---|---|---|---|
| ↓ | Sulfur reduction 500 to <15 ppm | ↑ | Sulfur antagonistic to microbial growth* |
| ↓ | Aromatic and phenolic compounds | ↑ | Aromatic and phenolic compounds are good growth inhibitors |
| ↑ | Saturates | ↑ | Saturates preferred food source compared to aromatics |
| ↑ | Water (free, non-dissolved) | ↑ | Free water availability increases |

*some debate about this



7

# Fuel Specifications Mostly Ensure Good Fuel Quality – What's Not in the Specs

- Lack of improved fuel specs may not adequately address water and contaminants that may lead to fuel storage, dispensing, and vehicle engine problems:

  - No real water spec – BS&W (Bottoms, Sediment & Water) spec (500 ppm) not stringent enough;

  - Too much water is bad and can lead to increased bug problems, corrosion – also holds contaminants that lead to engine filter/injector deposits

  - NACE corrosion – typically only measured at refinery – tends to degrade as fuel moves downstream – usually unknown at end user;

  - Particulate/sediment – no real gravimetric or particle size distribution requirement (other than BS&W). OEM's prefer low PSD for HPCR.



8

# Fuel Specifications – Fuel Must Be "Fit for Use"

- D975 and D4814 "specs" are minimums – and may on occasion be insufficient for good performance;

- All fuel tends to degrade in storage (this is normal) – degradation causes some fuel contaminants.  Use of stability additive slows the degradation process;

- Water is fuel's enemy and must be managed – it carries contaminants that can lead to bug problems and corrosion; fuel filter and injector deposit issues.

- Both gasoline and diesel fuel must be safe to use, meet legal specifications and be "fit for use"



# Biofuels – New Challenges to Good Fuel Quality

The inclusion of biofuels -- both ethanol in gasoline and biodiesel in diesel fuel has generally been good for the industry:

- Lessens US demand on foreign oil
- Supports US farmers
- Mostly enhances blended fuel properties:
  - Biodiesel – higher cetane, lubricity, generally improves emissions
  - Ethanol – increased octane, substitutes hazardous lead and MTBE, generally improves emissions

With the addition of bio components comes new challenges with water management and increased filter change-outs though:

- Biodiesel holds more water;
- Too much water in ethanol blends can lead to phase separation.
- Both bio components can have a tank cleaning effect.



10

# Good Fuel Housekeeping & Workmanship -- Leads to Good Fuel Quality

Simple steps can lead to improved fuel quality:

- Manage water -- remove tank bottoms routinely
- Keep water out of biofuels, especially ethanol blends
- Routine Fuel Sample Testing:
  - Bug testing – prevents biological growth, helps control downstream problems;
    - Proper biocide addition kills bugs and prevents corrosive acids from forming;
  - Corrosion testing  -- protection diminishes as fuel travels downstream;
- Consider use of anti-foulant additive to prevent filter and injector plugging



11

# Fuel Additive Perception





# Reasons for Using Fuel Additives

- Fuel quality varies widely but can be improved through additive use:
    - Brings fuel into specification (low cetane, etc.)
    - Corrects deficiencies (poor storage stability, etc.)
    - Safety concerns (conductivity, etc.)
    - Asset protection (corrosion inhibitors, etc.)
        - Poor lubricity, biological degradation/corrosion, etc.
    - HPFI engine deposit problems (stabilizers, detergents, etc.)
- Unfortunately, diesel fuel is generally made to minimum ASTM D975 specifications and may occasionally not be fit for use – additives can help bridge this gap.



13

# Fuel Additives – Are They Necessary?

Gasoline and diesel fuel contain many additives essential for good fuel quality and necessary for good fuel stability and performance:

- Stability additives -- prolongs fuel life, limits oxidation/degradation and metal interaction reactions;

- Corrosion inhibitors -- protects metal in fuel systems;

- Conductivity improvers – lessens static electricity, prevents fires/explosions;

- Lubricity improvers – provides needed lubrication in diesel injection systems;

- Biocides – preventive use minimizes bugs which may lead to corrosion;

- Anti-foulant additives – counteract fuel degradation & contaminant inter-actions that lead to filter/injector plugging



14

# Where Are Fuel Additives Applied?

| | Refinery | Pipeline/Terminal | Fleet/Distributor/Jobbers/Aftermarket/End User |
|---|---|---|---|
| Biocides | 🔴 | 🔵 | 🟢 |
| Cetane Improvers | 🔴 | 🔵 | 🟢 |
| Cold Flow Improvers | 🔴 | 🔵 | 🟢 |
| Conductivity Improver | | 🔵 | |
| Corrosion Inhibitors | 🔴 | 🔵 | 🟢 |
| Gasoline/Diesel Detergents | | 🔵 | 🟢 |
| De-icers | | 🔵 | 🟢 |
| Stabilizers/Dispersants | 🔴 | 🔵 | 🟢 |
| Lubricity Improvers | | 🔵 | 🟢 |
| Marker Dyes | | 🔵 | 🟢 |
| Demulsifiers and Dehazers | | 🔵 | 🟢 |
| Metal Deactivators | 🔴 | | 🟢 |



15

# Where Fuel Specs Apply

Most ASTM fuel motor fuel (gasoline and diesel) specs apply at the point of manufacture – refineries generally have to meet pipeline or exchange partner specs:

- NACE corrosion spec of B+ or better for pipelines;

- Most other specs listed in D975 or D4814 tables;
  - Flash point, distillation, sulfur, etc.

- Some specs apply at terminals or as delivered to end users
  - lubricity, conductivity

- There is growing belief that all specs should apply at the end user level.



16

# Fuel Specifications Need to be Living Documents

- Significantly lowering sulfur content of both gasoline and diesel fuel along with inclusion of fuel ethanol and biodiesel highlight the need for improved fuel specs:
  - Many of today's specs were set for older engine technologies;
    - Standard octane/cetane test engines are single cylinder with 50+ year old technology;
    - Stability tests such as D525, D2274, D6468 may no longer be applicable
  - New engine technologies (like diesel HPCR – High Pressure Common Rail) demand almost particulate and water-free, stable fuel;
  - Good fuel corrosion from the refinery to the end user would likely lessen distribution system and vehicle corrosion problems
- ASTM and other fuel standard setting bodies will continue to work towards making fuel specifications better,
  - Concerned parties should get involved and voice their concerns!



17

# Questions?



18