# EXHIBIT 21

**Microsoft Outlook**

---

**From:** Non-responsive content removed
**Sent:** Tuesday, March 22, 2011 7:13 AM
**To:** Non-responsive content removed
**Cc:**
**Subject:** WG: TPI / analyse result CR-pump US-07 / no trouble found
**Attachments:** WG: 8D-Reporte HD-Pumpen US07; HDP_Späne2020693.pdf

Hello all;

Please find enclosed a additional information, regarding the last analys result for CR-pumps.

In the past Bosch had received via VW Non-responsive content removed a respectable numbers of claimed CR-pumps Typ CP4 for US-07.

Regarding the preanalyse at the VW [redacted] plant and detailed analyses at the Bosch investigation point, we'd like to inform you about a important topic.

We received a few pumps with the fault description from your local VW-partner: "Metall particel at the filter". In a few cases the partner use this as an indication, to verify a mechanical breakdown from the CR-pump.
To improve this action, we'd prefer additional to remove the measuring unit on the top of the pump. If it's possible to find particel at this component, then we confirm the repair to exchange the whole fuel system.
Please note;
To find some partcel or dust in the main filter box, can not be prevented. Usually you can find aluminium particel, because the housing of the filter box ist made of aluminium splash.

Attached please find a service information from your AUDI-colleagues. They have already implemented this improvement.

Mit freundlichen Grüßen / Best regards

Non-responsive content removed

Robert Bosch GmbH
Non-responsive content removed

38023 Braunschweig
GERMANY
www.bosch.com

Non-responsive content removed

Sitz: Stuttgart, Registergericht: Amtsgericht Stuttgart, HRB 14000;
Aufsichtsratsvorsitzender: Hermann Scholl; Geschäftsführung: Franz Fehrenbach, Siegfried Dais;
Bernd Bohr, Rudolf Colm, Volkmar Denner, Wolfgang Malchow, Peter Marks,
Peter Tyroller; Stefan Asenkerschbaumer, Uwe Raschke, Wolf-Henning Scheider

| | |
|---|---|
| **From:** | Non-responsive content removed |
| **To:** |  |
| **CC:** | |
| **Date:** | 8/3/2010, 7:00:13 AM |
| **Subject:** | FW: AoA Q7 TDI Launch Telko |
| **Attachments:** | TDI High Pressure Fuel Pump Failures.xls |

Non-responsive content removed

Hello

FYI see pump damage. I have never seen so many before.

Best regards,

Non-responsive content removed

---

From: Non-responsive content removed

Sent: Tuesday, August 03, 2010, 12:17 AM



Non-responsive content removed

Subject: AoA Q7 TDI Launch Telko
Time: Tuesday, 3rd August 2010 03:30-04:30 PM (GMT+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna.
Location: Auburn Hills Participants - A5 Conf Room

Meeting will be changed to every other week starting Monday March 10. Meeting data will be sent beforehand.

Audio Conference Information:
Bridge Name: vwoaa500
Participant Code: 999999

| From: | Non-responsive content removed |
| To: | |
| CC: | |

**Date:** 9/2/2009, 5:15:25 PM
**Subject:** 3rd HPP failure USA BIn5

Hello Mr. ▮▮▮▮▮

I'm afraid there's bad news from the U.S.:

After 2 failures in the field (1x Q7, 1x Touareg) the 3rd HPP failure has now occurred in the EC endurance run:

Q7 AU716 90229 (Q7 BIN5 MJ10)

The vehicle comes from the first batch Bin5 MY09 and is already supposed to have an HPP with anti-wear package.
the vehicle was driven in mixed driving conditions, then converted to MY10 and used in the USA for cold tests
and hot tests.

Mileage of vehicle/HPP: 144,075km (last change of fuel filter at 116,842 km, filter water separation at 131,631km)

Further action:
- HPP will be sent to ▮Non-responsive content removed▮ for analysis
- Fuel filter will be sealed and sent to ▮▮▮ for analysis
- Fuel sample from the tank

Pictures of the MU and type label of the HPP

Based on the HPP data, can you make an initial statement as to the date of manufacture (did the HPP receive all AWP measures already)?

▮Non-responsive content removed▮ do you have the data for the other two failures?

With best wishes

Non-responsive content removed



AUDI AG
Non-responsive content removed
PO box 1144
74148 Neckarsulm


Non-responsive content removed

[www.audi.com](http://www.audi.com)

Sitz/Domicile: Ingolstadt
Registergericht/Court of Registry: Local District Court Ingolstadt
HRB Nr./Commercial Register No.: 1
Vorsitzender des Aufsichtsrats/Chairman of the Supervisory Board: Martin Winterkorn
Vorstand/Board of Management: Rupert Stadler (Vorsitzender/Chairman), Ulf Berkenhagen, Michael Dick, Frank Dreves, Peter Schwarzenbauer, Axel Strotbek, Werner Widuckel

Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefügt und lassen keine Rückschlüsse auf den Rechtscharakter der E-Mail zu.
Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legally relevant and/or is intended to be legally binding upon AUDI AG.











