# EXHIBIT 22

**From:** Non-responsive content removed
**To:** Non-responsive content removed
**CC:**
**Date:** 10.06.2011 08:15:44
**Thema:** WG: 112869 - 2.0l TDI Fuel Pump

**Von:** Non-responsive content removed
**Gesendet:** Donnerstag, 9. Juni 2011 23:54 **An:** Non-responsive content removed
**Cc:** Non-responsive content removed

Hi

I have here a pump from the a 2.0l TDI. I have been testing a lot of these this week and many have an amount of "metal Debris" or other metallic particles in them.
I believe we are also having an issue with water in the fuel. For this issue there will be a report very shortly.
However, this pump contains something else. The green particles are gel like but still fluid. Can you please get this material analysed in Zentral Labor and then I can add the findings to the report or create a single report for it.

will be sending you the part in the post tomorrow. Thanks

Non-responsive content removed

Volkswagen Group of America, Inc. 5388 Sterling Center Dr.

Westlake Village, CA, 91361

Non-responsive content removed

http://www.vw.com



06/09/2011 13:44

From: Non-responsive content removed
To:
CC:

Date: 3/31/2008 12:08:00 PM
Topic: FW: Radio RE: RE: Radio: Drivetrain damage failure US07 (Jetta) v_27_03_08 v_28_03_08
Attachments: Ausfallppe_Ergebnisse2k_PräsVW.pdf

Dear Mr.

Can you (panel of experts) explain to us how the failure mechanism was after this mileage?
What did the side run-up of the guide roller look like?
Why does the plunger rotate after such a long service life?
What is the purpose of the turner with coating (sluggishness?) in the cylinder?
etc.
We will certainly not accept a failure because of fuel quality!

In case of this "rel. late" case / symptom of damage, I understand the demand for an anti-turn locking device, because one can detect a very little previous blockage of the guide roller.
We also see a big risk here for our BIN5 pump, which has to manage with the same fuel in USA
.

can you add the fuel result to that?

With best wishes

_____

From: Non-responsive content removed
Sent: Friday, March 28, 2008 6:30 PM
Non-responsive content removed

Subject: Radio RE: RE: Radio: Drivetrain damage failure US07 (Jetta) v_27_03_08 v_28_03_08

Dear Mr.

EA11003EN-00646[0]

**From:** Non-responsive content removed
**To:** [redacted]
**CC:** [redacted]
**Date:** 28.08.2009 13:00:53
**Thema:** RE: WA1AM74L89D[redacted] @ 426A53, AC 487327

[redacted]

picture should have been submitted already and as far as I know a fuel probe was taken by [redacted]. Anyways we dont know the date of production.

Chris,

can you confirm...

THX

regards

Non-responsive content removed

Product Quality Assurance (Drivetrain)

Audi of America, Inc.
3800 Hamlin Road
Auburn Hills, MI, 48326
USA

Non-responsive content removed

[redacted]
www.audiusa.com

**From:** Non-responsive content removed
**Sent:** Friday, August 28, 2009 3:43 AM
**To:** Non-responsive content removed
**Cc:** [redacted]
**Subject:** AW: WA1AM74L89D[redacted] @ 426A53, AC 487327

Dear [redacted]

Will the pump be sent to us in Germany?

In case of future drivetrain damage kindly always - if new pump production status after May 2009:

1 photo of the type label of the HP pump
1 photo of the chips in the metering unit hole and, if possible
1 fuel sample of 1 litre

With best wishes

Non-responsive content removed

AUDI AG
▮
85045 Ingolstadt
Non-responsive content removed

**From:** Non-responsive content removed
**Sent:** Friday, August 14, 2009 2:33 PM
**To:** Non-responsive content removed
**Subject:** Subject: WA1AM74L89D▮ @ 426A53, AC 487327

Hello ▮,

For information
I have answered the question about WaC.

With best wishes

Non-responsive content removed
AUDI AG
74146 Neckarsulm
Non-responsive content removed

www.audi.com

Sitz/Domicile: Ingolstadt
Registergericht/Court of Registry: Amtsgericht Ingolstadt
HRB Nr./Commercial Register No.: 1
Vorsitzender des Aufsichtsrats/Chairman of the Supervisory Board: Martin Winterkorn
Vorstand/Board of Management: Rupert Stadler (Vorsitzender/Chairman), Ulf Berkenhagen, Michael Dick, Frank Dreves, Peter Schwarzenbauer, Axel Strotbek, Werner Widuckel

Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefügt und lassen keine Rückschlüsse auf den Rechtscharakter der E-Mail zu.

Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legally relevant and/or is intended to be legally binding upon AUDI AG.

---

**From:** Non-responsive content removed
**Sent:** Friday, August 14, 2009 2:14 PM
**To:** Non-responsive content removed
**Subject:** FW: WA1AM74L89D▮ @ 426A53, AC 487327

Hello Colleagues,

For you, for information, about breakdowns in ▮ HPFP drivetrain damage confirmed.

VW has sent information that BOSCH rejects the warranty if the metering unit is open. Can you please confirm this?

Regards

▮

EA11003EN-00660[1]

**From:** Non-responsive content removed
**Sent:** Thursday, August 13, 2009 12:10 PM
**To:** Non-responsive content removed
**Cc:**
**Subject:** RE: WA1AM74L89D @ 426A53, AC 487327

Update:

The fuel pump was overnighted to Auburn Hills for examination. The high pressure fuel pump failed catastrophically shedding metal shavings through the entire fuel system (see attached). This car will require a complete new fuel system from tank to injectors and everything in between.

This will be a very lengthy repair (weeks) and it may be best to get the customer out of this vehicle. The TFM has mentioned the customer is already unhappy, and he hasn't heard the diagnosis yet or repair time yet.

Steve, our next order of business is to take a fuel sample from the underhood fuel filter. We need to determine if component failure or bad fuel is to blame. Do not start or run this vehicle further. Let me know if you have any questions.

**From:** Non-responsive content removed
**Sent:** Tuesday, August 04, 2009 11:29 AM
**To:** Non-responsive content removed
**Cc:**
**Subject:** RE: WA1AM74L89D @ 426A53, AC 487327

Update: this glow plug was swapped and the vehicle still will not start. The customer was driving and when turning a corner the vehicle stalled and would not restart. No adblue light or warning was on and no other faults were set. Tech took it upon himself to add the reductant due to the no start concern. The tech asked the customer if they had just went through the car wash and was told no and that she has not washed the vehicle yet.

**From:** Non-responsive content removed
**Sent:** Monday, August 03, 2009 4:46 PM
**To:** Non-responsive content removed
**Cc:**
**Subject:** RE: WA1AM74L89D @ 426A53, AC 487327

As discussed...

-Tech has erased DTC so no GFF possible.

-Have tech verify fuel in line.

-Check electrical connection on #5 glow plug. If OK, swap in glow plug (Cyl 2 or 5) from Demo vehicle (if possible)

-If we can't accomplish the above, we will escalate to TFM.

**From:** 
**Sent:** Monday, August 03, 2009 4:33 PM
**To:** Non-responsive content removed
**Cc:**
**Subject:** WA1AM74L89D @ 426A53, AC 487327

Customer vehicle towed in for no start. Tech added adblue and the test plan had him clear the faults. Fault was stored for cylinder pressure #5. No P code stored, 05084 was the fault code. No attachment due to scan tool locking up. Tech assumed the adblue being low was the cause for the no start.

EA1 Non-responsive content removed

Technician: ▮ Technician Phone: null
Dealer Name: ▮ Dealer Phone: (925) 447-1100

Corp Contact: ▮ Corporate Phone: +1-916-649-3870

Consultant: ▮ Dealer Code: 426A53

Concern Group: Non-responsive content removed ▮

Group Assigned To: ▮

Assignee: ▮

Ticket Status: Open: Technician in Process

VIN: ▮ Make: ▮

Model Code: 4LB5RL Year: 2009 Mileage: 1790

Engine: 3.0L Transmission: Automatic

Country: USA Service Date: Wed May 27 2009 20:00:00 GMT-0400 (Eastern Daylight Time)

08/03/2009 15:43:13: US/Eastern: ▮ Initiated: Issue Opened by Dealership

08/03/2009 15:43:13: US/Eastern ▮ Initiated: vehicle no start. ran gff fault for 05084 13dc 007 inside pressure sensor cly.5 range performance.

measured value.

1 1280 /min

2 40 km/h

3 00010000

4 55 bar

5 -1.00

6 358

7 -1.70

08/03/2009 16:28:00: US/Eastern: ▮ Open: Consultant in Process: Customer Comments: vehicle no start. ran gff fault for 05084 13dc 007 inside pressure sensor cly.5 range performance. measured value. 1 1280 /min 2 40 km/h 3 00010000 4 55 bar 5 -1.00 6 358 7 -1.70

08/03/2009 16:28:00: US/Eastern: ▮ Open: Consultant in Process: Workshop Findings: Customer vehicle. Techs 209 221 0515 The faults were cleared and the adatation was being performed and the scan tool froze up. 9.463 liters of adblue was added. The tank was not filled. The vehicle will not start, just cranks. No faults returned. Fault for the #5 cylinder pressure fault was stored but has not returned.

08/03/2009 16:28:00: US/Eastern: ▮ Open: Consultant in Process: Advised tech to wiat for further instructions. Thanks

EA11003EN-00660[3]