# EXHIBIT 23

**From:** ███
**To:** ███
**CC:**
**Date:** 7/7/2008, 1:37:38 PM
**Subject:** Performance drop AU716 98017 with shavings in the HPP

Hi all,

We've taken a few photos of the fuel filter, the diesel samples and the housing of the filter.
We are a bit speechless due to the discoloration of the sample directly from the filter (dark vial sample in the middle)
Samples from the tank and a filtered sample look OK, in contrast.
The shavings, or whatever it is, are not metallic (magnetic test) and therefore seem to indicate soiling.
Something is disintegrating.
You can also clearly see the soiling on the floor of the filter housing interior.
The filter has the same mileage as the HPP.

We will send you the complete filter housing, with filter, diesel samples (if they should go to ███ and HPP, lines, etc.

Crucial question: where should we have the diesel fuel analyzed? USA or ███

With best wishes ███

**From:** Non-responsive content removed
**To:**
**CC:**
**Date:** 1/23/2009, 12:09:31 PM
**Subject:** Re: CP4.1 change package 3 - diagnosis reports
**Attachments:** BF_CP4.1_Änderungspaket3_02_ZME.pdf
BF_CP4.1_Änderungspaket3.pdf
BF_CP4.1_Änderungspaket3_02.pdf
KU_Änderungspaket3.pdf

Hello Mr

At the time, the test of a C2.1 coated roller support was agreed upon in change package 3 with VW.

VW change package 3 is different than Audi change package 3.

Likewise, we have equipped the first W36 B samples with C2.1 roller supports.

-> The pumps were carried through manually and correspond to the BOM

The current VW series pump (507) & also the successor W36 pumps have a C3-coated roller support, because the C3 quality is currently better!

Best regards / mit freundlichen Grüßen



Domicile: Stuttgart, Court of Registry: Local DistrictCcourt Stuttgart, Commercial Register No. 14000; Chairman of the Supervisory Board: Hermann Scholl; Board of Management: Franz Fehrenbach, Siegfried Dais; Bernd Bohr, Rudolf Colm, Volkmar Denner, Gerhard Kümmel, Wolfgang Malchow, Peter Marks, Peter Tyroller; Uwe Raschke

**From:** Non-responsive content removed
**Sent:** Friday, January 23, 2009, 10:39 AM
**To:** Non-responsive content removed
**Cc:**
**Subject:** Re: CP4.1 change package 3 - diagnosis reports

Hello Mr.

Why have AWP3 roller supports with a C2.1 layer been installed in VW? Was that planned?

For various CP4.2 as well?

With best wishes



**From:** Non-responsive content removed
**Sent:** Thursday, January 22, 2009, 4:18 PM
**To:** Non-responsive content removed
**Cc:**
**Subject:** CP4.1 change package 3 - diagnosis reports

Hello,

Please find enclosed the conclusion for the following two diagnoses for **CP4.1 change package 3**

<<BF_CP4.1_Änderungspaket3_02_ZME.pdf>>

<<BF_CP4.1_Änderungspaket3.pdf>>

<<BF_CP4.1_Änderungspaket3_02.pdf>>

Please review and approve the series release.

<<KU_Änderungspaket3.pdf>>

With best wishes



Robert Bosch GmbH, Domicile: Stuttgart, Court of Registry: Local district Court Stuttgart Commercial Register No. 14000 Hermann Scholl; Board of Management: Franz Fehrenbach, Siegfried Dais; Bernd Bohr, Wolfgang Chur, Rudolf Colm, Gerhard Kümmel, Wolfgang Malchow, Peter Marks; Volkmar Denner, Peter Tyroller.

**From:** Non-responsive content removed
**To:** [redacted]
**Date:** 07.31.2008 08:39:20 AM
**Subject:** Fuel quality in Non-responsive content removed
**Attachments:** AW_ PCC 2008-0197 _ Customer No. 2045 _ Type 7L - Car suddenly stops. Engine doesn't start, engine warn light is active..msg

Dear [redacted]

With our V6TDI with the high-pressure pump CP4.2 we have significantly higher failure rates in [redacted] (higher by a factor of approx. 30 than the average of all markets) due to drivetrain damage. Do you know of any problems, striking features etc. with diesel fuel in these markets? Answer from [redacted] see appendix.

As the lubricity in [redacted] is very good according to your country list, one of our suspicions also goes in the direction of the rollers sticking in the roller support after a stand time. If this causes the rollers not to turn even briefly, this would explain the damage. Have you any information suggesting that such a thing could be possible with this country-specific diesel fuel?

Also we would like to ask you to arrange for a "special test" in these two markets and look for not only the usual test criteria but also for constituents which might cause the sticking. Please let me know briefly whether that's possible. It's a very hot topic and has already landed in the hands of the Board of Management.

With best wishes

Non-responsive content removed

Non-responsive content removed

AUDI AG
Non-responsive content removed

www.audi.com

Sitz/Domicile: Ingolstadt
Registergericht/Court of Registry: Local District Court Ingolstadt
HRB Nr./Commercial Register No.: 1
Vorsitzender des Aufsichtsrats/Chairman of the Supervisory Board: Martin Winterkorn
Vorstand/Board of Management: Rupert Stadler (Vorsitzender/Chairman), Ulf Berkenhagen, Michael Dick, Frank Dreves, Peter Schwarzenbauer, Axel Strotbek, Werner Widuckel

Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefügt und lassen keine Rückschlüsse auf den Rechtscharakter der E-Mail zu.
Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legallyrelevant and/or is intended to be legally binding upon AUDI AG.

**From:** Non-responsive content removed
**To:**
**CC:**
**Date:** 2/17/2011, 6:43:06 PM
**Subject:** HDP Claim summary (CW07-11).xls
**Attachments:** HDP Claim summary (CW07-11).xls

Hi ▮

Attached the list we spoke about.

## TDI-US07 HDP Claims US-Market (as of CW05/11)

|  |  | Warranty | VTA | Sold Vehicles |
|---|---|---|---|---|
| MY09 |  | 287 | 187 | 37889 |
| MY10 | Before CW24/09 | 23 |  | 2262 |
|  | After CW24/09 | 119 | 139 | 54659 |
| MY11 |  | 6 | 7 | 10565 |
|  |  | 435 | 333 | 105375 |

| Customer Complaint | MY09-10 (before clean-date) | MY10 (after clean-date) | MY11 |
|---|---|---|---|
| MIL-on no-start / Cranks no-start | 53,40% | 39,80% | 1x |
| MIL-on loss of power | 28,90% | 20,40% | 1x |
| Customer misfueled | 11,40% | 31% | 4x |
| MIL-on | 5,20% | 5% |  |
| Fuel Contaminated |  | 3,20% |  |
| Water in fuel | 1% |  |  |
| Pump leaking |  |  | 1x |
|  | 99,90% | 99,70% | 7x |

| P-Codes | Description | MY09-10 (before clean-date) | MY10 (after clean-date) | MY11 |
|---|---|---|---|---|
| P0087 | Fuel Rail/System Pressure - Too Low | 37,40% | 23,70% | 1x |
| P0088 | Fuel Rail/System Pressure - Too High | 2,10% | 0% |  |
| P0191 | "Fuel Rail Pressure Sensor ""A"" Circuit Range/Performance" | 3,70% | 2,90% |  |
| None specified |  | 52,90% | 66,90% | 6x |
| Other |  | 3,70% | 6,50% |  |
|  |  | 99,80% | 100,00% | 7x |

**From:** Non-responsive content removed
**To:**
**CC:**
**Date:** 05.13.2011 08:39:31 AM
**Subject:** Status CP42 USA
**Attachments:** Status CP4 USA.pdf

Dear

Our boss asked for the status of the situation in the USA. Slide 4 still needs sorting. Apart from your criticism I would also welcome it if you would recheck the 4 cylinder calculation tables.

For the 6 cylinder, your figures and mine hardly differ. Let's talk about it briefly on the phone later.

With best wishes

Non-responsive content removed

>
>AUDI AG

Non-responsive content removed

>http://www.audi.com
>
>
Sitz/Domicile: Ingolstadt
Registergericht/Court of Registry: Local District Court Ingolstadt
HRB Nr./Commercial Register No.: 1
Vorsitzender des Aufsichtsrats/Chairman of the Supervisory Board: Martin Winterkorn Vorstand/
Board of Management: Rupert Stadler (Vorsitzender/Chairman), Ulf Berkenhagen, Michael Dick, Frank Dreves, Peter Schwarzenbauer, Thomas Sigi, Axel Strotbek
Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefügt und lassen keine Rückschlüsse auf den Rechtscharakter der E-Mail zu.
Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legally relevant and/or is intended to be legally binding upon AUDI AG.

**From:** Non-responsive content removed
**To:**
**CC:**

**Date:** 05.18.2011 09:34:05 AM
**Subject:** HPP
**Attachments:** 4_Entwurf_Präsentation_CP4 1_17_05_11.ppt

Dear Non-responsive content removed

Here is the latest status with a new curve for the USA.

With best wishes

Non-responsive content removed

Volkswagen AG

POBox 38239 Salzgitter

Non-responsive content removed

http://www.volkswagen.de

VOLKSWAGEN AG
Sitz/Domicile: Wolfsburg
Registergericht/Court of Registry: Local District Court Braunschweig
HRB Nr./. Commercial Register No.: 100484
Vorsitzender des Aufsichtsrats/Chairman of the Supervisory Board: Ferdinand Piëch Vorstand/ Board of Management: Martin Winterkorn (Vorsitzender/Chairman), Francisco J. Garcia Sanz, Jochem Heizmann, Horst Neumann, Hans Dieter Pötsch
Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefügt und lassen keine Rückschlüsse auf den Rechtscharakter der E-Mail zu.
Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legally relevant and/or is intended to be legally binding upon VOLKSWAGEN AG.