# EXHIBIT 24

Case 2:21-cv-12497-LVP-CI ECF No. 1-12, PageID.311 Filed 10/22/21 Page 2 of 6

**From:** ▮
**To:** ▮
**CC:** ▮

**Date:** 6/30/2009 12:31:00 PM
**Subject:** ANS: HPP measures/ USE
**Attachments:** Statusbericht CP4 - Juni 2009.msg

Hello ▮

I don't think you're reading my mails any more!
Please look at the failure curves specifically, then you'll see that we only have a problem in certain markets!
In ▮ the former problem market number 1, no longer at all.
Depending on how poor the fuel currently on the market is.
Although I admit that I'd prefer to have a more robust pump; I'm working on that together with ▮

Summary: New observations from July 2009 for vehicle (June at Bosch; last product measure at Bosch Wk21 in May - C2 layer on roller).

>With best wishes
>
▮
>
>From Non-responsive content removed
>Sent: Tuesday, June 30, 2009 11:15 AM

Non-responsive content removed

>Subject: HPP measures/USE
>
>Hello ▮
>Do you have a detailed list of the last optimization measures implemented for the CP4.2 high-pressure fuel pump?
>
>We would like to close our KPM item 4914966 at some point. Please forward the use to Györ so they can determine the chassis number.
>
>We will then continue monitoring the measure changes in the field.
>
>
>Thanks very much.
>
>Best regards,
>
Non-responsive content removed

>AUDI AG

Non-responsive content removed

>Sitz/Domicile: Ingolstadt
>Registergericht/Court of Registry: Local District Court Ingolstadt
>HRB Nr./Commercial Register No.: 1
>Vorsitzender des Aufsichtsrats/Chairman of the Supervisory Board: Martin Winterkorn
>Vorstand/Board of Management: Rupert Stadler (Vorsitzender/Chairman), Ulf Berkenhagen, Michael Dick, Frank Dreves, Peter Schwarzenbauer, Axel Strotbek, Werner Widuckel
>
>Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefügt und lassen keine Rückschlüsse auf den Rechtscharakter e-mail is legally relevant and/or is intended to be legally binding
>Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legally relevant and/or is intended to be legally binding upon AUDI AG. >

**From:** Non-responsive content removed
**To:**
**CC:**

**Date:** 5/26/2010 4:00:35 PM
**Subject:** RE: Particle analyses, fuel filter

Hello

Neither: we want to have the fluid in a specific viscosity range.
When viscosity is too low, the lubricating film is not established properly and mixed friction and surface contact occurs = bad.
When viscosity is too high, it worsens the intake of the fluid into the contact bearing gap (the edge layer thickness is
proportional to the root of the kinematic viscosity) and this once again results in insufficient establishment of the lubricating film = bad again.
So I don't need to take back anything ... :-)))

Best regards / mit freundlichen Grüßen

Non-responsive content removed

Robert Bosch GmbH

Non-responsive content removed

Registered Office: Stuttgart; Court of Registry: Local District Court Stuttgart, Commercial Register No. 14000;
Chairman of the Supervisory Board: Hermann Scholl; Managing Directors: Franz Fehrenbach, Siegfried Dais;
Bernd Bohr, Rudolf Colm, Volkmar Denner, Gerhard Kümmel, Wolfgang Malchow, Peter Marks,
Peter Tyroller; Uwe Raschke

**From** Non-responsive content removed
**Sent:** Wednesday, May 26, 2010 4:51 PM
**To** Non-responsive content removed
**Cc**
**Subject:** ANS: Particle analyses, fuel filter

… but I thought we didn't want any "thin" media like kerosene or winter diesel in the summer, but instead thick media?
Or is thick now bad for the pump, too?
Or do you want to take back your argument?

Best regards

Non-responsive content removed



**To:**

**Cc:**

**Subject:** RE: Particle analyses, fuel filter

Hello

As far as I know, glycerin has a higher viscosity than diesel.


Best regards / mit freundlichen Grüßen


Non-responsive content removed


Robert Bosch GmbH



Registered Office: Stuttgart, Registration Court: Local District Court Stuttgart, Commercial Register No. 14000;
Chairman of the Supervisory Board: Hermann Scholl; Managing Directors: Franz Fehrenbach, Siegfried Dais;
Bernd Bohr, Rudolf Colm, Volkmar Denner, Gerhard Kümmel, Wolfgang Malchow, Peter Marks,
Peter Tyroller; Uwe Raschke


**From:** Nilp, Roland (I/GQ-221) [mailto:Roland.Nilp@AUDI.DE]
**Sent:** Wednesday, May 26, 2010 3:57 PM
**To:** Schorr Dietmar (DS-PC/EHP5)
**Cc:** Dorsch, Wolfgang (N/EA-6); Duerr, Simon, Dr. (N/GQ-553); Ferrari Aggradi, Giovanni
**Subject:** ANS: Particle analyses, fuel filter

… does glycerin have high or low viscosity?
Best regards


Non-responsive content removed

Non-responsive content removed

**Subject:** RE: Particle analyses, fuel filter


Hello 

Sodium soaps result in deposit formation and glycerin has a high viscosity, which is not conducive to establishing
the lubricating film in the roller support. Glycerin is created during biodiesel manufacturing; the fact that it is found in the fuel
is a sign for insufficient cleansing of the biodiesel. That only confirms what we already knew from the analysis
results of the fuel samples.

Best regards / mit freundlichen Grüßen


Non-responsive content removed


Robert Bosch GmbH

Registered Office: Stuttgart, Registration Court: Local District Court Stuttgart, Commercial Register No. 14000;
Chairman of the Supervisory Board: Hermann Scholl; Managing Directors: Franz Fehrenbach, Siegfried Dais; Bernd Bohr, Rudolf Colm, Volkmar Denner, Gerhard Kümmel, Wolfgang Malchow, Peter Marks, Peter Tyroller; Uwe Raschke

**From:** Non-responsive content removed
**Sent:** Wednesday, May 26, 2010 11:55 AM
**To:** Non-responsive content removed
**Subject:** ANS: Particle analyses, fuel filter

… what conclusion do we draw from that?!

Best regards

Non-responsive content removed

**Sent:** Wednesday, May 26, 2010 11:45 AM
Non-responsive content removed
**Subject:** RE: Particle analyses, fuel filter

Hello Mr. Non-responsive content removed
Please find attached the requested analysis results from the fuel filters.

Best regards / mit freundlichen Grüßen

Non-responsive content removed

Robert Bosch GmbH
Non-responsive content removed

Registered Office: Stuttgart, Registration Court: Local District Court Stuttgart, Commercial Register No. 14000;
Chairman of the Supervisory Board: Hermann Scholl; Managing Directors: Franz Fehrenbach, Siegfried Dais; Bernd Bohr, Rudolf Colm, Volkmar Denner, Gerhard Kümmel, Wolfgang Malchow, Peter Marks, Peter Tyroller; Uwe Raschke

Non-responsive content removed

**Sent:** Friday, May 21, 2010 2:58 PM

| | |
|---|---|
| **From:** | Non-responsive content removed |
| **To:** | |
| **CC:** | |
| **Date:** | 09.15.2011 08:56:46 AM |
| **Subject:** | Request 20110912056 |
| **Attachments:** | 080211_Status_CP4.1_Bosch.pdf |

Hello Non-responsive content removed

Please find enclosed the argumentation aid for our change request in form of exemplary documents on failures of high-pressure diesel pump Bosch CP4.1.
I think the failures are well known.
It is also important to know that not only the high-pressure fuel pump, but the entire injection system is to be replaced in case of damage to a HPP with a cost > ▮▮▮▮ caused by chip contamination.

Best regards,

Non-responsive content removed

Volkswagen  AG

Non-responsive content removed

VOLKSWAGEN AG
Sitz/Domicile: Wolfsburg
Registergericht/Court of Registry: Local District Court Braunschweig
HRB Nr./. Commercial Register No.: 100484
Vorsitzender des Aufsichtsrats/Chairman of the Supervisory Board: Ferdinand K. Piëch
Vorstand/Board of Management: Martin Winterkorn (Vorsitzender/Chairman), Francisco J. Garcia Sanz, Jochem Heizmann, Horst Neumann, Hans Dieter Pötsch

Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefügt und lassen keine Rückschlüsse auf den Rechtscharakter der E-Mail zu.

Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legally relevant and/or is intended to be legally binding upon VOLKSWAGEN AG.

Wichtiger Hinweis: Dieses E-Mail ist vertraulich und nur für den angegebenen Empfänger bestimmt. Zugriff, Bekanntmachung, Vervielfältigung oder Verbreitung des Inhalts von Dritten ist verboten und kann eine kriminelle Handlung sein. Please delete this e-mail if you are not the recipient and notify the sender.

Important notice: This email is confidential and is for the intended recipient only. Access, disclosure, copying, or distribution on any of it by anyone else is prohibited and may be a criminal offence. Please delete if obtained in error and email confirmation to the sender.

In case of transferring sensitive information the VOLKSWAGEN AG reserves the right to take out the patent. In case of transferring sensitive information the VOLKSWAGEN AG reserves the right to take out the patent.