# EXHIBIT 25



# DIESELJEEPS

Search Community

# 3 Months Old - Fuel Pump Implosion

→ Jump to Latest          ⊕ Follow

1 - 8 of 8 Posts



**NorCalJeepFamily** · Registered
Joined Aug 20, 2014 · 1 Posts

⊘ Discussion Starter · #1 · Aug 20, 2014

loved my limited GC ED for the first 3 months, no issues, great mileage. On way home from first Oil change at dealer, car violently started shaking, then shut down after "low oil pressure" light flashed on (over the span of 3-5 seconds as I tried to pull over). We are now in the 4th week of this car being in the shop still... Dealer has showed me pictures and a sample of the metal shavings that were released when the high pressure fuel pump failed, very strange... I wonder what Jeep will do to make this right?



Reply



**AOR** · Registered
Joined Mar 12, 2014 · 13 Posts

#2 · Aug 21, 2014

Ask them to explain how a fuel system issue can cause the low oil pressure light to come on and report back thanks

💬 Reply

**Casper2** · Registered
Joined Jul 28, 2014 · 124 Posts

#3 • Aug 21, 2014

After an oil change......... Blame the oil change. Lemon law here in Mass. would already have kicked in. 15 business days of not being able to use the vehicle for the same problem gets me a refund or replacement. And they don't need be in a row. They only need to be in the first year or 15,000 miles. Check the lemon laws in your state.

Metal filings any where in the engine is a serious concern in my book.

💬 Reply

**Netboy** · Registered
Joined Aug 22, 2014 · 4 Posts

#4 • Aug 22, 2014

This is a known issue. The Bosch CP4.0 HPFP on the GC is very sensitive to fuel impurities. It is self lubricating by the diesel and if the fuel does not have enough lubricity or is contaminated with water or gasoline the pump will cease and send metal shavings through the entire fuel system. This has happened to many VW Jetta's that use the same new pump. The previous Bosch CP3.2 was much more resilient in that aspect. The repair will be very expensive so Chrysler will probably request a test of your fuel. If possible, get a fuel sample and test it yourself. Make sure you have your latest refueling receipts available. Many new CRD owners (me included) use lubricity additives to make sure the diesel will properly lubricate the engine as US diesel lubricity quality is questionable.

👍 Casper2

💬 Reply

**Casper2** · Registered
Joined Jul 28, 2014 · 124 Posts

#5 • Aug 25, 2014

Thank you Netboy..... Today for the first time I used an lubricity additive. 🙂

🗨 Reply

**granite** · Registered
Joined Feb 9, 2014 · 60 Posts

#6 • Sep 3, 2014

I swear by this product
http://www.fueldirect.co/cmstemplates/FuelDirect/BuyFuelDirect/QuickView.aspx?id=199158

🗨 Reply

**Grandee** · Registered
Joined May 26, 2014 · 2 Posts

#7 • Sep 4, 2014

> NorCalJeepFamily said: ⤴
>
> loved my limited GC ED for the first 3 months, no issues, great mileage. On way home from first Oil change at dealer, car violently started shaking, then shut down after "low oil pressure" light flashed on (over the span of 3-5 seconds as I tried to pull over). We are now in the 4th week of this car being in the shop still... Dealer has showed me pictures and a sample of the metal shavings that were released when the high pressure fuel pump failed, very strange... I wonder what Jeep will do to make this right?

I'd have to suspect the dealer did not do the oil change right. Think about it, the care was perfect until you were driving it home from the oil change. Did you check the oil before you drove off (I know you shouldn't have to, but am just wondering).

I had mine done for the first time at about 5,000 miles, and the dealer didn't re-install the oil cap on top of the engine correctly, and they got oil all over the oil filter housing. The new engine's procedure for oil change is much different and more time consuming than most any other car.

If the error message said low oil pressure, it could have been simply because the engine was only running too slowly to generate oil pressure, so the cause could be the malfunctioned pump, but so could it mean there was insufficient pressure before, and you only noted the light when the car started to shake?


I hope you get it resolved soon, but I'd watch that dealer like a hawk. These days I don't even trust them to rotate tires properly without breaking something else!

- Grandee

Reply

**Haggis** · Registered
Joined Nov 15, 2014 · 1 Posts

#8 · Dec 5, 2014

I live in Australia and my 2014 GC turned 12 months old a week ago. Unfortunately it has spent the last 3 weeks with the dealer following the implosion of the HP diesel fuel pump. The argument was between the dealer and Jeep Australia requiring proof of the failure. Once the repairs were approved I was quoted +8 weeks delivery for the parts from the US. This would have meant that the vehicle would have been off the road for 3 months.

I demanded a refund on the vehicle under the Australian Consumer Law 2011. Although the term "Lemon" isn't used it is implied, however, our laws are really week on consumer protection and do not quote specific times or values to qualify for this is up to you to negotiate with the dealer.

I ran around calling Jeep Aus and the dealer to close the gap in the approval of the repairs. Jeep were unhappy approving the work as the scheduled cost under warranty here is AU$20k. The fuel pump, fuel lines and injector all need to be replaced.

Under threat of the ACL the dealer then contacted me and said the vehicle should be ready by 23rd December, Jeep called me later in the day and said it will be ready on 12th December.

All in all it has been an exercise in poor customer relations.

I have found with some web browsing that the failure rate of the Bosch CP4.2 pump is 0.13%. Although this is across almost every major diesel engine manufacturer in the world.

Reply

1 - 8 of 8 Posts

## Join the discussion

Continue with Facebook

Continue with Google

or sign up with email

# Recommended Reading

### Primal Grow Pro Reviews: Testosterone Booster Price For Sale & Where To Buy?
**Grand Cherokee Diesel Discussions**
0   19
M  mhxrmotf · updated 12 h ago

### 100% Full for layman
**Grand Cherokee Diesel Discussions**
6   207
N  Nicomendez · updated 2 d ago

### 8HP70 Trans Filter/ Fluid change
**Grand Cherokee Diesel Discussions**
7   176
D  dkimbocz · updated 5 d ago

### https://top10pill.com/fleur-alpha-canada/
**Grand Cherokee Diesel Discussions**
0   103
W  wqntsdhd · updated 14 d ago

### Oil in antifreeze
**Grand Cherokee Diesel Discussions**
3   142
T  Tolar · updated 14 d ago

Case 2:21-cv-12497-LVP-CI    ECF No. 1-26, PageID.343    Filed 10/22/21    Page 7 of 7

Read More ➜

Home   About Us   Terms of Use   Privacy Policy   Help   Contact us   Cookie Preferences by TrustArc

VerticalScope Inc., 111 Peter St, Suite 901, Toronto, ON, M5V 2H1, Canada

Forum software by XenForo