# EXHIBIT 26



| HOME | FORUMS | ACTIVE TOPICS | TODAY'S POSTS | GALLERY | GARAGE | INSURANCE | ADVERTISE | REGISTER |

Sign in with Facebook  OR  [User Name] [••••••••]  LOG IN  ☐ Remember Me?

Ram 1500 Diesel Forum > Ram 1500 EcoDiesel Service And Maintenance > 2014+ Ram 1500 EcoDiesel Troubleshooting > Major fuel problem

👍 **1** Likes ▾

> Reply            Tweet            Page 1 of 2  **1**  2  >

LinkBack ▾                      Thread Tools ▾

🔵 10-28-2014, 10:31 AM   ✅ Thread Starter                    post #1 of 14

**tgilbert642**
Junior Member

Join Date: Oct 2014
Posts: 10
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 1 Post(s)
(Thread Starter)

**Major fuel problem**

Good morning.

I picked up my brand new ED on 9/17/14 after about 4 months of research into this new flavor of ram. This is my first dodge purchase, after owning two chevy 1500's in the last 8 years.

1700 miles and three weeks into my new ownership, I parked the truck in a parking lot, and when I got in about 10 minutes later the truck wouldn't start. The starter would engage, but no fire. Tried several times, and finally had it towed in.

Dealer had it for over a week scratching their head before star told them to replace the injector pump. After that, the truck still would not start.

Star told them to get some sort of diagnostic tool to tell them which injector was bleeding off pressure, but nobody actually seems to have this tool except the training centers. I started feeling like I was about to be trapped in a 6.0 powerstroke scenario already.

Mechanic has been fantastic throughout this whole mess, and finally got tired of waiting for star. So he pulled an injector and guess what? Metal. He showed me where he had cleaned it out on a white napkin and the metal is like a very fine sand consistency. So he did a little digging and found out that apparently they had a bad run of injector pumps.

So now, he is telling me that they are ordering new everything forward of the injector pump and *hoping* that replacing those components will fix the problem.

My main concern is this: What are the chances that this metal could have caused damage inside the cylinders? The dealership seems resistant to my request to have the cylinders inspected (In fact, their answer was "If it starts and runs ok, then we are done). I am not so comfortable just accepting this answer and driving off. I also requested they change the oil before I take the vehicle and again 500 miles later in case there's anything else floating around out there. Is this reasonable?

So far, the dealership has had my truck two days less than I actually have on the road.

Any ideas or feedback would be greatly appreciated at this point.

**Featured Vehicle**



2018 Ram 3500
Find out more about the all-new Ram 3500.
Prototype shown with options

**Auto Insurance**

 Get a Free Online Insurance Quote Now!

**Premium Vendor Showcase**



**Wheels and Tires**



**Recent Discussions**

No Threads to Display.

---

**10-28-2014, 11:10 AM**     post #2 of 14

**Accused**
Senior Member

Join Date: Nov 2013
Posts: 830
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 52 Post(s)

Thats an interesting predicament. I don't know if this small metal in the fuel would have the same detrimental effects as metal in the oil. To that, even if they were to change and flush the oil now and again in 500 mi I don't think it would be worth much, the problem originates in the fuelling system IMO...

Good luck , keep us info'd

> Quote

Advertisement

Powered By 

---

**10-28-2014, 02:38 PM**     post #3 of 14

**10%More**
Senior Member

Join Date: Jun 2014
Location: Sundance/Wimauma, Florida
Posts: 412
Mentioned: 1 Post(s)
Tagged: 0 Thread(s)
Quoted: 41 Post(s)

This is not the Ford 6.0. Your situation, bad as it is for you, is unusual.

Can't see how the metal could get past the tiny nozzles of/in an injector. Also do not think there is a "run" of bad injector pumps although I did hear of something similar before. Not sure it was on an Ecodiesel though.

First post - Welcome. Too bad you did not join and post earlier on to share your joyous experiences. Hope it all is taken care of and soon.

> Quote




Click to find out more about a new promotion

**10-28-2014, 10:18 PM** — post #4 of 14

**JackMS**
Junior Member

Join Date: Sep 2014
Location: Biloxi, MS
Posts: 2
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 0 Post(s)

Have to agree with 10%more. Anything small enough to pass through the injector into the cylinder won't hurt the cylinders. Especially for this short amount of time.

2014 Ram Ecodiesel, CC, 2WD, Big Horn

Quote

**10-29-2014, 11:09 AM** — post #5 of 14

**zoomie**
Senior Member
LIFETIME PREMIUM MEMBER

Join Date: Jul 2014
Location: Hamilton Ontario
Posts: 476
Mentioned: 2 Post(s)
Tagged: 0 Thread(s)
Quoted: 60 Post(s)
Garage

Personally I would let them make the changes they want then watch your fuel and oil consumption closely and document it. If your cylinders are bad it will show up there.

Haulin likes this.

Quote

**10-29-2014, 02:22 PM** ✓ Thread Starter — post #6 of 14

**tgilbert642**
Junior Member

Join Date: Oct 2014
Posts: 10
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 1 Post(s)
(Thread Starter)

I appreciate all the feedback, everyone!

10%, when the mechanic and I were talking the other day, he said that (I'm assuming star) told him that they had a "clean" date and a "dirty" date on the injector pumps. He also said that mine was installed 5 days prior to the "clean" date, and that apparently the problem they are experiencing with those prior to the "clean' date is that they begin to come apart internally. - Edit: I am going to stop by this afternoon for an update and I will ask him for more info about the injector pumps - I will post anything I get because this may affect others on this group. My truck gave absolutely no indication that this was going to happen - running smoothly,. etc.

I am literally chomping at the bit to have my truck back, especially since they put me in a hemi 1500 that i've finally nursed up to 14.6mpg. Not to mention the fact that it's a beautiful truck and I've waited a long time to buy it.

Last edited by tgilbert642; 10-29-2014 at 02:26 PM.

Quote

**10-29-2014, 02:23 PM** — post #7 of 14

**Haulin**
Senior Member

Join Date: Jul 2014
Posts: 406
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 17 Post(s)

Good tip on tracking those things, monitoring them is key.

Quote

**11-10-2014, 05:34 PM** ✓ Thread Starter — post #

**tgilbert642**

Junior Member

Join Date: Oct 2014
Posts: 10
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 1 Post(s)
**(Thread Starter)**

Well, the saga continues.

Dealer has now had it for four weeks and three days. I only had it on the road for three weeks.

Replaced entire fuel system. Drained and cleaned tank & lines, everything else is new. Truck purred like a kitten Friday without even smoking but the tech noticed fuel spraying out of the left side rear injector housing. So he tore it apart and couldn't find anything wrong with it. Swapped it with another cylinder's injector, problem stayed with the left rear cylinder. Finally he put a scope in the cylinder head and noticed some carbon buildup (1756) miles. So that was it for last Friday.

Nowhere I stopped by, he said cleaning the deposits fixed the leakage problem, but now he is seeing the same (but not as bad) issue on a few other cylinders. So he's going to clean all of them out and *maybe* I'll get my truck back tomorrow

What a process

> Quote

**11-10-2014, 05:58 PM**                                                                    post #9 of 14

**Katoom250SX**
Senior Member

Join Date: Aug 2014
Location: Northwest Ohio
Posts: 200
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 26 Post(s)

Garage

Ever find out any additional information on the possible bad injector dates? Your rig ordered or purchased off the lot. Built date etc?
Thanks!

> Quote

**11-10-2014, 07:00 PM**  ✓ **Thread Starter**                                              post #10 of 14

**tgilbert642**
Junior Member

Join Date: Oct 2014
Posts: 10
Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 1 Post(s)
**(Thread Starter)**

I Have not been able to get the exact build dates or the exact date range for the bad injector pumps yet, not sure if they just don't want to tell me or if I'm just not asking the right person.

I have been making daily trips to the dealership, and I will make sure I get at least the build date before I go home with the truck. Assuming that I do at some point get to leave with the truck.

It was bought off the lot...kind of. I was pretty specific about the options I wanted, and apparently that combination of options was rather hard to find (nav,etc but not Laramie) so my dealer (huntsville tx) had to get it from a dealer in Louisiana. But for that, straight off the lot.

> Quote

> Reply                                                          Page 1 of 2  **1**  2  >  ▼

**You May Like**                                                 Sponsored Links by Taboola

**8 Cars So Loaded It's Hard to Believe They Cost Under $30K! Research Best Luxury Car Lease Deals**
Cars

**Engineers Were Met With A Nauseating Sight When They Drained The Niagara Falls**
Paws Zilla

**Cars Worth Waiting For: Arriving 2020 to 2025**
Car and Driver

**Science Shows What This Famous Historic Person Would Look Like In 2020**
Ask

Top Plastic Surgeon: Throw Out Your Moisturizers Now
Del Mar Laboratories

One Thing All Liars Have in Common, Brace Yourself
TruthFinder

When Malware Targeting Mac Increasing Get Airo
Airo Mac Security

How To Get A Dog To Instantly Stop Barking And Listen
Barx Buddy

CPAP Users Feel Healthier Because Of This (On Sale Friday)
Easy Breathe, Inc.

The 50 Best College Football Programs, Ranked By Total Wins
247 Sports

« Previous Thread | Next Thread »

**User Tag List**

**Similar Threads**

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| 1st Problem at 9 days old...Washer Fluid Leak | Snowpig2u | 2014+ Ram 1500 EcoDiesel Troubleshooting | 18 | 06-28-2014 10:09 PM |

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **On**
Pingbacks are **On**
Refbacks are **On**

Forum Rules

-- Ram 1500 EcoDiesel Forum (Full)     Contact Us |

Terms of Use     Copyright     Privacy Policy

