# EXHIBIT 27





Search Community

Home > Forums > RAM 1500 Diesel Garage - RA… > **RAM 1500 Diesel Mechanical** >

# Anyone have to have their fuel system completely rebuilt on their EcoDiesel?

→ Jump to Latest                     Follow

1 - 17 of 17 Posts

**R**  **rpb161** · Registered
Joined Aug 29, 2015 · 15 Posts

✓ Discussion Starter · #1 · Dec 21, 2015

As the post title says, has anyone had to have their fuel system rebuilt? Luckily mine is still under warranty or this would be an $8-10k bill according to the RAM service department doing the work where I bought my truck. This is just the latest problem in a laundry list of issues I've had with my truck. I'll give a basic run down of the latest problem.

About 2-3 weeks to this error I started getting the dreaded Electronic Throttle Control Error. I forget the actual code number off hand. The first and second time I got this error I was able to clear it. The third time I was able to clear the code but it malfunctioned (truck was essentially limited to about 40 or 45 mph) so I had the truck towed. The shop was unable to duplicate the issue or find any error reports since I cleared the code.

About a week or so later, my check engine light came on so I took the truck to the shop. My truck had 2 faulty sensors that needed repaired (probably why I lost 3-4 mpg's). One needed ordered so I had to wait two days to get my truck back. After I picked my truck, not even 2 miles down the road, I got the Electronic Throttle Control Error. I went back to the garage (and luckily made it right before closing) and they ran the truck through their computers and got the same error code I was getting before. I waited

about an hour for Enterprise to get there with a rental truck. RAM is footing the bill for that.

This happened Friday afternoon. I was originally told everything should be done by the following Friday (12/11). On Monday, I found out that this was going to a much more involved repair than they originally thought. My entire fuel system has to be rebuilt because it got contaminated while the truck was being manufactured. Parts are backordered so I have no idea when I'll actually get the truck back.

This makes me ask, if this got contaminated, what else got contaminated? Quite frankly, I'm scared to see my repair bills after this truck falls out warranty. I closed on the truck the day before Thanksgiving 2014. It has 20k miles on it and I'd estimate its been in the shop for 1-2 months (after this repair) with all my issues. I'm speaking to an attorney tomorrow about my options as I have no faith in the reliability my EcoDiesel. And I thought my 15 year old jeep had a lot of problems...

▶ Show Full Signature

Reply



**Piney** · Registered
Joined Feb 4, 2015 · 405 Posts

#2 • Dec 21, 2015

Talked to my diesel tech at the dealership this morning. He's done one & said it was a REAL PITA....metal shavings everywhere. Believe an injector went. I'll quiz him a little more when I pick up my truck this evening

Reply



**jlarbey** · Registered
Joined Nov 27, 2015 · 196 Posts

#3 • Dec 21, 2015

Sorry to hear about your trouble. What "contamination" are they talking about? Seems like all the 2014 model trucks are doomed for one thing or another. Keeping my fingers crossed my truck won't have trouble.

Reply



**Piney** · Registered
Joined Feb 4, 2015 · 405 Posts

#4  •  Dec 21, 2015

Tech confirmed truck was 2014 & metal shavings were factory defect as 97 eluded to....

Reply

R   **rpb161** · Registered
Joined Aug 29, 2015 · 15 Posts

 Discussion Starter  •  #5  •  Dec 21, 2015

> jlarbey said: ⤴
> Sorry to hear about your trouble. What "contamination" are they talking about? Seems like all the 2014 model trucks are doomed for one thing or another. Keeping my fingers crossed my truck won't have trouble.

When I call again for update on the truck, I'll ask them what exactly the contamination was. I don't want to speculate on what got in there and pass along any false information. It does bother me that RAM knowingly sold the truck with contamination.

► Show Full Signature

Reply

R   **rpb161** · Registered
Joined Aug 29, 2015 · 15 Posts

 Discussion Starter  •  #6  •  Dec 21, 2015

> jlarbey said: ⤴

> Sorry to hear about your trouble. What "contamination" are they talking about? Seems like all the 2014 model trucks are doomed for one thing or another. Keeping my fingers crossed my truck won't have trouble.

I hope you have better luck than I do!

▶ Show Full Signature

Reply

**R** **rpb161** · Registered
Joined Aug 29, 2015 · 15 Posts

✓ Discussion Starter  •  #7  •  Dec 21, 2015

> **Piney said:** ⊕
> Talked to my diesel tech at the dealership this morning. He's done one & said it was a REAL PITA....metal shavings everywhere. Believe an injector went. I'll quiz him a little more when I pick up my truck this evening

It sounds like a real PITA from what they told me needs to be done. I know they told me this was the 3rd EcoDiesel they had that code (P0171) cause an error. I'm not sure if they all required the same repair though. Seems like this was the first one with this issue they ran into.

▶ Show Full Signature

Reply

 **GDE** · Vendor
Joined Jan 14, 2015 · 1,172 Posts

#8  •  Dec 23, 2015

The P0171 code indicates, in reality, a difference between the theoretical lambda value and that read by the lambda sensor. Ninety-five percent of the time the issue isn't related to the fuel system, since they (the injectors) have their own learning algorithms to learn and correct their flow. Generally speaking the issues associated with P0171 are loose or leaking connections in the air ducts (from mass air flow sensor all the way to the intake manifold connection), or a lambda sensor plugged with soot.

2014 model year vehicle are more susceptible to this since their original factory flash smoked like a coal fired locomotive, subsequent reflashes have improved this but it can't clean out the soot that got accumulated.

If the dealer is replacing the fuel system, odds are the issue will eventually come back.

 Piney

Reply



**SIERRA WEST DIESEL** · Banned

Joined Nov 22, 2015 · 101 Posts

#9  •  Dec 23, 2015

I've had the p0171 code since my truck was brand new. That dumb code pops up every 20-30k as reliable as a Swiss timepiece. When it does I run an entire big bottle of hot shot secret or power service or Mopar injector clean on an entire tank and it clears up the code. I've removed the dumb sensor and it gets coated with a black powder soot, I'm not replacing it, I just run the cleaners through the fuel system and all is good. My truck is getting re flashed this Saturday so I hope it helps

▶ Show Full Signature

Reply

 **mntntom** · Registered

Joined Dec 6, 2014 · 1 Posts

#10  •  Dec 23, 2015

Google Bosch CP4.2 HPFP problems. May be the source of your contamination. My 2015 has been in the shop for two weeks with metal shavings in the fuel. Bigger problem may be that those shavings end up in the entire fuel system all the way back to the tank. This may require replacing all fuel system components?

Reply

3/27/2020 Anyone have to have their fuel system completely rebuilt on their EcoDiesel?  RAM1500 Diesel Forum

Case 2:21-cv-12497-LVP-CI ECF No. 1-29, PageID.356 Filed 10/22/21 Page 7 of 11



**TCDiesel** · Banned
Joined Feb 5, 2015 · 1,389 Posts

#11  ·  Dec 24, 2015

Its absolutely impossible to have factory contamination and run 20K miles. When HPCR systems see any type of contaminates they last seconds before failure or performance problems. Here's picture of ball seat of a hydro-electro-matic injector, Its different then the piezoelectric injector the principle is the same.

▶ Show Full Signature

Reply

---

R  **rpb161** · Registered
Joined Aug 29, 2015 · 15 Posts

✓ Discussion Starter  ·  #12  ·  Dec 26, 2015

> GDE said: ↑
>
> The P0171 code indicates, in reality, a difference between the theoretical lambda value and that read by the lambda sensor. Ninety-five percent of the time the issue isn't related to the fuel system, since they (the injectors) have their own learning algorithms to learn and correct their flow. Generally speaking the issues associated with P0171 are loose or leaking connections in the air ducts (from mass air flow sensor all the way to the intake manifold connection), or a
>
> Click to expand...

I would hate for this issue to come back. Tomorrow will mark day 18 in the shop...

▶ Show Full Signature

Reply

---

R  **rpb161** · Registered
Joined Aug 29, 2015 · 15 Posts

✓ Discussion Starter  ·  #13  ·  Dec 26, 2015

> **mntntom said:** ⬆
>
> Google Bosch CP4.2 HPFP problems. May be the source of your contamination. My 2015 has been in the shop for two weeks with metal shavings in the fuel. Bigger problem may be that those shavings end up in the entire fuel system all the way back to the tank. This may require replacing all fuel system components?

That may be what it takes to fully fix the issue

▶ Show Full Signature

Reply

**R** **rpb161** · Registered
Joined Aug 29, 2015 · 15 Posts

 Discussion Starter · #14 · Dec 26, 2015

> **TCDiesel said:** ⬆
>
> Its absolutely impossible to have factory contamination and run 20K miles. When HPCR systems see any type of contaminates they last seconds before failure or performance problems. Here's picture of ball seat of a hydro-electromatic injector, Its different then the piezoelectric injector the principle is the same.

Thats what seems odd to me, but thats what the RAM dealer told me was the issue. The confirmed it with corporate. We'll see what happens though. Tomorrow makes day 18 in the shop.

▶ Show Full Signature

Reply

**G** **GolfnSki** · Registered
Joined Jan 20, 2016 · 2 Posts

#15 · Jan 20, 2016

My 2014 ED, 31,000 mi is in the shop now. We believe this was the first ED sold in Colorado in early April 2014.

5 check engine lights, 3 new EGR Valves and a new Ticket from Corporate. Determined that fuel pump had

catastrophic failure and aluminum shards throughout fuel system. Ordering in new tank, lines, pumps, et al to replace the fuel system. Expected time in shop is 2 weeks. I am a bit concerned about the metal reaching the engine and will let you know what transpires.

Reply



**GolfnSki** · Registered
Joined Jan 20, 2016 · 2 Posts

#16 • Jan 20, 2016

Sierra West... My tech in the Denver area told me that they suspect that the ED does not like altitude above 8000'. I drive to Summit County quite a bit and have had multiple CheckEngine episodes. Have you had similar experience?

Reply



**TCDiesel** · Banned
Joined Feb 5, 2015 · 1,389 Posts

#17 • Jan 20, 2016

He is banned for a very very good reason.

▶ Show Full Signature

Reply

1 - 17 of 17 Posts

## Join the discussion

Case 2:21-cv-12497-LVP-CI ECF No. 1-28, PageID.359 Filed 10/22/21 Page 10 of 11

Continue with Facebook

 Continue with Google

or sign up with email

# Recommended Reading

### Reluctor wheel failure? - Loss of power, rough under throttle, idles but misses a little.

RAM 1500 Diesel Mechanical

💬 1   👁 41

R   rem26 · updated 3 h ago

### How much does ambient temperature effect coolant level?

RAM 1500 Diesel Mechanical

💬 39   👁 3K

S   Seahawkdodge · updated 7 h ago

### Timing cover seepage

RAM 1500 Diesel Mechanical

💬 13   👁 583

   firemedic.br · updated 9 h ago

### Filters for 2020 gen3 eco diesel

RAM 1500 Diesel Mechanical

💬 4   👁 184

kk4iz · updated 3 d ago

### Engine Failed -- But this feels strange to me...

RAM 1500 Diesel Mechanical

💬 11   👁 500

N   nathiam · updated 3 d ago

Read More ➔

Home   About Us   Terms of Use   Privacy Policy   Help   Contact us   Cookie Preferences by TrustArc

VerticalScope Inc., 111 Peter St, Suite 901, Toronto, ON, M5V 2H1, Canada

Forum software by XenForo