# EXHIBIT 28





Search Community 🔍

Home  ›  Forums  ›  RAM 1500 Diesel Garage - RA…  ›  **RAM 1500 Diesel Mechanical**  ›

# High Pressure Fuel Pump Implosion

➜ Jump to Latest        Follow

1 - 20 of 35 Posts

     1    2    ▶

**DataBronc** · Registered
Joined Jul 29, 2014 · 24 Posts

✔ Discussion Starter · #1 · Apr 7, 2016

Earlier this week, with just over 21000 miles on the truck, the engine began to sputter, the check engine light came on, "Electronic Throttle Control" message appeared, then the engine shut down completely. Fortunately, this happened only a mile from the house. After a tow to the dealer, and a couple of days for diagnostics, the dealer concluded the high pressure fuel pump failed. They replaced the pump, and the truck failed to start. At this point, they performed an autopsy on the old pump and discovered it was full of metal shavings. The dealer then contacted Chrysler. Chrysler recommended a "complete fuel system replacement". The dealer explained a "complete fuel system replacement" means dropping, draining and cleaning the tank, replacing the in-tank pump, fuel filter housing, fuel filter, various lines, injectors, etc..., and "flushing the entire system". Not really confident in the dealer's approach as they said the high pressure pump that was replaced in beginning would be fine. Seems to me that if metal shavings are contaminating the entire fuels system, the new HPFP would now be contaminated as well.

I've read of this same issue happening to the ecodiesel in the Grand Cherokees. A couple of the owners indicated that Chrysler ended up replacing their vehicles. I going to look into the replacement vehicle process a bit further as I am not convinced the dealer can sufficiently decontaminate the fuel system to restore my confidence in the truck.

Reply



**97hmcs** · Administrator
Joined Jun 5, 2014 · 8,563 Posts

#2 · Apr 7, 2016

Sorry to hear this. Please keep us posted. Thanks.

Reply



**Crash68** · Super Moderator
Joined Sep 6, 2015 · 4,140 Posts

#3 · Apr 7, 2016

sort of dumb on the tech's part for not determining failure before just swapping parts
If they don't do the job correctly, the new HPFP will eat itself.

Reply



**hillbilli** · Registered
Joined Jun 19, 2014 · 453 Posts

#4 · Apr 7, 2016

well, if there was any debris it would still be in the high pressure side and return lines to the tank. Any metal shaving that made it to the tank and got sucked up again would have been trapped in the fuel filter. These truck actually have a pretty good fuel filter, 3 micron i believe (my 5.9 cummins only filtered down to 5micron on the good baldwin filters, most others were 7 micron i believe). So theoretically a drain and flush should take care of the remaining contaminants.

► Show Full Signature

Reply

---



**TCDiesel** · Banned
Joined Feb 5, 2015 · 1,389 Posts

#5 • Apr 7, 2016

The CP4 6 year old day view, and the dealer has no idea the CP4 on all EDs are internal feed...WOW.

► Show Full Signature

Reply

---



**DataBronc** · Registered
Joined Jul 29, 2014 · 24 Posts

✔ Discussion Starter • #6 • Apr 18, 2016

> Crash68 said: ⬆
>
> sort of dumb on the tech's part for not determining failure before just swapping parts
> If they don't do the job correctly, the new HPFP will eat itself.

UPDATE:
Crash hit the nail on the head. The dealer had the truck from 4/4 - 4/15 performing a "total fuel system replacement". After picking up the truck on Friday morning, I made it 5 miles from the dealership when the check engine light came on, "Electronic Throttle Control" message appeared, and the engine shut down completely. This time, however, I was on the highway and ended up stranded on the shoulder. The truck was towed back to the dealer, and I am waiting for their response. Per the dealer's documentation, the tech road tested the truck for 4 miles. Thus, the second failure occurred after 9 miles. Below is a list of parts replaced and a description of the work performed.



👍 Crash68

Reply

---



**TCDiesel** · Banned
Joined Feb 5, 2015 · 1,389 Posts

#7 · Apr 18, 2016

Tubes What tubes, the 3.0 has HP lines. My guess those Parts # are Remans form who knows.

► Show Full Signature

👍 Captainmal

Reply

---



**Crash68** · Super Moderator
Joined Sep 6, 2015 · 4,140 Posts

#8 · Apr 18, 2016

> DataBronc said: ⊕
>
> The dealer had the truck from 4/4 - 4/15 performing a "total fuel system replacement". After picking up the truck on Friday morning, I made it 5 miles from the dealership when the check engine light came on, "Electronic Throttle Control" message appeared, and the engine shut down completely.

Sucks you have to deal with an inept tech working on your truck. Wonder if the dealer is going to try blame bad fuel or something along those lines..

Reply

---



**DataBronc** · Registered
Joined Jul 29, 2014 · 24 Posts

🔴 Discussion Starter · #9 · Apr 18, 2016

Speaking of bad fuel...
I spoke with the tech just prior to picking up the truck. I wanted to confirm that they did indeed re-use the replacement HPFP. In that conversation, the tech said they were able to save most of the fuel in the tank. They filtered the fuel with a "paint strainer" and put it back in the tank.

Reply

---



**Crash68** · Super Moderator

Joined Sep 6, 2015 · 4,140 Posts

#10 • Apr 18, 2016

> DataBronc said: ⬆
>
> They filtered the fuel with a "paint strainer" and put it back in the tank.

Most likely they used one of the filter funnels you use when you loading an automotive paint sprayer. Those are very fine filters, but 26 gallons of fresh diesel is cheaper than a HPFP.

They are trying to reuse the replacement pump? ...wonder if this one is gonna eat itself too

Reply

---



**DataBronc** · Registered

Joined Jul 29, 2014 · 24 Posts

 Discussion Starter • #11 • Apr 18, 2016

> Crash68 said: ⬆
>
> Most likely they used one of the filter funnels you use when you loading an automotive paint sprayer. Those are very fine filters, but 26 gallons of fresh diesel is cheaper than a HPFP.
>
> They are trying to reuse the replacement pump? ...wonder if this one is gonna eat itself too

The initial diagnosis was a bad pump. A new new replacement pump was installed. However, this did not resolve the problem. At this point, Chrysler recommends "complete fuel system replacement". They did reuse the replacement pump, and I suspect that it may have been contaminated with metal from the first attempt to resolve the problem.

Reply

---



**Captainmal** · Registered

Joined Dec 19, 2013 · 13,188 Posts

#12 • Apr 22, 2016

This whole topic is sad. If you were out of warranty my take is an independent shop would be frustrated and unable to repair. A dealership would be charging you the lifetime earnings of your first born to affect a reasonable repair.

My take is the truck would be a pushed pile of trash as it would be unreasonable to repair short of replacing the entire engine and fuel system. Oh my. Hope it works out.

▶ Show Full Signature

Reply

---

 **Davemd** · Registered
Joined Dec 25, 2014 · 1,069 Posts

#13  •  Apr 22, 2016

Is there any indication what is causing these pumps to eat them selves?

Reply

---

 **CDNLaramie** · Registered
Joined Jan 13, 2016 · 575 Posts

#14  •  Apr 23, 2016

I hate hearing stories like this. Problems being exacerbated by poorly trained or just poor techs, period. I'm not sure how your lemon laws are in Texas, but here in Ontario they get three cracks at doing a repair, if after the third time the problem isn't resolved, its buyback time. Document EVERYTHING related to this incident DataBronc an hope for the best, but plan for the worst. I would also be very skeptical if I was in your shoes dealing with such an issue. Best of luck.

▶ Show Full Signature

Reply



**Top** · Registered

Joined Apr 26, 2014 · 1,850 Posts

#15 • Apr 23, 2016

Not a happy story to read. Sucks.

What dealer was this so I can make sure to steer clear of them?

Good luck!

► Show Full Signature ⎯⎯⎯⎯ ⎯⎯⎯ ⎯⎯⎯⎯

Reply



**DataBronc** · Registered

Joined Jul 29, 2014 · 24 Posts

✔ Discussion Starter • #16 • Apr 23, 2016

> **Top said:** ⬆
>
> Not a happy story to read. Sucks.
>
> What dealer was this so I can make sure to steer clear of them?
>
> Good luck!

DeMontrond - Conroe, TX

👍 Top

Reply



**DataBronc** · Registered

Joined Jul 29, 2014 · 24 Posts

✔ Discussion Starter • #17 • Apr 23, 2016

Case 2:21-cv-12497-LVP-CI   ECF No. 1-29, PageID.369   Filed 10/22/21   Page 9 of 12

**Captainmal said:** ⊕

> This whole topic is sad. If you were out of warranty my take is an independent shop would be frustrated and unable to repair. A dealership would be charging you the lifetime earnings of your first born to affect a reasonable repair.
>
> My take is the truck would be a pushed pile of trash as it would be unreasonable to repair short of replacing the entire engine and fuel system. Oh my. Hope it works out.

When I picked up the truck, the service writer told me that it was a good thing I was under warranty as this was a $10,000 repair for the dealer. Had I come in without warranty, she said it would be closer to $15,000. I took her comments with a grain of salt. However, as I was signing all the paperwork upon pick-up, I got a look at the dealer's internal documentation. Whereas my copies all had "N/C" for the costs, the dealer's copy had dollar amounts. Total cost was roughly $9,600. They would not let my have a copy of the paperwork showing the dollar amounts.

Reply

---



**DataBronc** · Registered
Joined Jul 29, 2014 · 24 Posts

✓ Discussion Starter · #18 · Apr 23, 2016

**DataBronc said:** ⊕

> UPDATE:
> Crash hit the nail on the head. The dealer had the truck from 4/4 - 4/15 performing a "total fuel system replacement". After picking up the truck on Friday morning, I made it 5 miles from the dealership when the check engine light came on, "Electronic Throttle Control" message appeared, and the engine shut down completely. This time, however, I was on the highway and ended up stranded on the shoulder. The truck was towed back to the dealer, and I am waiting for their response. Per the dealer's documentation, the tech road tested the truck for 4 miles. Thus, the second failure occurred after 9 miles. Below is a list of parts replaced and a description of the work performed.

Turns out the second failure was caused by a "loose fuel pressure sensor". Service writer said they "didn't get it plugged in all the way".

Reply

---



**RandyF** · Registered
Joined Feb 24, 2015 · 118 Posts

#19 · Apr 23, 2016

So, it's working again? Keep us posted, bud!

► Show Full Signature

Reply

 **TCDiesel** · Banned
Joined Feb 5, 2015 · 1,389 Posts

#20 • Apr 23, 2016

The pressure sensor is very common on the 3.0 there are millions of engines through out the world with the exact same sensor and the dealership plugs it in wrong or NOT all the way BS, if it does not make contact the supplied 5V or the G-wire will not make contact thus the input wire will not be sending any signal for the ECM/PCM to fire the hot hole. the truck will NOT start if its defective it will either start and MAX rail puke, joke and spit. If Ram does NOT start some type of required training to educate these techs Owners will be in constant fear of warranty repairs thus looking to buy elsewhere.

The 3.0 is overseas assemble and built that's inherited high repair cost after warranty.

► Show Full Signature

👍 EcoD

Reply

1 - 20 of 35 Posts

| 1 | 2 | ▶ |

# Join the discussion

Continue with Facebook

G Continue with Google

or **sign up with email**

## Recommended Reading

---

### Reluctor wheel failure? - Loss of power, rough under throttle, idles but misses a little.

RAM 1500 Diesel Mechanical

💬 1    👁 41

R    rem26 · updated 3 h ago

---

### How much does ambient temperature effect coolant level?

RAM 1500 Diesel Mechanical

💬 39    👁 3K

S    Seahawkdodge · updated 7 h ago

---

### Timing cover seepage

RAM 1500 Diesel Mechanical

💬 13    👁 583

    firemedic.br · updated 9 h ago

---

### Filters for 2020 gen3 eco diesel

RAM 1500 Diesel Mechanical

💬 4    👁 184

    kk4iz · updated 3 d ago

---

### Engine Failed -- But this feels strange to me...

RAM 1500 Diesel Mechanical

💬 11    👁 500

N    nathiam · updated 3 d ago

---

**Read More** ➜

Home    About Us    Terms of Use    Privacy Policy    Help    Contact us    Cookie Preferences by TrustArc

VerticalScope Inc., 111 Peter St, Suite 901, Toronto, ON, M5V 2H1, Canada

Forum software by XenForo 🔊

Case 2:21-cv-12497-LVP-CI   ECF No. 1-29, PageID.372   Filed 10/22/21   Page 12 of 12