# EXHIBIT 29

# Entire Fuel System Failure
## 2016 RAM 1500

**Typical Repair Cost:**
No data

**Most Common Solutions:**
1. not sure (1 reports)

**Average Mileage:**
6,500 miles

**Total Complaints:**
1 complaints

## HELPFUL WEBSITES

*No one has added a helpful site for this 2016 1500 problem yet.*

## 2016 RAM 1500 OWNER COMMENTS

**# 1**  **1500 Tradesman 3.0L Ecodielsel**  Automatic transmission  6,483 miles  *Aug 26 2016*

CLICK TO SEE LARGER IMAGES



On August 26, 2016, a beautiful sunny day, I was driving to work and my new truck started to buck and sputter. It was fairly obvious at the time that there was a fuel delivery problem. I limped the truck to the local dealer in the city where I work and explained the problem to the service desk. I was told later that day that there was a misfire in Cylinder #3 and that the injector was "bad". The dealer replaced the injector (more on that later). I picked the truck up and drove it the 37km's to my home. It actually ran very well on well on the way home. I arrived home feeling quite pleased and relieved because we were just about to embark on a camping trip and I needed the truck to pull my trailer. Saturday I did not use the truck. Sunday, I needed to hook the truck up to my trailer in preparation for our trip. I turned the engine over – the truck bucked like a horse (a very obvious misfire). The truck continued to idle, quite roughly, but would not budge. I learned later that the truck was now in safe mode – which means it will not move. Disappointed, slightly angry, and somewhat confused as to what was happening to my new truck – I called roadside assistance to tow the truck to dealer form whom it was purchased. Today is August 28, 2016. How was my camping trip? Awesome, thanks for asking. Incidentally, FCA does not supply rental vehicles for warranty repairs unless you have purchased and extended warranty package – which I did not. The dealer, feeling bad, told me they would get me a truck. For some strange reason the Dodge dealer could not get me a Dodge truck – so rented me a GMC Sierra 2500 HD. NICE! It pulled the trailer like it was not even there. So what has happened over the last 5 weeks? Again – thanks for asking! Almost nothing. The first fix suggested by FCA was to replace a check valve in the fuel line between the low pressure and high pressure pump. In my mind, this

seemed a logical. Being an engineering kinda guy, that has spent the last 16 years designing pumps and delivery systems for, among other fluids – fuel. Much larger than what is in my truck, however – but ironically – some of the pumps are so large – they are powered by diesel engines. I am by no means a mechanic – but I do know some stuff. After replacing the check valve the dealer took the truck for a road test. I am not sure if he or she actually made it off of the lot – but suffice it to say the truck failed that test. As the fellow at the dealers' service desk said – FCA was stumped! They had no idea what the issue was but they have enlisted the help of the tech line. Today is September 7. Fast forward 1 week while FCA mulled over the issue (I have an image in my head of a cow chewing cud). Alas, they could not seem to come up with a solution – So they took the next logical step and blamed me. I received a call from the dealers' service desk, and with some sorrow, and sympathy, like he was telling me that my dog had just died – I was told that FCA believes that "You are running bad diesel". REALLY!! I responded as I immediately pictured myself suing my local fuel depot where I have purchased all of my diesel (with the exception of 2 times) on a regular schedule. As I left the office that day and drove the 20 or so Km's to my regular fuel depot, I started wondering about the logic of this. My tractor is diesel – and I run this same fuel without issue. I live in a rural area, where there are plenty of diesel trucks filling up at this station all of the time (it is an independent station) and do not seem to be having issues. I spoke with my guy there and filled him in on what I was told and enlisted his help, to find out just what the heck they are pumping from their tanks. Turns out they use Suncor fuel – which is also what all the Petro Canada stations use – so the supplier, in my mind is reputable – but what about your tanks?? You're an independent stations that is a bit rough on the outside – have you got 50 year old rusty, leaky, dirty tanks in the ground that are pumping dirty diesel into my brand new truck!!?? Nope – Tanks are fiberglass. Inspected twice yearly by TSSA. They even have certificates to prove it. Not only that, they also have filters. Today is September 12. So daily calls to the dealer to discuss my dilemma with the chap at the service desk. Nothing. FCA is still stumped. More nothing, and more nothing. I am becoming quite concerned. On the advice of the chap at the service desk I open a file with FCA Canada Customer care. This way they can track my issues and compare it with other issues that are happening around North America to try to solve my very perplexing problem. Thursday September 15 – I have been communicating with FCA daily – please let me clarify communicate – I call you 5 times, you push me to voicemail every time and almost never call me back. And when you do call me back – you tell me you are waiting for information from the dealer, and that the good folks at tech-line have been enlisted to solve my mystifying problem. That is funny – because I called the dealer this morning and they were waiting on you. Has there been a breakdown in communication? I drive to the dealer to pop in on them just to check. I am ushered out to the service bay where I get to talk to the diesel specialist. "Now we are getting somewhere" I say to myself. The diesel specialist then shows me six things. 1. The high pressure regulator – This is obviously completely clogged with shards of metal. Little tiny bits of shiny, silver metal. It is obviously beyond repair. "Well there is the problem" I say. The specialist agrees. 2. The fuel filter. I expected, being a diesel filter that it would be black. It did have a tinge of grey however looked remarkably clean. "Nothing wrong with that filter" I say to the diesel specialist. He agrees. "Looking good." 3. The high pressure fuel pump – The pump is a sealed unit. A bad one looks the same as a good one, but I have already deduced that this is the most obvious source of the little bits of metal that are clogging the regulator. I am not sure of the type of pump this little guy is but to get the fuel to the requisite 29,000psi prior to injection - It needs to be some sort of positive displacement – I am assuming it is a gear pump – looks like a gear pump – and what luck – I am now working for the THIRD pump manufacturer of my career. All of them manufacture positive displacement pumps. I don't want to brag – but I know a little bit about pumps. Not only that, in addition to all these pumps, for 16 years I have been designing the piping systems around these pumps – you know things like pressure regulators, check valves and filters. Huh. What luck. 4. The low pressure fuel pump. Other than being a remarkably cheap looking piece of plastic pump, there was nothing special about it. It did however have some obvious discoloration on the bottom where the bottom of the pump sits in the little canister inside the fuel tank. This was a rusty colour, wiped off with the swipe of a finger and made we wonder "I wonder what that is" 5. The fuel tank – Other than being only half full (I had only driven 80 KM's after filling up the last time. I expected there to be more fuel) there was nothing remarkable about the tank either. Smelled like diesel – it was kind of cloudy – but it is diesel. 6. A little beaker of fuel- perhaps 200ml – and the diesel specialist says with a shrug of his shoulders– and I quote - "That is your diesel. We have tested it for water and it came back negative". "Well that's a relief" I say to the diesel specialist. I will have to remember to tell my local fueling spot that their diesel is good. I then proceed to shoot the breeze with the service manager and the diesel specialist. We go back to the day that I took my truck to the first dealer. I am asked what happened. I tell him that there was a misfire on cylinder three and that I was told the injector was bad so they replaced it. "Huh" says the diesel specialist with a shrug. "doesn't look new". I then proceed to relay the story that I was told at that first dealer. Remember this is the Friday before my camping trip (August 26) I need my truck. At 3:30 pm the service desk at the dealership said they still hadn't been able to look at my truck. I look at the clock. I know they close at 4:30 Fridays. They boy's are not going to want to stay late on a Friday I think to myself....."Please do what you can" I beg the dealer. At 4:20pm. I take the courtesy shuttle to the dealer not knowing what is next. "Good to go" says the gentleman behind the counter with just a hint of a Scottish accent. "oh good" I say with relief. "What was the problem?" "Bad injector" he said. "We didn't have one in stock, but luckily we had an Ecodiesel engine in stock so we took an injector from there and put it in your truck. It's going to be a nightmare in paper work for us but I know you needed your truck back". What a swell dude! I think to myself as I drive away quite pleased with the outcome. On the way home I muse to myself if it was good that they had and Ecodiesel engine in stock, or bad..... Back to September 15 and my conversation with the diesel specialist "Ya. That didn't happen he says with a smirk". With a knowing look at the service manager, he continued. "I can re-set your computer so that the truck thinks it is brand new with no codes. Would probably run great for a while after that. Changing and injector out in less than an hour would be challenging." he added. "Bummer" I think. I hate being lied to – although I don't know 100% if I was or not. No matter. The truck is here now, at the dealer where I bought the truck. They will take care of me. "Don't worry". The diesel specialist continues, "I have seen this all the time with FCA. They sit around the boardroom table trying to come up with ways of

getting out of warranty claims. It will take them a couple more days, but then they will come back with everything approved. "Oh good", I say. Everyone shakes hands and I drive away with a smile on my face in the dealers 2015 dodge 200. Friday September 17 – I call the dealer – no answer no return call to my message. I call my case manager at FCA – no call back to my message. Saturday September 17 – I call the fellow at the service desk to inquire if he has heard ANYTHING. – Nope. Monday September 19 – Nothing. Nobody calls. Tuesday September 20 – I call the dealer twice and FCA once. No call back until 8:30 pm. The service manager calls and says he has heard nothing from FCA. Wednesday September 21 – I call FCA. Message left. No return call. I call the dealer - no news. Thursday September 22 - I call the dealer. No news. I call FCA leave a message – Nothing back I am growing increasingly concerned. Friday September 24 – The dealer calls. 11:57am. "They are not covering anything under warranty" he says. I am stunned. "What do you mean", I ask, getting agitated. "They say you have water in your fuel and that it has caused rust which has destroyed your fuel system. The entire fuel system needs to be replaced and they will not cover any of it." "Bull*%$@" I say. "You tested the fuel and didn't find water" "it might be DEF" (if you don't know what DEF is – google it) "What do you mean it might be DEF"? my voice is getting that high pitch that it gets when I am super agitated. "How could it be DEF". "I haven't come close to a container of DEF. My truck only has 10000km on it I still have half a tank of DEF!!". "Doesn't matter" he says. "That's what they say. Maybe you can go through insurance or something. "Maybe you can bite me" I think to myself. "You're going to have to pay for the truck to" he adds. "You know. The rental. They have rejected everything." "You have got to be kidding me". I am still in shock. I start to think and ask. "Please explain to me how water in the fuel, causes rust in the tank, that destroys the entire fuel system to the point where everything needs to be replaced, on a 6 month old truck with 10,000km on it. Particularly, when there is a water separator on the truck - which should separate the water- a 4 micron filter that is white, not rusty colored, AND there are water sensors on the truck that are supposed to detect and warn of water in the fuel - exactly this." "I can't" was all he could offer. "I need to get the truck off my hoist. What do you want to do". "Nothing". I responded. "I am not paying one red cent for anything! This is unconscionable!!" I called my case manager at FCA about 15 times yesterday. Left her a voicemail every time. She did call back around 3pm, unfortunately, I happened to be on the phone with a terrific lady at CAMVAP (google it). FCA lady left me a voicemail that were "waiting for feedback from the dealer." As if!! So here I sit. Saturday September 24, My wife's birthday (happy Bday baby). Confused, a little mad, kind of sad, but overall I am just completely disappointed with the human race. These are the kinds of things I watch on marketplace, shake my head and tsk at the injustice of it all. More to come. I am sure.

- **houseon**, Erin, ON, Canada

---

**About CarComplaints.com** ®

CarComplaints.com ® is an online automotive complaint resource that uses graphs to show automotive defect patterns, based on complaint data submitted by visitors to the site. The complaints are organized into groups with data published by vehicle, vehicle component, and specific problem.

Copyright © 2000—2020.. "CarComplaints.com" ®, "Autobeef", "What's Wrong With YOUR Car?" are trademarks of Autobeef LLC, All rights reserved. Front ¾ vehicle photos © 1986-2018 Autodata, Inc. dba Chrome Data.
We use cookies to analyze & improve your experience, & to personalize content and ads. If you continue to use this site, you consent to this use of cookies.. For more information on how we collect and use this information, please review our [Privacy Policy](). California consumers may exercise their [CCPA rights here](). X