# EXHIBIT 30

 Forums

# HIgh Pressure Diesel Pump
Aussiewife · Sep 20, 2016

> Welcome to **EcoDieselRam.com** We see you haven't **REGISTERED** yet.
>
> **Your truck knowledge is missing!**
> ○ Registration is **FREE**, all we need is your birthday and email. (We don't share ANY data with ANYONE)
> ○ We have tons of knowledge here for your EcoDiesel truck!
> ○ Post your own topics and reply to existing threads to help others out!
> ○ We believe in quality OVER quantity, and a family friendly place for your #EcoDiesel home!
>
> CLICK HERE TO REGISTER! Problems registering? Click here to contact us!
>
> Already registered, but need a PASSWORD RESET? CLICK HERE TO RESET YOUR PASSWORD!

**Truck repair**

Get Quality Accessories for Your Truck. Shop Our Massive Collection Today.

pttrepairs.com                                                                 OPEN

Forums  >  Ram Truck Discussion  >  EcoDiesel Engine Talk

 **Aussiewife**
New Member

Sep 20, 2016                                                                    #1

I have a 2015 Lonestar 4X4 with little under 20,000 miles. I just put in shop last week to do Service electronic throttle, the bright red lightening bolt, the low oil pressure and engine light coming on and oh yeah it would not restart. So they are saying the high pressure diesel pump imploded and sent metal shavings through the fuel system. They are checking now to see if that has gone into the engine. They are in talks with Chrysler on how to proceed with repairs.

Anyone experience this before?

 **jdn112011**
Well-Known Member

Sep 20, 2016                                                                    #2

> Aussiewife said: ⬆
>
> I have a 2015 Lonestar 4X4 with little under 20,000 miles. I just put in shop last week to do Service electronic throttle, the bright red lightening bolt, the low oil pressure and engine light coming on and oh yeah it would not restart. So they are saying the high pressure diesel pump imploded and sent metal shavings through the fuel system. They are checking now to see if that has gone into the engine. They are in talks with Chrysler on how to proceed with repairs.
>
> Anyone experience this before?

First I've heard of a HPFP failure. Tough break. Hopefully the dealership is thorough because it likely is in the engine at least to some extent. Metallic flake anyways would likely pass through the injectors. But for the most part everything would hold up at the injectors. Keep us updated!

2015 Laramie Longhorn, EcoDiesel, 3.55, Prairie Pearl, Two-Tone Cattle Tan Interior (last year of Prairie Pearl) 6'4" Box, 4 Corner Air Suspension, Sunroof, Rear Defrost, Convenience Group, Nav, 

Case 2:21-cv-12497-LVP-CI ECF No. 1-31, PageID.880 Filed 10/22/21 Page 3 of 3


 Forums

**BoostN**
Administrator | Staff member | Administrator

Sep 20, 2016  #3

Usually when the fuel pump goes it ruins everything in it's path. The Duramax crowd is having issues on the 11-15 year models. CP4 goes bad, then takes out the entire fuel system.



EcoDieselRam.com Founder & Enthusiast

Ask you friends to join! EcoDieselRam.com

You must log in or register to reply here.

Share:

Forums > Ram Truck Discussion > EcoDiesel Engine Talk

### Best D-Cup Swimwear

Here are the tops searches for D-Cup Swimwear

Search Swimwear Types

**Related Products**


S&B Filters 75-5074 Cold Air Intake For 2014-2017 Dodge Ram 1500 3.0L Eco…
$299.00
(17)


Edge Products 84130 Insight Monitor
$411.36
(206)


Kat's 28500 18/3 Gauge, 5' Straight in Replacement Cord
$15.93
(93)


Shell Rotella T6 Full Synthetic 5W-40 Diesel Engine Oil (1-Gallon, Case of 3)
$61.68
(323)

All ▼ Search Amazon                                      Go

Ads by Amazon

EcoDieselRam          Contact us   Terms and rules   Privacy policy   Help

Forum software by XenForo® © 2010-2020 XenForo Ltd. | Style and add-ons by ThemeHouse

