# EXHIBIT 31





Search Community

Home > Forums > Jeep Platform Discussion > Grand Cherokee - WK2 - > 2014+ Jeep Grand Cherokee E…

# Injector pump failure.....common?

➡ Jump to Latest                    Follow

1 - 20 of 25 Posts

1  2  ▶

**B**  **Barefoot** · Registered
Joined Jun 4, 2014 · 47 Posts

 Discussion Starter · #1 · Feb 11, 2017

Yesterday, after my wife picked up the kids from daycare the Jeep decided to stall at a traffic light in a very busy intersection. No light or warnings, just died. She tried to restart to no avail. Got it towed to dealer.

Dealer called today and found the injector pump grenaded and sent metal shavings throughout the fuel system.

Dealer is replacing pump and fuel system under warranty and should be ready in a couple of days.

Reply

**4**  **48548** · Registered
Joined Aug 30, 2016 · 125 Posts

#2 · Feb 11, 2017

The cp 4 on the Ford's and gm's are known to do that....

Reply



**Quacktacular** · Registered
Joined Aug 15, 2016 · 15 Posts

#3 · Feb 11, 2017

The Bosch High Pressure Fuel Pumps (HPFP) are know to have issues in the VW TDI's (I think I read that the ED uses a Bosch pump as well). Many believe it is due to the lower lubrication in the ultra-low sulfur diesel we have in North America. Same symptoms / outcome as you describe.

Reply



**philbytx** · Registered
2014 Grand Cheroker Overland ATG ORAII
Joined Dec 27, 2013 · 1,296 Posts

#4 · Feb 11, 2017

That is one important reason why I use PSD Diesel Kleen and Cetane Boost !

► Show Full Signature

Reply



**48548** · Registered
Joined Aug 30, 2016 · 125 Posts

#5 · Feb 11, 2017 (Edited)

From what I can tell there has been no 100% proof on the dmax forum that additive helps. Saying that I do use optilube on my dmax. Nothing on the jeep yet... hoping the 8 year warranty will cover it when it goes.

Reply



**chadg2** · Registered
Joined Aug 3, 2014 · 851 Posts

#6 • Feb 11, 2017

> philbytx said: ⊕
> That is one important reason why I use PSD Diesel Kleen and Cetane Boost !

Me too. Use it at every fill.

Reply



**Barefoot** · Registered
Joined Jun 4, 2014 · 47 Posts

● Discussion Starter • #7 • Feb 11, 2017

I rarely put additive in my 2006 Duramax, I do run some Power Service through it every once in awhile. It has the cp3 pump and is the year before the DPF emissions crap. I'm going to drive it till the wheels fall off.

I have never ran any additive in the Jeep. The injection pump should be built to run the 500ppm ULSD without failure, but that's not the case. The CP3 pump which was designed to run the "DIRTY" diesel fuel is doing fine, go figure.......

Reply



**Stbentoak** · Registered
Joined Feb 25, 2014 · 1,208 Posts

#8 • Feb 12, 2017

> Barefoot said: ⬆
>
> I rarely put additive in my 2006 Duramax, I do run some Power Service through it every once in awhile. It has the cp3 pump and is the year before the DPF emissions crap. I'm going to drive it till the wheels fall off.

Same here.. I have a 2004 2500 Cummins that I've had since new.... No DPF/No SCR and NO cat. Just straight pipe out with an aftermarket muffler.
Change oil with T6 and fuel filter once a year, a little power service once in a while and it is just flawless. I would like to have a newer truck, but this one has been so good, I don't think I could ever get one good enough to replace it with....

► Show Full Signature

Reply



**fun2drive** · Registered
17 Sub OB/17 Ridge
Joined Mar 9, 2013 · 1,105 Posts

#9 • Feb 12, 2017

HPFP failures are pretty rare on this forum. HPFP failures on my BMW 335 engine was almost total fleet because of incompatible materials used by Bosch and American fuel.

My Super Duty never had issue one with low sulfur fuel but I would use Stanadyne additive once in a while. At 179K miles running strong.

There are many JGC drivers with over 150K miles and have seen no reports of HPFP failures so I think the reliability must be pretty good...

► Show Full Signature

Reply



**AirBull** · Registered
Joined Jun 25, 2015 · 207 Posts

#10 • Feb 13, 2017

From my experience with VW TDI's and BMW diesels, I run Stanadyne Performance Additive and Lubricity Additive at every fill. There is a wear scar rating on these HPFP's from Bosch and much of the low-quality diesel (compared to Europe diesel) exceeds that rating, meaning that a lubricity additive is needed. I don't run these additives expecting to see an increase in mileage or power (my BMW 335d soaked up the Amsoil cetane boost I used to use on it,) I run them to protect my diesel injectors and HPFP in particular.

► Show Full Signature

Reply

### 4  48548 · Registered
Joined Aug 30, 2016 · 125 Posts

#11 • Feb 13, 2017

I am still at a loss why would bosch make and sell a pump not rated for American fuel?

Reply

### B  Barefoot · Registered
Joined Jun 4, 2014 · 47 Posts

 Discussion Starter • #12 • Feb 14, 2017

Got a call from Dealership, the pump is on backorder. Service Rep will not know till Wednesday if or when pump will be available. GREAT

I feel like I should not have to run fuel additive in every tank to keep the fuel system happy and working. I will run additive to help clean the system every now and then. Bosch should make a pump that is built to accept the diesel fuel we have and not have to rely on additives to keep their pumps working.

If Jeep wants to supply me with a lifetime supply of fuel additive, then I will use in every tank.

Reply


**barry1me** · Registered
Joined Feb 14, 2013 · 42 Posts

#13  •  Feb 14, 2017

is this pump covered under the power train warranty?

Reply


**fun2drive** · Registered
17 Sub OB/17 Ridge
Joined Mar 9, 2013 · 1,105 Posts

#14  •  Feb 14, 2017

I see no evidence that your pump failure is caused by low sulfur fuel. If that was the case there would be hundreds or maybe thousands of pump failures (ala BMW Bosch 3.0 twin turbo engine).
Remember that Bosch and other manufacturers are subcontractors to engine manufacturers and subject to having failures at times.

How is it that there are many out there in the 150K miles range with no fuel pump issues? I think Bosch learned their lesson regarding fuel comparability else they would be dropped for other manufacturers if they didn't.

I don't think Jeep will be able to tell the cause of the failure but maybe FCA can if analysis is done.

Please post what they tell you but you are right we should not have to use Stanadyne or other additive to keep our fuel system happy.....

► Show Full Signature

Reply

**Floridaman** · Registered
Joined Jun 17, 2016 · 515 Posts

F

#15 • Feb 14, 2017

> **fun2drive said:** 
>
> I see no evidence that your pump failure is caused by low sulfur fuel. If that was the case there would be hundreds or maybe thousands of pump failures (ala BMW Bosch 3.0 twin turbo engine).
> Remember that Bosch and other manufacturers are subcontractors to engine manufacturers and subject to having failures at times.
>
> 
> Click to expand...

I'm with you on this one. I'd be shocked if ULSD was causing this. There would be hundreds or thousands of cases of failures if that were the case. In the RAMs as well.

Sent from my iPhone using JeepGarage

Reply

B **Barefoot** · Registered
Joined Jun 4, 2014 · 47 Posts

● Discussion Starter • #16 • Feb 14, 2017

Powertrain warranty will cover pump and components. I don't believe ULSD is the root cause, if so there would be failure across the board.

If they figure out the cause of the failure, I'll pass the info along.

Reply

S **Stbentoak** · Registered
Joined Feb 25, 2014 · 1,208 Posts

#17 • Feb 14, 2017

Adding a 3.00-5.00 shot of additive each tank is counter productive financially and effort-wise to the economy of the EcoD. Never have added it and never will...Change filters every 20-25K, Stay way from Bio Diesel if possible....and like the commercial says " For every thing else there is warranty and Maxcare"

► Show Full Signature

Reply



**philbytx** · Registered
2014 Grand Cheroker Overland ATG ORAII
Joined Dec 27, 2013 · 1,296 Posts

#18  •  Feb 15, 2017 (Edited)

Stbentoak,
Each to their own mate. About 50 percent of our mileage is towing our travel trailer.
The PSD also has a Cetane boost component and with my experience over 36k miles now, I can actually tell when I have the PSD in the tank and it is more noticeable when towing.

I also use a progressive maintenance schedule on all our vehicles and change oil and all filters regularly.

I have Maxcare on ours but having vehicle issues when towing a travel trailer becomes way more complicated when 1000 miles from home!

► Show Full Signature

Reply



**Barefoot** · Registered
Joined Jun 4, 2014 · 47 Posts

● Discussion Starter  •  #19  •  Feb 23, 2017 (Edited)

Got a call from dealership.....

Service rep: "We got the Jeep running"
Me: "Great, when can we pick it up?"
SR: "We have another problem"

Me: "WHAT!!???"
SR: "It runs, but has a knock in the engine. We are going to have to replace the engine."
ME: SMH

They are going to tear into it and send pics off to get approval. Hopefully, I should know more information tomorrow. I never noticed an engine knock besides the diesel noise, but I never had it next to another Eco. I did get an oil sample on the engine a few weeks ago and the report did note high wear metals, chrome (rings) and iron (steel) especially.

Well, instead of getting a new fuel system we are getting a new engine. This is (was) my wife's daily driver, and I can not count how many times it has been in the shop. Very frustrating!

I don't know if I should try and get Jeep to buy it back, or drive it till warranty runs out.

If anyone is interested in the Oil Report, I can post it.

Reply



**chadg2** · Registered
Joined Aug 3, 2014 · 851 Posts

#20  •  Feb 23, 2017

> Barefoot said: ⤴
>
> Got a call from dealership.....
>
> Service rep: "We got the Jeep running"
> Me: "Great, when can we pick it up?"
>
> Click to expand...

Please post the report if you can. Were you using 5w30 or the new spec. 5w40 at the time the sample was taken?

Reply

1 - 20 of 25 Posts

3/27/2020 Case 2:21-cv-12497-LVP-CI    ECF No. 1-32, PageID.391   Filed 10/22/21    Page 11 of 12
Injector pump failure,...common? | Jeep Garage Jeep Forum

1  2  ▶

## Join the discussion

Continue with Facebook

Continue with Google

or sign up with email

# Recommended Reading

### Oil Filters for 2016 3.0 Lte ECO Diesels

2014+ Jeep Grand Cherokee Ecodiesel 3.0

💬 8   👁 532

K    Ken_D · updated 1 h ago

### 2015 Jeep GC 3.0 Diesel Oil Change

2014+ Jeep Grand Cherokee Ecodiesel 3.0

💬 44   👁 2K

E    epopper · updated 2 h ago

### P24AE code

2014+ Jeep Grand Cherokee Ecodiesel 3.0

💬 2   👁 264

L    LutherCO · updated 9 h ago

### Changing front pads @ 83K miles

2014+ Jeep Grand Cherokee Ecodiesel 3.0

💬 6   👁 713

M    Mike V · updated 10 h ago

### AdBlue or standard EGR

2014+ Jeep Grand Cherokee Ecodiesel 3.0

💬 5   👁 620

 zzkazu · updated 22 h ago

Read More ➜

Home    About Us    Terms of Use    Privacy Policy    Help    Contact us    Cookie Preferences by TrustArc

VerticalScope Inc., 111 Peter St, Suite 901, Toronto, ON, M5V 2H1, Canada

Forum software by XenForo