# EXHIBIT 32



Home > Forums > RAM 1500 EcoDiesel Forum > RAM 1500 Diesel General Dis… >

# HPFP Failure

→ Jump to Latest                                                                 Follow

1 - 20 of 21 Posts

                                                                                1   2   ▶

**J**  **jvwithrow** · Registered
Joined Dec 6, 2017 · 5 Posts

✓ Discussion Starter · #1 · Dec 6, 2017

My 2016 Ecodiesel (31000 miles) quit while travelling down highway and had to coast to **shoulder**. Motor didn't shudder, loose power or any other symptom...CEL flashed and motor just down at 70 MPH. Dealer diagnosis is contaminated fuel caused the HPFP to "clog". They replaced HPFP and truck will still not start. That was 2 1/2 weeks ago and it's still at dealer. Chrysler recommends replacing entire fuel system but will not warranty because dealer states reason is contaminated fuel. They don't know what it's contaminated with only that the sample from the tank looks cloudy. Insurance inspector looked at it yesterday and discovered metal shavings in the old HPFP (insurance claim still pending). Dealer acknowledged today the metal shavings in the pump but said it could have been caused by contaminated fuel...An thus it is still not covered under warranty. Dealer also said this is the first HPFP failure they've seen in the Ecodiesels. If this failure were caused by bad fuel would there not be other diesel trucks in the area losing they HPFPs???

Secondly, my experience with Chrysler customer service has been a nightmare. My case has been open for 8 days and I have to hear from anybody. Is there a technical assistance line one can call (customer service is a joke)?

I've seen other reports on this forum of metal shavings in the HPFP and each required replacement of fuel

system (lines, pumps, injectors, etc.) but it seemed each was covered under warranty. Anybody had similar experience? Any recommendations?

Reply



● **howie12** · Registered
Joined Jun 20, 2014 · 4,695 Posts

#2 • Dec 7, 2017

Did you change or have changed your fuel filter at 20,000 miles as recommended? If you can prove that was done I think you should have a good case for a warranty claim. It seems to me if they reject the claim they need to prove the fuel is bad. With that said I would get a sample myself or have a knowledgeable person present when it is done. If filter element was not changed you will likely have more difficulties but they should have to prove it failed. If your insurance will cover the issue then it seems to me it is easy for you and they will fight to between Chrysler and the fuel station regarding who should pay. I would expect them to be chasing the above items.

👍 malibubts

Reply



**bill-e** · Registered
Joined Apr 18, 2015 · 795 Posts

#3 • Dec 7, 2017

It is for this reason after reading another post that I now save all my fuel receipts. I get 99% of my fill ups from the same station. What "insurance" are you referring to? Of all the things that can go wrong, this worries me the most.

▶ Show Full Signature

👍 MAS and malibubts

Reply

**MAS** · Registered
Joined Feb 17, 2016 · 4,155 Posts

M

#4 • Dec 7, 2017

> bill-e said: 
>
> It is for this reason after reading another post that I now save all my fuel receipts. I get 99% of my fill ups from the same station. What "insurance" are you referring to? Of all the things that can go wrong, this worries me the most.

Never used it personally, but have heard that sometimes your auto insurance will cover it.

Reply



**Haul N Grass** • Registered
Joined Dec 14, 2014 · 3,365 Posts

#5 • Dec 7, 2017

The cp4 HPFP 's have a reputation of not being very forgiving in regards to contamination or longevity, My friend's 2015 Ford F 350 just wiped his out along with all the injectors and lift pump total cost 8200.00 ...175,000 miles

Reply

J **jvwithrow** • Registered
Joined Dec 6, 2017 · 5 Posts

✓ Discussion Starter • #6 • Dec 7, 2017

Saving fuel receipts will become standard for me. I have credit card statements but insurance says they can't use those. Insurance is USAA and the claim is still pending.

Reply

**Henfield** • Registered
Joined Apr 16, 2017 · 1,256 Posts



#7 • Dec 7, 2017

Common failure in Volkswagens with hpfp. For them cause was loss of lubricity. Gas contamination in delivery trucks doesn't help.

Sent from my iPhone using Tapatalk





Search Community



**HVAC** · Registered
Joined Oct 12, 2015 · 1,092 Posts

#8 • Dec 7, 2017

Yea this is the one that I fear the most. Receipts, high volume fuel outlets, filter changes. Still, its the variable especially on the road that can have no warranty coverage. Curious on insurance however??

▶ Show Full Signature

Reply



**Captainmal** · Registered
Joined Dec 19, 2013 · 13,188 Posts

#9 • Dec 7, 2017

So metal shavings are caused by contaminated fuel?

I read that correctly? How are metallic parts shattered or sheared off by fuel? Reads like nonsense.

I am not a mechanic but I met one once. He told me the HPFP is the same as the injector pump. In front of that is a fuel filter and in front of that is a fuel pump in the tank. What's the fuel pump and fuel filter like? Since they replaced the injector pump and it still does not run you have that filter and the fuel pump

ahead that could be the problem. Could also be something downstream, like injectors or even timing issues.

Don't leave us hanging on this after you get it resolved. Explain the findings.

▶ Show Full Signature

Reply

H  **Henfield** · Registered
Joined Apr 16, 2017 · 1,256 Posts

#10  •  Dec 7, 2017

Loss of lubricity/contamination results in damage to the HPFP causing damage and metal shavings. Entire fuel system will have to be replaced.

Sent from my iPhone using Tapatalk

Reply

 **chiimz** · Registered
Joined Dec 15, 2017 · 29 Posts

#11  •  Feb 8, 2018

> jvwithrow said: 
>
> My 2016 Ecodiesel (31000 miles) quit while travelling down highway and had to coast to **shoulder**. Motor didn't shudder, loose power or any other symptom...CEL flashed and motor just down at 70 MPH. Dealer diagnosis is contaminated fuel caused the HPFP to "clog". They replaced HPFP and truck will still not start. That was 2 1/2 weeks ago and it's still at dealer. Chrysler recommends replacing entire fuel system but will not warranty because dealer
>
> Click to expand...

What ended up happening with this? I am in the EXACT same boat as you right now with dealer claiming I have "contaminated fuel"....

Reply



**kingpin98** · Registered
Joined Mar 10, 2014 · 353 Posts

#12  •  Feb 9, 2018

I have a buddy who had the pump go on his TDI jetta, it was $7400 to fix it, VW covered it even though he was 5000 miles out of warranty.. Whole new fuel system. Some guys were putting filter systems that would isolate a fuel pump so that only the pump would have to be replaced. I hope we do not see a bad rash of this with ecodiesels.

▶ Show Full Signature

Reply

H  **Henfield** · Registered
Joined Apr 16, 2017 · 1,256 Posts

#13  •  Feb 9, 2018

Contaminated fuel was VW's first excuse for failing HPFP's.
So bogus.

Reply

B  **Bat Koce** · Registered
Joined Oct 22, 2016 · 286 Posts

#14  •  Feb 9, 2018

Hi, the entire fuel system in this case needs replacement, all the parts that the fuel touched will have to go. The CP4 Bosch pump is a POS and not forgiving for fuel contamination, while the older generation CP3 pump was bulletproof.
The newer Fords and Dodge trucks use the same design Bosch pump, I believe even the Duramax has it.

There is a guy in Canada who retrofitted the old CP3 pump in a newer VW TDI and was selling the kit to do it. He was also making two kits which were helping in case you have pump failure, it was keeping the shavings inside the pump instead of contaminating the entire fuel system.

It is important to use lubricity additive, ever since they lowered the sulfur level down to 15 PPM.

Reply



**bobcat67** · Registered
Joined Nov 28, 2016 · 717 Posts

#15 • Feb 9, 2018

cummins still uses the cp3 on the 6.7, GM and ford use an updated version of the cp4, the new L5P uses the Denso version of the CP4. It's not uncommon for a cp3 to fail either, it's just less catastrophic when it does, the CP4 grenades and al the metal shavings get sent through the entire fuel system, the cp3 grenades and all the metal particles get sent back to the fuel tank and have to try to pass through the filter again and they usually don't make it past the filter. The cp4 is used mostly for emissions reasons, it can achieve higher pressures than the cp3 and a more efficient burn, like it or not it's here to stay, even cummins uses it on the 5.0L V8

👍 Bat Koce

Reply



**Ramfam** · Registered
Joined Nov 12, 2017 · 600 Posts

#16 • Feb 10, 2018

> **Captainmal said:** ⤴
>
> So metal shavings are caused by contaminated fuel?
>
> I read that correctly? How are metallic parts shattered or sheared off by fuel? Reads like nonsense.
>
> Click to expand...

my thoughts on this is a combo I can see maybe bad fuel. Locked up HPFP jumped the gear just a tad and now it's out of time. The worst for this would be a bent valve, low or no compression and the tech hasn't

done any kind of a bleed down test. Or a fuel pressure test or opsi poopsie forgot to hook up a ground or wire.

► Show Full Signature

Reply


**Charliebare** · Registered
Joined Jul 20, 2018 · 3 Posts

#17 • Jul 23, 2018

Hello, I just joined this forum. I am currently having the same problem with my 2015. It has 41000 miles and has been nothing but a light duty daily driver. They have replaced the HPFP and the fuel pressure sensor but they say they can only get 2700 psi and it needs 4000 psi to run. They are going to replace the injectors this week. It has been in the shop for a month now and still will not run. How did you situation turn out?

Reply


**phprof** · Registered
Joined Jul 14, 2017 · 716 Posts

#18 • Jul 23, 2018

We have had a rash of diesel in gas and gas in diesel tanks (mistakes by delivery drivers) in Michigan this summer. In those cases, the company is paying for repairs but you will have to have proof it came from them. Also, there would be a rash of reports.

Another possibility, if it is contaminated fuel, is someone messing with you if you don't have a locking fuel cap or door. I'm looking into getting one just so my students don't get mad, find my truck, and dump some crap in it.

► Show Full Signature

Reply

 **victor.sanchez.7** · Registered
Joined May 7, 2016 · 18 Posts

#19 • Jul 24, 2018

Happened to mine. 2016 with 41k miles. They replaced everything. HPFP, injectors, rails, sensor, dropped and flushed the tank as well as all the lines and put a new fuel filter in. Good luck!


Sent from my iPhone using Tapatalk

Reply

S **shaggn85** · Registered
Joined Aug 27, 2015 · 2,326 Posts

#20 • Jul 24, 2018

> Ramfam said: 
> my thoughts on this is a combo I can see maybe bad fuel. Locked up HPFP jumped the gear just a tad and now it's out of time. The worst for this would be a bent valve, low or no compression and the tech hasn't done any kind of a bleed down test. Or a fuel pressure test or opsi poopsie forgot to hook up a ground or wire.

I know this is an old topic, but i am pretty sure there really is no such thing as pump timing on a common rail. The pump just maintains X psi in the rail and the ecu fires injectors as needed.

Could be wrong but i am pretry sure thats the case.

Reply

1 - 20 of 21 Posts

| 1 | 2 | ▶ |

## Join the discussion

Continue with Facebook

Continue with Google

or sign up with email

# Recommended Reading

### AEM timeframe

RAM 1500 Diesel General Discussion

💬 7      👁 252

 Ram1 · updated 15 m ago

### "manual regen required"

RAM 1500 Diesel General Discussion

💬 31     👁 2K

T   tackdriverdon · updated 39 m ago

### May New Date for VB1

RAM 1500 Diesel General Discussion

💬 68     👁 5K

 Havanajoe · updated 1 h ago

### Water Pump currently at the dealership

RAM 1500 Diesel General Discussion

💬 13     👁 309

 toddod · updated 2 h ago

### 2019 with 1300 miles just took a dump

RAM 1500 Diesel General Discussion

💬 23     👁 1K

B   Bgbdwlf2500 · updated 4 h ago

Read More ➜

Home  About Us  Terms of Use  Privacy Policy  Help  Contact us  Cookie Preferences by TrustArc

VerticalScope Inc., 111 Peter St, Suite 901, Toronto, ON, M5V 2H1, Canada

Forum software by XenForo