# EXHIBIT 33



Home  ›  Forums  ›  RAM 1500 EcoDiesel Forum  ›  **RAM 1500 Diesel General Dis…**  ›

# Edmund's test update. uh oh

➜ Jump to Latest        Follow

1 - 20 of 73 Posts

| 1 | 2 | 3 | 4 | ▶ |



**cgocifer** · Registered
Joined Jan 23, 2015 · 271 Posts

● Discussion Starter · #1 · Apr 8, 2015

Uh oh…

Sporadic Clicking Noise - 2014 Ram 1500 EcoDiesel Long-Term Road Test

▶ Show Full Signature

👍 RobSST

Reply



**OiLBrnR** · Premium Member
Joined Nov 3, 2014 · 1,086 Posts

#2 · Apr 8, 2015

Yikes! Hope someone checks the timing gear before it's too late

 RobSST

Reply

 **cgocifer** · Registered
Joined Jan 23, 2015 · 271 Posts

 Discussion Starter · #3 · Apr 8, 2015

Hopefully its nothing but looks like same pattern others on here have experienced: all well until around 20k or so miles then a failure, towed to dealer for head scratching and repairs, back on the road, more suspect issues, back to dealer for more head scratching, then boom! Lol this should be interesting

RAM1500 DIESEL.com

| Search Community | |

 RobSST and RandyF

Reply

**H**   **horn.blower.58** · Banned
Joined Feb 17, 2015 · 80 Posts

#4 · Apr 8, 2015

Junk

 hour and RobSST

Reply

 **97hmcs** · Administrator
Joined Jun 5, 2014 · 8,563 Posts

#5 · Apr 8, 2015

> **horn.blower.58** said: ⊕
>
> Junk

Reply

---



**RandyF** · Registered
Joined Feb 24, 2015 · 118 Posts

#6 · Apr 8, 2015 (Edited)

Time for FCA to step up, and have a long-term solution to this debacle of an engine. I'm regretting my hasty purchase more and more. I don't mean to sound all negative, but this is my hard-earned daily driver, and I can't afford to trade it, just because I'm afraid of impending failure. Design or procure a **reliable** drop-in replacement, or I see a class-action suit in the future.

To be clear, I absolutely **_LOVE_** driving mine, but I shouldn't have to check the coolant for oil every time I park it.

---

▶ Show Full Signature

👍 gawoods, Davemd, hour and 1 other person

Reply

---



**BlueMerleBC** · Administrator
Joined Aug 15, 2014 · 4,550 Posts

#7 · Apr 8, 2015

Must not be too concerned about it or they wouldn't be putting another 4K miles on it and waiting for the 30K oil change.

---

▶ Show Full Signature

Reply

---



**cgocifer** · Registered
Joined Jan 23, 2015 · 271 Posts

✓ Discussion Starter · #8 · Apr 8, 2015

> BlueMerleBC said: ⬆
>
> Must not be too concerned about it or they wouldn't be putting another 4K miles on it and waiting for the 30K oil change.

They probably haven't been to this forum... Lol

Who knows? May be nothing. Then again, their engine may blow. Could be the timing gear bolt coming loose... Could be an exhaust leak, could be a rocker arm or a cam follower, or nothing. However, a ticking from an engine usually means some kind of bad news. A modern engine with less than 30k miles shouldn't tick regardless.

---

▶ Show Full Signature

👍 gawoods and RobSST

Reply

---



**howie12** · Registered
Joined Jun 20, 2014 · 4,694 Posts

#9 · Apr 8, 2015

> RandyF said: ⬆
>
> Time for FCA to step up, and have a long-term solution to this debacle of an engine. I'm referring my hasty purchase more and more. I don't mean to sound all negative, but this is my hard-earned daily driver, and I can't afford to trade it, just because I'm afraid of impending failure. Design or procure a **reliable** drop-in replacement, or I see a class-action suit in the future.
>
> To be clear, I absolutely **_LOVE_** driving mine, but I shouldn't have to check the coolant for oil every time I park it.

I feel no need to check my coolant for oil on a regular basis or any other basis. (btw I once had a Subaru and felt that need and to check the oil for water regularly too and replaced head gaskets and cylinder insert shims a few times.) I open the hood every 3 or 4 thousand miles to look around and check the oil. Have found no need to do anything except change the oil and have 18,313 miles on it. I have no idea if, statistically, the ED has more problems than any other vehicle. The only thing you can conclude on that

from this FOrum is that some people have had no problems, some have had a minor problem or two and a few people have had a major problem that the dealer/FCA cannot cope with well. IMHO you cannot conclude that lots of trucks, statistically, have serious problems from this Forum.

👍 OLDESCOTSMAN, Davemd, Diesel Dave and 1 other person

Reply

 **Kasperag04** · Registered
Joined Aug 2, 2014 · 211 Posts

#10 • Apr 8, 2015

I had a clicking noise from the front of my motor. The dealer change the timing gear tensioner. And all is well. Sounds similar in that it would come and go. They said that it would loose pressure. Took them a couple of days
They said that the books under estimate the actual job

▶ Show Full Signature

Reply

 **NinerBikes** · Guest
Joined Dec 31, 1969 · 0 Posts

#11 • Apr 8, 2015 (Edited)

*****

Reply

 **cgocifer** · Registered
Joined Jan 23, 2015 · 271 Posts

✓ Discussion Starter • #12 • Apr 9, 2015

> NinerBikes said: ⊕
>
> Fuel system problem.... Back in Service - 2014 Ram 1500 EcoDiesel Long-Term Road Test
>
> That, my friend, sounds as close to a Bosch CP4.2 HPFP Failure as they come. Metal in the fuel rail and injectors, when fuel is prefiltered before it even hits the HPFP, along with all the tank, fuel lines, filters, etc, is the sign of the Bosch ~~CP4.2 HPFP getting itself diagonal, discussion internal components inside and spitting them out into the whole fuel~~
>
> Click to expand...

Oh boy, more pending doom! So, these trucks don't like cold weather and they also don't like hot weather? Wtf? I bought a truck to use like a truck, not to baby it like a fragile flower. Good thing I have a warranty and a second truck to use if this one ends up in the shop for a month...

---

▶ Show Full Signature

 👍 OLDESCOTSMAN

    Reply

---

**Top** · Registered
Joined Apr 26, 2014 · 1,850 Posts

#13 • Apr 9, 2015

I do recall TC Diesel saying to remove the foam sound insulation from the engine and don't run the fuel tank low in hot weather to keep the HPFP happy.

---

▶ Show Full Signature

 👍 OLDESCOTSMAN

    Reply

---

**robertm** · Registered
Joined Jun 18, 2014 · 1,895 Posts

#14 • Apr 9, 2015

> Top said: ⊕

> I do recall TC Diesel saying to remove the foam sound insulation from the engine and don't run the fuel tank low in
> hot weather to keep the HPFP happy.

Why remove the insulation?

👍 OLDESCOTSMAN

Reply

---



**Top** · Registered
Joined Apr 26, 2014 · 1,850 Posts

#15 • Apr 9, 2015

> robertm said: ⬆
> Why remove the insulation?

So that the pump will run cooler.

---

▶ Show Full Signature

👍 OLDESCOTSMAN

Reply

---



**Mopar73340** · Super Moderator
Joined Jan 11, 2015 · 2,541 Posts

#16 • Apr 9, 2015

> Top said: ⬆
> So that the pump will run cooler.

I removed the insulation on mine last week. As I said then it couldn't hurt anything and I guess I was right.
I just couldn't remember at the time who had said it would help the pump.

---

▶ Show Full Signature

👍 OLDESCOTSMAN

Reply

---



**mrmopar64** · Registered
Joined Apr 15, 2014 · 60 Posts

#17 • Apr 9, 2015

I would be interested for anyone to provide some actual thermocouple temperature data indicating that the sound insulation foam around the high pressure pump leads to too high temperatures around the pump. I've had the pleasure to work with Bosch in OEM environments for a number of years and they'll never release a part to production if it doesn't meet strict criteria for in-vehicle functionality against temperature, pressure, vibration, etc.

Also, I'd like to correct a few points in Niner's post that aren't 100% correct.
1) Not all CP4.2 pumps are created equal and for sure the only thing shared with the Ram's pump against the VW one is the general design. Typically VW hasn't put the anti-wear coatings inside the pump on the plungers and rollers that the VM engine has, but this only protects against low-lubricity fuels. It's a wear package coating like was used on the Jeep Liberty's engine for the US. The failure mode shown in the pictures above occurs when the plungers rotate inside their bore and the roller is now perpendicular to the camshaft inside the pump. Now the roller is dragging along the cam lobe instead of rolling on it and pumps all these metal particles inside the pump. Generally this failure is not linked to pressure spikes inside the pump but tolerances and/or internal spring force that in some situations doesn't keep the plunger and roller rotated correctly in the bore.

2) The device that sits between the two cylinder heads of the pump isn't a pressure sensor but it is the volume control solenoid that meters the amount of fuel that can go into the pumping chambers and then out to the two rails. If there is metal inside that bore when you remove the metering unit, it's not always an indication that metal has made it up into the rails and injectors since the screen around the metering unit stops the majority of it. However, the typical replacement is of everything if you find metal at the screen.

Hope this info is useful and interesting.

 OLDESCOTSMAN, RandyF, howie12 and 3 others

Reply



**NinerBikes** · Guest
Joined Dec 31, 1969 · 0 Posts

#18 • Apr 9, 2015 (Edited)

*****

Reply



**Udontknowjack** · Registered
Joined Mar 24, 2015 · 80 Posts

#19  •  Apr 9, 2015

This is sad. What's next?

▶ Show Full Signature

Reply



**cgocifer** · Registered
Joined Jan 23, 2015 · 271 Posts

🔴 Discussion Starter  •  #20  •  Apr 9, 2015 (Edited)

> Udontknowjack said: ⬆
> This is sad. What's next?

Yeah, I'm tired of all of this b.s. I'm going to drive my truck normally, not going to baby it or walk on egg shells. My truck didn't come with a pink bow on it nor did it come with a special driving procedure. I'm not buying a fancy gauge that I have to watch regularly so that I don't shut the truck down in the middle of a regen, I'm not going to drive an extra 10 minutes to ensure the dpf doesn't choke, etc. If this $48k truck is that temperamental and that much of a POS, then I hope it blows the hell up or breaks down while still under warranty and before resale tanks and this turd turns into another failure like the Pinto or Yugo. Then, I'll get it fixed and trade it in on a Chevy or Ford. Once warranty does expire, its getting traded regardless.

And if this truck is a big POS, then I hope all of them sht the bed and the bad rap ruins FCA for good.

▶ Show Full Signature

Reply

---

1 - 20 of 73 Posts

| 1 | 2 | 3 | 4 | ▶ |

# Join the discussion

Continue with Facebook

 Continue with Google

or sign up with email

# Recommended Reading

## AEM timeframe

RAM 1500 Diesel General Discussion

 7    👁 252

Ram1 · updated a moment ago

---

## "manual regen required"

RAM 1500 Diesel General Discussion

💬 31    👁 2K

T   tackdriverdon · updated 36 m ago

---

## May New Date for VB1

RAM 1500 Diesel General Discussion

💬 68    👁 5K

Havanajoe · updated 1 h ago

---

## Water Pump currently at the dealership

RAM 1500 Diesel General Discussion

 13    👁 309

 toddod · updated 2 h ago

---

## 2019 with 1300 miles just took a dump

RAM 1500 Diesel General Discussion

💬 23    👁 1K

B   Bgbdwlf2500 · updated 4 h ago

---

Read More ➡

Home    About Us    Terms of Use    Privacy Policy    Help    Contact us    Cookie Preferences by TrustArc

VerticalScope Inc., 111 Peter St, Suite 901, Toronto, ON, M5V 2H1, Canada

Forum software by XenForo 🔊