# EXHIBIT 36









**Jsrunnlus** — Member
Joined: May 28, 2020; Messages: 58; Reaction score: 25; Location: Tennessee

Jun 24, 2020 — #15

Without additional facts it is hard to just assign the failure to RAM/FCA/CUMMINS engineering supplier or manufacturing processes. My neighbor had a failure in his EcoDiesel which ended up being traced to contaminated fueling.

Ford had how many issues with their redesigned Powerstroke engines? It turned into litigation between the supplier and Ford. The Scorpion had to go through revisions as well.



**Deleted member 80** — Guest

Jun 24, 2020 — #16

Yes, water in the fuel and contamination are a real concern, as was some trucks not having a lift pump. However, the failure rate of CP3 pumps was infinitesimal in comparison. Are there diesel pumps labeled CP3 only that dispense magic fuel? No. Nobody got bad fuel in a CP3? The CP3 is a proper, robust design that can survive in the real world, and the CP4 is a cheap POS.

boatdude1 and Bman16



**Squatch** — Well-Known Member
Joined: Mar 21, 2020; Messages: 1,002; Reaction score: 1,046; Location: Washington

Jun 24, 2020 — #17

If bad fuel is knocking out CP4s that early on I would definitely convert to a CP3, who the hell wants to treat their truck like a little princess giving it the perfect fuel with the perfect additive. I understand additives in prolonging the pumps life out to 100s of thousands of miles, but if it can't survive just straight diesel for a couple of thousand miles then you're dealing with a real turd.

wjcook68, Burn'n Oil, Deleted member 80 and 1 other person

**Squatch** — Well-Known Member
Joined: Mar 21, 2020; Messages: 1,002; Reaction score: 1,046; Location: Washington

Jun 24, 2020 — #18

I can't stop there, I mean what the hell is going on? I feel like our trucks are becoming like a heard of whining millennials. I can't be fed that, I'm allergic, the gluten in my fuel makes me poop and die.

rudyyoko, Dave88LX, wjcook68 and 7 others



**Squatch** — Well-Known Member
Joined: Mar 21, 2020; Messages: 1,002; Reaction score: 1,046; Location: Washington

Jun 24, 2020 — #19

Maybe that squeal on the hemi at startup is just the millennial inside, bitching and crying about its feelers hurting.

Beeg86, Eatonpcat, MEGA HO 3500 and 2 others



