# EXHIBIT 37



Home > Forums > 5th Generation 2019+ > **5th Gen Powertrain** >

# Injector Pump on a 2020 failure

➔ Jump to Latest      Follow

> Hey everyone! Enter your ride **HERE** to be a part of October's Cummins of the Month Challenge!    ✕

1 - 20 of 153 Posts

| 1 | 2 | 3 | … | 8 | ▸ |

**1**    **1Surfer1** · Registered
Joined Aug 3, 2020 · 1 Posts

✅ Discussion Starter   ·   #1   ·   Aug 3, 2020

Hi all,

I'm new to the diesel world and have a concern. I just purchased a brand new 2020 2500 Ram. With less than 1500 miles on it the injector pump went out on me and now I'm being told I will be with out my truck for at least a month. Is this a common problem with the 2020's? I couldn't find any information on this particular year. I did see that older years the injector pump has a dowel that can become lose and cause huge problems. What concerns should I have if or when I get the truck back from the dealer?

Thank you,
Robert

Reply      Save    Share

 **Yreka20** · Registered
Joined Aug 1, 2020 · 8 Posts

#2   ·   Aug 3, 2020

Sorry to hear that.. Search for "Bosch CP 4.2 failures" & you will likely find much more info on what you're dealing with.



Megajoltman, akhr and cumminsturbofreak

Reply            Save     Share

 **THE MEGACAB** · Banned
Joined Mar 8, 2017 · 1,096 Posts

#3   ·   Aug 3, 2020

> 1Surfer1 said: ⊕
>
> Hi all,
>
> I'm new to the diesel world and have a concern. I just purchased a brand new 2020 2500 Ram. With less than 1500 miles on it the injector pump went out on me and now I'm being told I will be with out my truck for at least a month.
>
> *Click to expand...*

That's the killer dowel pin from 12v's and not fuel system related. Way different.

---

MEGACABS BOOOOYS!

cumminsturbofreak

Reply                                                                 Save    Share

---



**Jared Herzog** · Registered
Joined Sep 18, 2009 · 3,197 Posts

#4   ·   Aug 4, 2020 (Edited)

Will you be getting the CP3 Ram is going back to when a CP4 fails under warranty along with a new calibration? IIRC Bob4x4 works for Ram, and this thread is going on over on the Turbo Diesel Registry, it was just announced that if a CP4 fails under warranty it will be swapped for a CP3 with a new calibration. They are doing the swap for "NVH" due to asymmetrical lobes vs symmetrical lobes LOL. So as to not admit fault over a design debacle and destined catastrophic failure. This CP4 thing will be interesting. I would love to have been in this meeting or the meeting where they thought it would work to overdrive the fragile CP4.

Full disclosure. I don't have a new truck because of the CP4 which i fought that fight with past Duramax trucks.

And, just like that I will be back in the new truck market soon.

Don't know how to post a link but here is the thread and post. Anyone have additional information before I start shopping after the change?

---

Ram 14 2500 RIP 14,700 Stock. 68RFE."The Lemon"
Ram 15 3500 Dually. Stock. Aisin. N Fab wheel to wheel. Weather Tech Mats. Big D Steering Box Brace.

sourdo, Electrojake, 10%more and 2 others

Reply                                    Save      Share



**elephantrider** · hydraulic lifter crew
Joined Mar 15, 2008 · 12,685 Posts

#5   ·   Aug 4, 2020

what forum is that post from?

'19 2500 t'man

Reply                                    Save      Share



**Jared Herzog** · Registered
Joined Sep 18, 2009 · 3,197 Posts

#6   ·   Aug 4, 2020 (Edited)

Turbo diesel registry. The poster of the thread is very reliable. IIRC he is/was a diesel mechanic at Ram.

Ram 14 2500 RIP 14,700 Stock. 68RFE."The Lemon"
Ram 15 3500 Dually. Stock. Aisin. N Fab wheel to wheel. Weather Tech Mats. Big D Steering Box Brace.

Reply                                    Save      Share



**Signal73** · Registered
Joined Dec 1, 2005 · 312 Posts

#7   ·   Aug 4, 2020

Bob usually does know his stuff. Should be interesting to see how this all plays out.

---

'19 2500 Low Output

Jared Herzog

Reply                                                              Save        Share

---

 **Ram4Sam** · Buyer of stuff..with OPM
Joined Dec 30, 2005 · 2,678 Posts

#8   ·   Aug 4, 2020

> Signal73 said: ⬆
> Bob usually does know his stuff. Should be interesting to see how this all plays out.

.....Bob has been working on Dodge Cummins as long as they have been around.....good guy, helped me with my 2nd gen truck a few years back.....on his own time.
I thought he had retired......       ....must still have the inside track.

Sam

---

2016 3500 Laramie SRW 4x4 CC LB ,Aisin,white w/brn-beige,B&W TOB/companion built 9/2015

Owned and gone, 1991 d250     ... 2001.5 2500qc     ...2014 3500 FCA buyback

Reply                                                              Save        Share

---

 **Trkguy** · Registered
Joined Aug 4, 2020 · 8 Posts

#9   ·   Aug 4, 2020

> 1Surfer1 said: ⬆
> Hi all,
>
> I'm new to the diesel world and have a concern. I just purchased a brand new 2020 2500 Ram. With less than 1500

> miles on it the injector pump went out on me and now I'm being told I will be with out my truck for at least a month. Is this a common problem with the 2020's? I couldn't find any information on this particular year. I did see that older years the injector pump has a dowel that can become lose and cause huge problems. What concerns should I have if or when I get the truck back from the dealer?

Sorry to hear this, but mine went out at 3800 miles too. I was on a trip about 700 miles away from home when it blew. I had to rent a car ( they said they would reimburse me). So, my truck, a 2019 2500 is in a dealership 700 miles away. This happened last Friday. NO work on the truck yet as the dealer had to bump it up to a higher level to get authorization to repair it.... not happy

Reply                                  Save    Share

---

**G**   **Grit dog** · Registered
Joined Sep 30, 2014 · 3,865 Posts

#10  ·  Aug 4, 2020

Rut ro Rorge!!

2016 2500 Auto, Deleted, EFI Live tuned, 6" lift

Reply                                  Save    Share

---

   **Loki223** · Rear Admiral Rickard Onmi
2018 Ram 3500 CCLBSRW
Joined Nov 15, 2014 · 11,234 Posts

#11  ·  Aug 4, 2020

this will make it interesting for anyone buying a used 19/20 they will have to investigate if the CP4 had been replaced yet or not

2018 Ram 3500 Limited - Crew Cab Long Box 4x4 SRW, 5TH Gen Tail Lights with BSM, Thuren 2" Level, Fox 2.0 Shocks

Reply                                  Save    Share



**Wyo George** · Registered
Joined Oct 3, 2019 · 564 Posts

#12 · Aug 4, 2020

Besides "Bob", is there any actual supporting documentation that FCA is going to be swapping the pump from 4 to 3?



Duke - 2016 Ram 2500
69 Fuel-ups
  

troverman and Loki223

Reply                                                                 Save     Share

---



**Loki223** · Rear Admiral Rickard Onmi
2018 Ram 3500 CCLBSRW
Joined Nov 15, 2014 · 11,234 Posts

#13 · Aug 4, 2020

> Wyo George said: ⊕
> Besides "Bob", is there any actual supporting documentation that FCA is going to be swapping the pump from 4 to 3?

What, random rumors and information off the internet forums doesn't qualify as passing the burden of proof? Such a high standard your setting over here...with wanting actual documented evidence from some sort of cummins or FCA statement.....

2018 Ram 3500 Limited - Crew Cab Long Box 4x4 SRW, 5TH Gen Tail Lights with BSM, Thuren 2" Level, Fox 2.0 Shocks

Electrojake and Wyo George

Reply                                                                 Save     Share

---



**Wyo George** · Registered
Joined Oct 3, 2019 · 564 Posts

#14 · Aug 4, 2020



> **Loki223 said:** ⭑
>
> What, random rumors and information off the internet forums doesn't qualify as passing the burden of proof? Such a high standard your setting over here...with wanting actual documented evidence from some sort of cummins or FCA statement.....

Silly me!

---

Duke - 2016 Ram 2500
69 Fuel-ups

  

Loki223

Reply          Save    Share

---

**T**    **Trkguy** · Registered
Joined Aug 4, 2020 · 8 Posts

#15 · Aug 4, 2020

> **Wyo George said:** ⭑
>
> Besides "Bob", is there any actual supporting documentation that FCA is going to be swapping the pump from 4 to 3?

I'll let you all know if they do a CP3 change on mine as it's still in the beginning steps of repair.

Bob
Present: 2019 Ram 2500 Cummins
Past: 2006 Ford F550 Powerstoke, 1999 Ford F250 Powerstoke, 1987 Ford F250 Diesel

RamRunner99

Reply          Save    Share

---

 **TCDiesel** · Premium Member
Joined Jan 21, 2007 · 2,576 Posts

#16   ·   Aug 4, 2020

The TDR is no longer a trustworthy source, 100s of long time member's including Myself have left, banned, or just refuse to pay blood money for membership. That being said BOB4x4 not know for making comments lacking Intel. I welcome the change if true.

---

**Your Money, Your Truck, Your Choice(s)**

CumNewb

Reply                                                                                    Save        Share

---

 **Jared Herzog** · Registered
Joined Sep 18, 2009 · 3,197 Posts

#17   ·   Aug 5, 2020

I would like to see the details in writing also. But, on the TDR i have never seen a post from Bob that lacked truth. He has helped many owners on the forums and has given me excellent advice in the past. Thats why i am interested in how the dealers are handling the trucks currently down in the shop with failure.

At this time the information is probably just coming out. Its lawyer talk to replace it due to NVH which allows them to swap pumps without admitting fault. This is especially true with all the class action suits across every manufacturer that offers the CP4 here in the US. And, why would NVH be a concern on an already sold truck? IIRC they boasted about the CP4 as being cheaper, lighter, and QUIETER with better NVH as a selling point and reason for the change. Now they are a NVH issue? With my past 2012 Duramax that motor was quieter than my Cummins and i could not hear that CP4 at all.

I know a CP4 is capable of more pressure but at a lesser volume. There is no reason the CP3 wont support the emissions and performance of a 19/20 truck. Nobody does performance mods and switches a CP3 to a CP4 for a reason. Currently my CP3 in my 2015 Cummins is supporting quite a bit more power than the 20 trucks even have without any issues.

My brother bought an 18 this weekend. We were shopping specifically for a non CP4 truck. When a 13-18 hit the lot here in Texas it was gone within hours. This includes the private sell trucks on autotrader and Craigs list. They were even commanding the same or more money than a comparable used 19 or 20 sitting in the spot over. The value of the newer trucks is currently impacted somehow. At least where we are. I can only imagine if Ram does go back to the CP3 the CP4 trucks will be the redheaded stepchild and be less desirable and less valuable.

This is good news for me as i want a new truck with a CP3 as a family vehicle since my current truck is so full of tools for work that nobody can ride in it. If i had a CP4 truck I would be at the dealer every week complaining about how loud and how terrible the CP4 vibrates. Play into their reason for replacement before it actually fails especially if it fails outside of the warranty period. They cant claim a NVH issue

then not swap it due to an NVH complaint. At least multiple complaints while under warranty would help with a repair outside of warranty.
At the end of the day all CP4 pumps checkout the same way. The unknown point is at what mileage? 1500 or 1,500,000? The other guarantee is that it will be $$$$$.

---

Ram 14 2500 RIP 14,700 Stock. 68RFE."The Lemon"
Ram 15 3500 Dually. Stock. Aisin. N Fab wheel to wheel. Weather Tech Mats. Big D Steering Box Brace.

> obie1

Reply                                                                Save    Share

---



**Loki223** · Rear Admiral Rickard Onmi
2018 Ram 3500 CCLBSRW
Joined Nov 15, 2014 · 11,234 Posts

#18  · Aug 5, 2020

> Jared Herzog said: ⬆
>
> I would like to see the details in writing also. But, on the TDR i have never seen a post from Bob that lacked truth. He has helped many owners on the forums and has given me excellent advice in the past. Thats why i am interested in how the dealers are handling the trucks currently down in the shop with failure.
> At this time the information is probably just coming out. Its lawyer talk to replace it due to NVH which allows them to
>
> Click to expand...

Well if you know anyone that wants an 18, i would sell mine. At a price point that allows me to get a 20 in a similar trim level as my 18. Plus my 18 already has the first 20k miles taken care of on her, that's gotta be worth something.... I'm a big proponent of everything is for sale, for the right price.

---

2018 Ram 3500 Limited - Crew Cab Long Box 4x4 SRW, 5TH Gen Tail Lights with BSM, Thuren 2" Level, Fox 2.0 Shocks

Reply                                                                Save    Share

---



**badunit** · Registered
Joined Dec 29, 2013 · 1,630 Posts

#19  · Aug 5, 2020

> Yreka20 said: ⬆
> Sorry to hear that.. Search for "Bosch CP 4.2 failures" & you will likely find much more info on what you're dealing

> with.

That was a terrific video. I have been wondering what the differences were. The 4.2 looks to be a craptastic design. I'm sure it looked good enough on the computer and I am sure the computer showed them that all the stresses were within the capabilities of the materials. I think some engineers need to step away from their computers and actually think about what they are designing, assuming they are capable of thinking. I place the impetus for these failures on bean counters but it is up to the engineers to meet real world requirements and plan for real world failures. An injection pump failure should not do catastrophic damage to thousands of dollars worth of high pressure fuel system. That is just stupid.

2015 2500 Laramie CCSB, 4x4, 6.7L CTD, 68RFE, 4.10, LT295/70R18, MM3 with Calibrated Power tunes
2003 2500 Laramie QCSB, 4x4, 5.9L CTD (Sold in 2014)

Reply                        Save    Share



**troverman** · Registered
Joined Nov 19, 2018 · 1,169 Posts

#20  ·  Aug 5, 2020

Just as I've posted on TDR, I'm highly skeptical of this - both RAM retrofitting failed CP4's with CP3's under warranty, as well as beginning to re-utilize the CP3 on new vehicles.

Makes zero sense, especially considering FoMoCo continues to use the CP4 and is in their 10th year of doing so. I don't believe for a moment the failures are remotely widespread...we just hear about it alot when it happens because of the potential cost.

2019 RAM 3500 Crew 4x4 Cummins H.O.
2018 RAM 3500 Crew 4x4 6.7L DRW Manual Trans - previous

Reply                        Save    Share

1 - 20 of 153 Posts                    1   2   3   …   8   ▶

# Join the discussion

Continue with Facebook

Home  ›  Forums  ›  5th Generation 2019+  ›  **5th Gen Powertrain**  ›

Home    About Us    Terms of Use    Privacy Policy    Help    Contact us   🔊

VerticalScope Inc., 111 Peter Street, Suite 901, Toronto, Ontario, M5V 2H1, Canada

The Fora platform includes forum software by XenForo



💬 4    👁 2K      13secram · updated Jun 2, 2010

---

### New turbo and DPF at dealer
07.5-09 3rd Gen 6.7L Performance Parts Discussion

💬 8    👁 592      MorSmokPls · updated Nov 4, 2008

---

### Stuck in Austin with a broke Dodge
3rd Gen. Powertrain

💬 11    👁 726      jonmercer05 · updated Jul 14, 2009

---

### DPF Issues on 08s??
07.5 - 09 3rd Gen 6.7L Powertrain

💬 14    👁 2K     B   Blstr88 · updated Dec 15, 2009

---



**CUMMINS FORUM**

Search Commi    🔍

Login / Join

Home ＞ Forums ＞ 5th Generation 2019+ ＞ **5th Gen Powertrain** ＞

# Injector Pump on a 2020 failure

➜ Jump to Latest     Follow

Hey everyone! Enter your ride **HERE** to be a part of October's Cummins of the Month Challenge!    ✕

41 - 60 of 153 Posts

 ◄   1   2   3   4   5   …   8   ►

**Felt** · Registered
Joined May 7, 2020 · 110 Posts

#41 · Aug 7, 2020

Disregard previous post's 1st link, I noticed it is for Powerstrokes and LML's.

2021 Ram 2500 BigHorn Mega Cab 6.7L ordered 29Jan21
2019 Redeye Challenger

Reply      Save    Share

 **cumminsturbofreak** · Registered
I know nothing. 😊
Joined Nov 23, 2011 · 1,886 Posts

#42   ·   Aug 7, 2020

Still had my TechAuthority login active for a few days, so I checked the new tsb for that new pump, and it's still a CP4.2. Oh well.



**NUMBER:** 18-060-20

**GROUP:** 18 - Vehicle Performance

**DATE:** August 7, 2020

2004.0 Dodge Ram 3500 DRW 2WD Allison 1000 6 speed Swap, UDC Pro RT Tuned by me, 4th Gen Seats and Steering Wheel, 2006 Dashboard, 2007 Electrical System, 2013 style fuel filtration system, and stock injectors from



**SUBJECT:**
6.7L Cummins Engine High Pressure Fuel Injection Pump Identification Differences

**OVERVIEW:**
This bulletin provides information regarding the identification differences in the high pressure fuel



**TCDiesel** · Premium Member
Joined Jan 21, 2007 · 2,576 Posts

#43  ·  Aug 7, 2020

> Felt said: ⊕
>
> Disregard previous post's 1st link, I noticed it is for Powerstrokes and LML's.

Your good the same principal applies, That beings said it will have little to NO effect in stopping CP4s failures. Just like some aftermarket marketing its just a money grab

---

**Your Money, Your Truck, Your Choice(s)**

Felt

Reply                                                                    Save      Share

calibration. Choosing the incorrect calibration will result in an undesirable noise from

U    **UglyViking** · Registered
Joined Jun 20, 2020 · 206 Posts

#44  ·  Aug 7, 2020

> cumminsturbofreak said: ⊕
>
> Still had my TechAuthority login active for a few days, so I checked the new tsb for that new pump, and it's still a CP4.2. Oh well.

Now I'm not sure which forum to respond on

It mentions of the difference in cam design but the body is the same. I am fine if the body is the same,

but my hope is this isn't a exclusive lobe change. Perhaps they are only noting that it's a lobe change and not that the internals are different? If they simply changed the design of the tappet I'd imagine that the issue would go away. Heres to hoping they didn't just change the lobe design.

Reply                                                                                    Save        Share



**TCDiesel** · Premium Member
Joined Jan 21, 2007 · 2,576 Posts

#45   ·   Aug 7, 2020

What Noise....We can simulate 100s of different combinations on Our Test machines. never heard of noise difference , Of course its going sound different at Higher pressures and RPM / Cycle / Voltage.

The CP4+ and CP3 internals other then shaft ( Both have different shafting ) are NON- inter-changeable, the Polygon is used in the CP3 to compress the 3 pistons, CP4 uses Roller design.

**Your Money, Your Truck, Your Choice(s)**

Electrojake

Reply                                                                                    Save        Share



**Trkguy** · Registered
Joined Aug 4, 2020 · 8 Posts

#46   ·   Aug 18, 2020

Update on my 2019 2500 that has been in the shop going on 3 weeks with the failed injector pump. The pump failed at around 3800 miles. There is a national backorder on the parts needed to complete the repair as advised by FCA. The estimated parts availability is sometime in late Oct with a completion date of early Nov. They are basically having to replace the whole fuel system. The dealer and area service rep knew nothing of a cp3 retro kit.

Reply                                                                                    Save        Share



**Felt** · Registered
Joined May 7, 2020 · 110 Posts

#47   ·   Aug 18, 2020



> **Trkguy said: ⊕**
>
> Update on my 2019 2500 that has been in the shop going on 3 weeks with the failed injector pump. The pump failed at around 3800 miles. There is a national backorder on the parts needed to complete the repair as advised by FCA. The estimated parts availability is sometime in late Oct with a completion date of early Nov. They are basically having to replace the whole fuel system. The dealer and area service rep knew nothing of a cp3 retro kit.

NOVEMBER??? WTF? crazy...

---

2021 Ram 2500 BigHorn Mega Cab 6.7L ordered 29Jan21
2019 Redeye Challenger

Reply                                           Save     Share

---

T    **Trkguy** · Registered
     Joined Aug 4, 2020 · 8 Posts

#48   ·   Aug 18, 2020

I totally agree lol... crazy... FCA customer service is working with me....

Reply                                           Save     Share

---

   **TCDiesel** · Premium Member
     Joined Jan 21, 2007 · 2,576 Posts

#49   ·   Aug 18, 2020

I find it odd That TC Diesel can order parts (Fuel) for 2019+ and have in stock or within 5 Days, it takes the Dealer 3 Months.

---

**Your Money, Your Truck, Your Choice(s)**

Electrojake

Reply                                           Save     Share

---



**Ram4Sam** · Buyer of stuff..with OPM
Joined Dec 30, 2005 · 2,678 Posts

#50 · Aug 18, 2020

> Trkguy said: ⬆
>
> Update on my 2019 2500 that has been in the shop going on 3 weeks with the failed injector pump. The pump failed at around 3800 miles. There is a national backorder on the parts needed to complete the repair as advised by FCA. The estimated parts availability is sometime in late Oct with a completion date of early Nov. They are basically having to replace the whole fuel system. The dealer and area service rep knew nothing of a cp3 retro kit.

Read up on your state's lemon laws.....most of them have a 30 day out of service clause to be considered a lemon. You are most likely a week away from that.

Sam

---

2016 3500 Laramie SRW 4x4 CC LB ,Aisin,white w/brn-beige,B&W TOB/companion built 9/2015

Owned and gone, 1991 d250   ... 2001.5 2500qc   ...2014 3500 FCA buyback

Reply                                                                    Save    Share

---



**cumminsturbofreak** · Registered
I know nothing. 🙄
Joined Nov 23, 2011 · 1,886 Posts

#51 · Aug 18, 2020

> Ram4Sam said: ⬆
>
> Read up on your state's lemon laws.....most of them have a 30 day out of service clause to be considered a lemon. You are most likely a week away from that.
>
> Sam

@Trkguy , if you proceed this way, make SURE to hire an attorney. You do not want to deal with FCA alone at this time.

Ask me how I know...

---

2004.0 Dodge Ram 3500 DRW 2WD Allison 1000 6 speed Swap, UDC Pro RT Tuned by me, 4th Gen Seats and Steering Wheel, 2006 Dashboard, 2007 Electrical System, 2013 style fuel filtration system, and stock injectors from Electrojake

Reply                                                                    Save    Share

T    **Trkguy** · Registered
     Joined Aug 4, 2020 · 8 Posts

#52   ·   Aug 18, 2020

> cumminsturbofreak said: ⊕
>
> @Trkguy , if you proceed this way, make SURE to hire an attorney. You do not want to deal with FCA alone at this
> time.
>
> Ask me how I know...

I have a good lawyer as I just finished a lemon law buy back with Mercedes Benz. Successfully, but it took
two years. I'm waiting to hear what FCA's offer is, before I go down that path again.

Reply                                                                    Save    Share

T    **Trkguy** · Registered
     Joined Aug 4, 2020 · 8 Posts

#53   ·   Aug 18, 2020

> TCDiesel said: ⊕
>
> I find it odd That TC Diesel can order parts (Fuel) for 2019+ and have in stock or within 5 Days, it takes the Dealer 3
> Months.

No Idea. But I did a double check with the dealership I got it from, the general manager is a friend of
mine, and he told me the same thing. This is all coming out of FCA parts.

Reply                                                                    Save    Share

 **cumminsturbofreak** · Registered
     I know nothing. 🙄
     Joined Nov 23, 2011 · 1,886 Posts

#54   ·   Aug 18, 2020

> Trkguy said: ⊕
>
> Successfully, but it took **two years**. I'm waiting to hear what FCA's offer is, before I go down that path again.

That's nuts.

I guess results may vary, but it seems the no attorney buyback way looks like a better deal to me now...

My first issue with the 2019 was in November, I pressed for buyback since it fell into the bracket of Florida lemon law. I was approved for replacement in February, and ordered the new truck in March. After the covid shutdown, it arrived at the dealer in late June and I've been just waiting for FCA to finish "paper work".

If I had to wait 2 years, I definitely would have burned down the dealer with the truck there...

---

2004.0 Dodge Ram 3500 DRW 2WD Allison 1000 6 speed Swap, UDC Pro RT Tuned by me, 4th Gen Seats and Steering Wheel, 2006 Dashboard, 2007 Electrical System, 2013 style fuel filtration system, and stock injectors from

Reply        Save     Share

---

**T**   **Trkguy** · Registered
Joined Aug 4, 2020 · 8 Posts

#55 · Aug 18, 2020 (Edited)

> cumminsturbofreak said: ⊙
>
> That's nuts.
>
> I guess results may vary, but it seems the no attorney buyback way looks like a better deal to me now...
>
> Click to expand...

MB is a bear to deal with... but we won. I was told the German companies are much harder (BMW, MB) where the domestics are easier. However, the MB saga left us drained. I'm not sure I want to go through that again so soon after the last one. We'll see what FCA offers and go from there. .

cumminsturbofreak

Reply        Save     Share

---

**B**   **blackbrush** · Registered
Joined Oct 28, 2012 · 273 Posts

#56 · Aug 18, 2020

The magic question: Are the replacement parts and (in my personal interest) new production units made

up of updated/improved parts or are they still using crap?

---

'14 2500 Laramie 4x4 Mega RevMax 550 68RFE, CTT EZ, 223,000mi 10/20 '16 2500 Laramie 4X4 Crew 73,000mi 10/20

Reply                                                                Save        Share

---

T        **Trkguy** · Registered
         Joined Aug 4, 2020 · 8 Posts

#57   ·   Aug 18, 2020

> blackbrush said: 
>
> The magic question: Are the replacement parts and (in my personal interest) new production units made up of
> updated/improved parts or are they still using crap?

lol... no idea

Reply                                                                Save        Share

---

[Felt avatar]   **Felt** · Registered
                Joined May 7, 2020 · 110 Posts

#58   ·   Aug 18, 2020

Maybe, hopefully they are stalling until the CP3 retrofit is made final and then they will replace it with a CP3...wishful thinking...lol.

---

2021 Ram 2500 BigHorn Mega Cab 6.7L ordered 29Jan21
2019 Redeye Challenger

Reply                                                                Save        Share

---

[cumminsturbofreak avatar]   **cumminsturbofreak** · Registered
                             I know nothing. 
                             Joined Nov 23, 2011 · 1,886 Posts

#59   ·   Aug 18, 2020

> **Felt said:** ⊕
>
> Maybe, hopefully they are stalling until the CP3 retrofit is made final and then they will replace it with a CP3...wishful thinking...lol.

Not happening.

This is the production change that someone mistook as a CP3 retrofit. They are just changing the cam lobe design due to noise. It is still a CP4.2.

> **cumminsturbofreak said:** ⊕
>
> Still had my TechAuthority login active for a few days, so I checked the new tsb for that new pump, and it's still a CP4.2. Oh well.
>
> 909812

---

2004.0 Dodge Ram 3500 DRW 2WD Allison 1000 6 speed Swap, UDC Pro RT Tuned by me, 4th Gen Seats and Steering Wheel, 2006 Dashboard, 2007 Electrical System, 2013 style fuel filtration system, and stock injectors from

Reply                                                                                    Save     Share

---

 **Felt** · Registered
Joined May 7, 2020 · 110 Posts

#60   ·   Aug 18, 2020

> **cumminsturbofreak said:** ⊕
>
> Not happening.
>
> This is the production change that someone mistook as a CP3 retrofit. They are just changing the cam lobe design due to noise. It is still a CP4.2.

No I get that, I was referring to something that originally came off the cummins turbo register or somewhere. I thought it was already on one of the posts here but anyway. Supposedly the guy who posted it Bob4x4 is reputable and can be trusted.

Text Font Line Media Screenshot

---

2021 Ram 2500 BigHorn Mega Cab 6.7L ordered 29Jan21
2019 Redeye Challenger

Case 2:21-cv-12497-LVP-CI   ECF No. 1-38, PageID.466   Filed 10/22/21   Page 24 of 25

Reply                                                                    Save        Share

41 - 60 of 153 Posts                              ◀   1   2   3   4   5   …   8   ▶



# Join the discussion

Continue with Facebook

G  Continue with Google

or sign up with email

# Recommended Reading

## '08 Reoccuring CEL

07.5 - 09 3rd Gen 6.7 Liter General Discussion

💬 2     👁 621          RCrawler · updated Dec 1, 2008

## edge juice with attitude on stock truck ???

07.5-09 3rd Gen 6.7L Performance Parts Discussion

💬 4     👁 2K         13secram · updated Jun 2, 2010

## New turbo and DPF at dealer

07.5-09 3rd Gen 6.7L Performance Parts Discussion

💬 8     👁 592        MorSmokPls · updated Nov 4, 2008

## Stuck in Austin with a broke Dodge

3rd Gen. Powertrain

💬 11    👁 726          jonmercer05 · updated Jul 14, 2009

## DPF Issues on 08s??

07.5 - 09 3rd Gen 6.7L Powertrain

Home  ›  Forums  ›  5th Generation 2019+  ›  **5th Gen Powertrain**  ›

Home    About Us    Terms of Use    Privacy Policy    Help    Contact us    🔊

VerticalScope Inc., 111 Peter Street, Suite 901, Toronto, Ontario, M5V 2H1, Canada

The Fora platform includes forum software by XenForo

