# EXHIBIT 38



**Forums** ▾   What's new ▾   Members ▾   TOTM   Forum Rules   TR?   Log in   Register   🔍

New posts   Search forums

Forums › Dodge Ram Generations Forum › 5th Gen : 2019 - Present › **Heavy Duty** ›

# 2020 Ram 2500 CP 4 Failure

👤 Harold Barnes · 🕐 May 19, 2020

| 1 | 2 | 3 | ... | 8 |   Next ▸

May 19, 2020                                                                    ⤳  #1

**H**

**Harold Barnes**
Junior Member

Joined:         Jan 2, 2020
Posts:                    28
Reaction score:         18
Location:          Alabama
Ram Year:            2020
Engine:       6.7 diesel

Ok so I bought a new 2020 Ram 2500 in December 30, 2019. Got 7023 miles on it with a Cp4 failure. Guess I should have done better homework.

May 19, 2020                                                                    ⤳  #2





**RedneckHippy**
Senior Member

Joined: Jan 26, 2020
Posts: 308
Reaction score: 212
Location: Washington
Ram Year: 2019 Ram 3500 Tradesman
Engine: 6.4 Hemi w/ MDS

> Harold Barnes said: ⬆
>
> Ok so I bought a new 2020 Ram 2500 in December 30, 2019. Got 7023 miles on it with a Cp4 failure. Guess I should have done better homework.

Holy balls, at least you got it out of the way now Instead of outside of warranty. But that is disconcerting.

May 19, 2020                                                                                           #3



**Sandevino**
Senior Member

Joined: Apr 18, 2020
Posts: 1,105
Reaction score: 1,448
Location: North Texas
Ram Year: 2021
Engine: 3.0L Turbo Diesel

DOH… At least it's under warranty.

corneileous

May 19, 2020  #4



**Harold Barnes**
Junior Member

Joined: Jan 2, 2020
Posts: 28
Reaction score: 18
Location: Alabama
Ram Year: 2020
Engine: 6.7 diesel

I am not even sure they are going to cover it. I know with the Ford and GMC lawsuits manufacturers tried to blame it on the fuel. Both Ford and GMC both changed brand of injector pumps to stop the failures. I know this makes metal but I'm wondering if the metal makes it into the engine.

May 19, 2020  #5



**corneileous**
Senior Member

Joined:         Sep 6, 2016
Posts:                6,009
Reaction score:      3,403
Location:
              Podunkyville, OK
Ram Year:
 2018 Ram 1500 Limited 4X4
Engine:          Hemi 5.7

Shoulda done better homework?? No amount of "homework" will tell you whether somethin's gonna happen or not. Just be glad it happened under warranty.


Sent from my iPhone using Tapatalk

eddie046, LI Guy and crash68

May 19, 2020                                                          #6



**Harold Barnes**
Junior Member

| Joined: | Jan 2, 2020 |
| --- | --- |
| Posts: | 28 |
| Reaction score: | 18 |
| Location: | Alabama |
| Ram Year: | 2020 |
| Engine: | 6.7 diesel |

> corneileous said: ⬆
>
> Shoulda done better homework?? No amount of "homework" will tell you whether somethin's gonna happen or not. Just be glad it happened under warranty.
>
> Sent from my iPhone using Tapatalk

I guess I meant I might not gone with Ram if I would have know of their use of the Infamous CP4. I needed a HD diesel truck for my fifth wheel. I fell in love with the Ram. I wish they had not used the CP4.

BigLazer4u

May 19, 2020                                                                 #7



**chri5k**
Senior Member

Supporting Member

| Joined: | May 24, 2019 |
| --- | --- |
| Posts: | 1,405 |
| Reaction score: | 1,877 |
| Location: | USA |
| Ram Year: | 2016 |
| Engine: | Diesel |

If they give you a hard time, these guys are working a class action suit on the CP4 for breach of warranty.

https://www.forthepeople.com/class-action-lawyers/cp4-pump-failure-lawsuit/

PS. The failures seem to be lubrication related. the pump relies on the fuel for lubrication. Might want to think about using something like Diesel Kleen to increase the lubricity of the fuel once you get the pump replaced. Not a guarantee against future failures but it does improve the fuel lubricity.

Last edited: May 19, 2020

BigLazer4u and Scotts26

May 19, 2020                                                                 #8



**Harold Barnes**
Junior Member

| Joined: | Jan 2, 2020 |
| --- | --- |
| Posts: | 28 |
| Reaction score: | 18 |
| Location: | Alabama |
| Ram Year: | 2020 |
| Engine: | 6.7 diesel |

> chri5k said: ⬆
>
> If they give you a hard time, these guys are working a class action suit on the CP4 for breach of warranty.
>
> https://www.forthepeople.com/class-action-lawyers/cp4-pump-failure-lawsuit/

Thanks I found them yesterday. I hope it doesn't come to that.

May 19, 2020                                                                 #9



**tjfdesmo**
Senior Member

| Joined: | Apr 15, 2014 |
| --- | --- |
| Posts: | 1,644 |
| Reaction score: | 2,608 |
| Location: | AZ |

I thought Ford was still using the CP4? I have talked to pump guys, and the Denso system that GM went to is not stellar, either. Did you drain the water separator? Did your WIF light ever come on? Did it happen soon after filling/adding fuel?

Are you a TDR member, also?

May 19, 2020    #10



**Harold Barnes**
Junior Member

Joined: Jan 2, 2020
Posts: 28
Reaction score: 18
Location: Alabama
Ram Year: 2020
Engine: 6.7 diesel

> tjfdesmo said: ⤴
>
> I thought Ford was still using the CP4? I have talked to pump guys, and the Denso system that GM went to is not stellar, either. Did you drain the water separator? Did your WIF light ever come on? Did it happen soon after filling/adding fuel?
>
> Are you a TDR member, also?

No lights or warnings. Just the screaming of the pump and a ruff idle. I was on the way to work. I had just driven about 10miles at 70mph. I always stop at a store before work to get some things and let the truck idle for a few to cool the turbo. When I stopped (this truck is so quiet inside) I thought I heard squeaking. That's when it shut off for good. Ram took fuel samples all were good. I never let the fuel go much below half a tank. Fuel is $1.55. I was about 200 miles into this tank of fuel. No water in the fuel. My understanding is that the pump cavitates with air in it causing this issue. I had been using my exhaust brake hauling my fifth wheel the day before and do use it from time to time. I had thinking that could cause air and cavitation. Cummins is footing the bill not Chrysler. I am not a member TDR. Is that another forum?

| 1 | 2 | 3 | ... | 8 | Next ▸ |

You must log in or register to reply here.

## Similar threads

| | | Replies: | Sep 3, 2021 |
|---|---|---|---|
| D | **Fuel pump failure on 2020 CTD at 7800 miles.**<br>Darron · Jul 26, 2021 · Heavy Duty  [2][3] | Replies: 23<br>Views: 2K | Sep 3, 2021<br>Billet Bee |
| M | **Transmission failure**<br>Macfrog · Aug 28, 2021 · Heavy Duty  [2] | Replies: 14<br>Views: 2K | Sep 24, 2021<br>68PowerWagon |
| | **2020 OEM Ram 2500 Sway Bar Links**<br>Bollenball · Aug 20, 2021 · General Discussions | Replies: 3<br>Views: 191 | Aug 20, 2021<br>Bollenball |
| Y | **2020 Ram 2500 Oem Integrated Brake Controller**<br>YTRAM1958 · Jul 25, 2021 · Tech Info | Replies: 3<br>Views: 805 | Oct 12, 2021<br>crash68 |
| M | **Educate me**<br>mountainlion · Aug 8, 2021 · Towing & Hauling  [2][3] | Replies: 20<br>Views: 2K | Aug 16, 2021<br>andymax A |





### Latest posts

**Senior Citizen Club II**
Latest: Treburkulosis · 7 minutes ago
Ram Clubs

**Has anybody successfully solved a parasitic battery draw problem?**
Latest: Burla · 7 minutes ago
General Discussions

**Anyone ever get a Ram with missing trim on one side?**
Latest: 2019RamInSC · 10 minutes ago
Exterior

**Re-gearing needed?**
Latest: 2019RamInSC · 12 minutes ago
General Discussions

J **2022 Ram 1500 Production**
Latest: Jwarren · 14 minutes ago
General Discussions

Forums › Dodge Ram Generations Forum › 5th Gen : 2019 - Present › **Heavy Duty** ›

Ram Forum                                    Contact us   Terms and rules   Privacy policy   Help

Community platform by XenForo® © 2010-2021 XenForo Ltd.

### Members online

AMDPSU, Dustinmc15, RAM_CHAOS, Griz1, Sapper6, MTGranite, SitKneelBend, Plankton, Lyle Longboat, Daboink, tomknack, Narg, Kennyc2680, Quigs1975, Terry L Coleman, mthill, Bob Macknight, lkmiller, RamMan381, Mike Morrow, DoughRat19, jkwick00, RichieW13, allie1204, rjb101, SCADAMON, tidefan1967, walterh, Team Horner, tman1112000, 2019RamInSC, indept, CamperMike,

### Forum statistics

| | |
|---|---|
| Threads: | 169,882 |
| Posts: | 2,537,381 |
| Members: | 115,111 |
| Latest member: | MTGranite |



Case 2:21-cv-12497-LVP-CI ECF No. 1-39, PageID.477 Filed 10/22/21 Page 10 of 10

... and 85 more.

Total: 1,064 (members: 135, guests: 929)
Robots: 799

Share this page

C
Ge hbox for free
Y
N
**H**
Ra d you email ne

Yo on the unsubsc For more
in t our website. ail address,
yo accordance w

Ra platform. By , " you
ac be transferred cessing in
ac Service.

×