# EXHIBIT 39















