# EXHIBIT 40

   



The Cummins 6.7L Turbo Diesel is the most powerful engine option for RAM 2500 and 3500 pickup trucks. Producing up to 400 horsepower and 1,000 pound-feet of clean diesel torque, this powerhouse helps RAM deliver best-in-class towing. Paired with the AISIN AS69RC six-speed automatic transmission, the Cummins-powered RAM 3500 boasts towing capacity in excess of 31,000 pounds.

This legendary engine provides unmatched fuel economy and class-leading 15,000 thousand mile oil change intervals. That's power and reliability you can always count on.

**LEARN MORE ABOUT THE 6.7L TURBO DIESEL**



News    Partners    Careers    Support

© 2021 Cummins Inc., Box 3005, Columbus, IN 47202-3005 U.S.A.

Accessibility    Privacy and Legal    Site Map

