# EXHIBIT 41



  

US AND CANADA



# CUMMINS 6.7L TURBO DIESEL (2021)

Power
**370 - 420** hp
**276 - 313** kW

Torque
**850 - 1075** lb-ft
**1152 - 1458** N•m

Certification
**EPA 2020**

In 2019, we celebrated a 30-year partnership with RAM truck that started with the Cummins 5.9L Turbo Diesel in model year 1989.

The 2021 6.7L Cummins Turbo Diesel brings to the table even more horsepower and torque while maintaining the diesel's historic durability and efficiency.

> Click Here to
> **Contact Sales**

### Applications

Pickup Truck

## Overview:

HD pickup buyers can get an impressive 1,075 lb-ft of torque. This high-output (HO) rating is offered exclusively in the RAM 3500 equipped with the Aisin transmission option. The new high-output engine boasts 420 hp and 1,075 lb-ft of best-in-class torque.

For RAM 2500 and 3500 (equipped with a 68RFE Auto) HP and torque have increased to 370 hp and 850 lb-ft to provide the right power for these models.

**Specifications**   **Ratings**   **Maintenance**



 **US AND CANADA**  

| Bore | 107 mm (4.21 in) | 107 mm (4.21 in) |
| --- | --- | --- |
| Stroke | 124 mm (4.88 in) | 124 mm (4.88 in) |
| Compression Ratio | 16.2 :1 | 19 :1 |
| Engine Wet Weight | 1,070 lbs | 1,071 lbs |
| Aspiration | Turbocharged and Charge Air Cooled | Turbocharged and Charge Air Cooled |
| Fuel System | Bosch HPCR | Bosch HPCR |

Use the full Product Finder to search or filter by product details.



**X15 Performance Series (2021)**

Power　　　　　　　　　　　　　　　　　　　　　　**525 - 565** hp





 US AND CANADA  

## X12 (2021)

| | |
|---|---|
| **Power** | 350 - 500 hp |
| **Torque** | 1250 - 1700 ft-lb |



## X15 Productivity Series (2021)

| | |
|---|---|
| **Power** | 430 - 605 hp |
| **Torque** | 1650 - 2050 ft-lb |





 US AND CANADA  

**Torque**

1450 - 1850 ft-lb



### X15 Productivity Series (2020)

| | |
|---|---|
| **Power** | 430 - 605 hp |
| **Torque** | 1650 - 2050 ft-lb |





 **US AND CANADA**  



### Cummins 6.7L Turbo Diesel (2021)

| | |
|---|---|
| **Power** | **370 - 420** hp |
| **Torque** | **850 - 1075** ft-lb |
| **Certification** | **EPA 2020** |





  

US AND CANADA



**X12 (2018)**

| | |
|---|---|
| **Power** | **350 - 500** hp |
| **Torque** | **1250 - 1700** ft-lb |





  

**US AND CANADA**

| | |
|---|---|
| **Power** | **250 - 320** hp |
| **Torque** | **660 - 1000** ft-lb |
| **Certification** | **EPA 2018** |





  **US AND CANADA** 

