# EXHIBIT 42



# RAM

2019

# RAM 2500/3500

WARRANTY INFORMATION - DIESEL

***IMPORTANT***

*This booklet contains FCA US LLC limited warranties. It should be kept in your vehicle and presented to your Dealer if any warranty service is needed.*

*The warranty text begins on page 4 of this booklet.*

## WARRANTY COVERAGE AT A GLANCE

| DESCRIPTION | 1 Yr/ 12,000 | 2 Yr/ 24,000 | 3 Yr/ 36,000 | 3 Yr/ 50,000 | 3 Yr/ Unlimited | 5 Yr/ 50,000 | 5 Yr/ 100,000 | 5 Yr/ Unlimited | 7 Yr/ 70,000 | 8 Yr/ 80,000 | Lifetime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Basic Limited Warranty Coverage | | | | | | | | | | | |
| **Special Extended Warranty Coverage** | | | | | | | | | | | |
| Anti-Corrosion Perforation Limited Warranty: | | | | | | | | | | | |
| All Panels | | | | | | | | | | | |
| Outer Panels | | | | | | | | | | | |
| Cummins Diesel Engine Components | | | | | | | | | | | |
| Limited Warranty | | | | | | | | | | | |
| Powertrain Limited Warranty | | | | | | | | | | | |
| Federal Emission Warranty - | | | | | | | | | | | |
| Heavy Duty Diesel | | | | | | | | | | | |
| Noise Emission Warranty - Heavy Duty | | | | | | | | | | | |

## TABLE OF CONTENTS

1. Your Legal Rights Under These Limited Warranties . . . . 4

2. What's Covered Under FCA US LLC's Warranties . . 5
   - 2.1 Basic Limited Warranty . . . . 5
   - 2.2 Cummins Diesel Engine Limited Warranty . . . . 8
   - 2.3 Corrosion Warranty . . . . 9
   - 2.4 Powertrain Limited Warranty . . . . 9
   - 2.5 Restraint System Limited Warranty (Vehicles Sold And Registered In The State Of Kansas Only) . . 11

3. What's Not Covered . . . . 12
   - 3.1 Modifications Not Covered . . . . 12
   - 3.2 Environmental Factors Not Covered . . . . 13
   - 3.3 Maintenance Costs Not Covered . . . . 13
   - 3.4 Racing Not Covered . . . . 13
   - 3.5 Certain Kinds Of Corrosion Not Covered . . . . 14
   - 3.6 Other Exclusions . . . . 14
   - 3.7 Total Loss, Salvage, Junk, Or Scrap Vehicles Not Covered . . . . 15
   - 3.8 Restricted Warranty . . . . 15

4. Other Terms Of Your Warranties . . . . 16
   - 4.1 Exchanged Parts May Be Used In Warranty Repairs . . . . 16
   - 4.2 Pre-Delivery Service . . . . 16
   - 4.3 Production Changes . . . . 16

5. Emission Warranties Required By Law . . . . 17
   - 5.1 Federal Vehicle Emission Warranty - 6.7L Diesel Equipped Heavy Duty Truck . . . . 17
   - 5.2 Noise Emission Warranty - Heavy Duty Truck . . 18

6. How To Get Warranty Service . . . . 20
   - 6.1 Where To Take Your Truck . . . . 20
   - 6.2 How To Get Roadside Assistance Service - U.S. Or Canada Only * . . . . 21
   - 6.3 Emergency Warranty Repairs . . . . 23
   - 6.4 Getting Service Under The Federal Emission Warranties . . . . 24

7. How To Deal With Warranty Problems . . . . . . . . . . 25
   7.1 Steps To Take . . . . . . . . . . . . . . . . . . . . . . . . 25
   7.2 Helpful Addresses And Telephone Numbers . . . 28

8. Optional Service Contract . . . . . . . . . . . . . . . . . . 29

9. Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . 30
   9.1 General Information . . . . . . . . . . . . . . . . . . . 30
   9.2 Where To Go For Maintenance . . . . . . . . . . . . 30

# 1. Your Legal Rights Under These Limited Warranties

The warranties contained in this booklet are the only express warranties that FCA US LLC (″FCA US″) makes for your vehicle. **These warranties give you specific legal rights. You may also have other rights that vary from state to state.** For example, you may have some implied warranties, depending on the state where your vehicle was sold or is registered.

These implied warranties are limited, to the extent allowed by law, to the time periods covered by the express written warranties contained in this booklet.

If you use your vehicle primarily for business or commercial purposes, then these implied warranties do not apply and FCA US completely disclaims them to the extent allowed by law. And the implied warranty of fitness for a particular purpose does not apply if your vehicle is used for racing, even if the vehicle is equipped for racing.

**Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.**

## 1.1 Incidental And Consequential Damages Not Covered

**Your warranties don't cover any incidental or consequential damages connected with your vehicle's failure, either while under warranty or afterward.**

Examples of such damages include:

- Lost time;
- Inconvenience;
- The loss of the use of your vehicle;
- The cost of rental vehicles, gasoline, telephone, travel, or lodging;
- The loss of personal or commercial property; and
- The loss of revenue.

**Some states don't allow incidental or consequential damages to be excluded or limited, so this exclusion may not apply to you.**

# 2. What's Covered Under FCA US LLC's Warranties

## 2.1 Basic Limited Warranty

### A. Who Is Covered?

You are covered by the Basic Limited Warranty if you are a purchaser for use of the vehicle.

### B. What's Covered

The Basic Limited Warranty covers the cost of all parts and labor needed to repair any item on your truck when it left the manufacturing plant that is defective in material, workmanship or factory preparation. There is no list of covered parts since the only exceptions are tires and Unwired headphones. You pay nothing for these repairs. These warranty repairs or adjustments — including all parts and labor connected with them — will be made by your dealer at no charge, using new or remanufactured parts.

### C. Items Covered By Other Warranties

The following are covered by separate warranties offered by their makers. They are **not covered** by the Basic Limited Warranty:

- Tires;

- Unwired headphones; or

- Items added or changed after the truck left the manufacturing plant, such as accessories or protection products, or items changed because of customization or van conversion.

Be sure you get a copy of any warranty that applies to these items from your dealer, or from the maker of the product.

### D. Towing Costs Are Covered Under Certain Circumstances

The Roadside Assistance covers the cost of towing your truck to the nearest Chrysler, Dodge, Jeep or Ram dealer if your truck becomes disabled as a result of a mechanical breakdown. If you choose to go to another dealership, you will be responsible for the cost if the extra distance exceeds ten miles. See Section 6.2 for information on how to get towing service in the United States and Canada.

### E. When It Begins

The Basic Limited Warranty begins on either of the following dates, whichever is earlier:

- The date you take delivery of the truck; or
- The date when the truck was first put into service — for example, as a dealer "demo" or as a FCA US company truck.

### F. When It Ends

The Basic Limited Warranty lasts for 36 months from the date it begins or for 36,000 miles on the odometer, whichever occurs first. But the following items are covered only for 12 months or for 12,000 miles on the odometer, whichever occurs first:

- Brakes (rotors, pads, linings, and drums);
- Wiper Blades;
- Clutch Discs or Modular Clutch Assembly (as equipped);
- Windshield and Rear Window; and
- Wheel Alignment and Wheel Balancing.

## G. Registration And Operation Requirements

The Basic Limited Warranty covers your truck only if:

- It was built for sale in the U.S.;
- It's registered in the U.S.;
- It's driven mainly in the U.S. or Canada; and
- It's operated and maintained in the manner described in your Owner's Manual.

## H. If Your Truck Leaves the United States (We Include U.S. Possessions and Territories as Part of the United States for Warranty Purposes):

**EXCEPT WHERE SPECIFICALLY REQUIRED BY LAW, THERE IS NO WARRANTY COVERAGE ON THIS TRUCK IF IT IS SOLD IN OR REGISTERED IN COUNTRIES OTHER THAN THE UNITED STATES.**

This policy does not apply to trucks that have received authorization for export from FCA US. Dealers may not give authorization for export. You should consult an authorized dealer to determine this truck's warranty coverage if you have any questions.

This policy does not apply to trucks registered to U.S. government officials or military personnel on assignment outside of the United States.

## 2.2 Cummins Diesel Engine Limited Warranty

### A. Who Is Covered?

You are covered if your vehicle is equipped with a Cummins Diesel Engine.

### B. What's Covered

The Cummins Diesel Engine Limited Warranty covers the cost of all parts and labor needed to repair a Cummins diesel engine component listed in section 2.2 B below that is defective in workmanship and materials.

The Cummins Diesel Engine Limited Warranty, covers ONLY the following engine parts and components:

- Cylinder Block and all internal parts
- Cylinder Head Assemblies
- Core Plugs
- Fuel Injection Pump & Injectors
- Gaskets and Seals for listed components
- Intake and Exhaust Manifold
- Oil Pan
- Oil Pump
- Timing Gear Drive and/or Chains and Cover
- Turbocharger Housing and Internal Parts
- Valve Covers
- Water Pump And Housing

### C. How Long It Lasts

The Cummins Diesel Engine Limited Warranty lasts for up to five years or 100,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in Section 2.1 E.

### D. Towing Costs Are Covered

The Cummins Diesel Engine Limited Warranty covers the cost of towing your truck to the nearest authorized Chrysler, Dodge, Jeep or Ram dealer if your vehicle cannot be driven because a covered part has failed. If you choose to go to another dealership, you will be responsible for the cost if the extra distance exceeds ten miles. See Section 6.2 for information on how to get towing service in the United States and Canada.

## 2.3 Corrosion Warranty

### A. Who Is Covered?

You are covered if you are a purchaser for use of the vehicle.

### B. What's Covered

This warranty covers the cost of all parts and labor needed to repair or replace any sheet metal panels that get holes from rust or other corrosion. If a hole occurs because of something other than corrosion, this warranty does not apply. Cosmetic or surface corrosion — resulting, for example, from stone chips or scratches in the paint — is not covered. For more details on what isn't covered by this warranty, see 3.5.

### C. How Long It Lasts

The Corrosion Warranty starts when your Basic Limited Warranty begins under 2.1 E. This warranty has two time-and-mileage limits:

- For sheet metal panels, the limit is 36 months, with no mileage limit.
- For an outer-body sheet metal panel — one that is finish-painted and that someone can see when walking around the truck — the limits are five years or unlimited miles on the odometer, whichever occurs first.

### D. What's Not Covered

Please note that while the standard Corrosion Limited Warranty applies to defects in material and/or workmanship, it does not cover the vehicle's matte finish appearance (if equipped).

Maintaining the matte finish appearance is solely the responsibility of the vehicle owner as described in your Owner's Information.

## 2.4 Powertrain Limited Warranty

### A. Who Is Covered?

You are covered by the Powertrain Limited Warranty if you are a purchaser for use of the vehicle.

### B. What's Covered

The Powertrain Limited Warranty covers the cost of all parts and labor needed to repair a powertrain component listed in section 2.4 E below that is defective in workmanship and materials.

### C. How Long It Lasts

The Powertrain Limited Warranty lasts for up to five years or 100,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in Section 2.1 E.

## D. Towing Costs Are Covered

The Roadside Assistance covers the cost of towing your vehicle to the nearest authorized Chrysler, Dodge, Jeep or Ram dealer if your vehicle cannot be driven because a covered part has failed.

If you choose to go to another dealership, you will be responsible for the cost if the extra distance exceeds ten miles. See Section 6.2 for information on how to get towing service in the United States and Canada.

## E. Parts Covered

The Powertrain Limited Warranty covers these parts and components of your vehicle's powertrain supplied by FCA US:

**Transmission:**

Transmission case and all internal parts; torque converter; drive/flex plate; transmission range switch; speed sensors; pressure sensors; transmission control module; bell housing; oil pan; seals and gaskets for listed components only.

NOTE: MANUAL TRANSMISSION CLUTCH PARTS ARE NOT COVERED AT ANY TIME.

**Rear Wheel Drive:**

Rear axle housing and all internal parts; axle shafts; axle shaft bearings; drive shaft assemblies; drive shaft center bearings; universal joints and yokes; seals and gaskets for listed components only.

**Four-Wheel Drive (4X4):**

Transfer case and all internal parts; transfer case control module and shift mode motor assembly; axle housing and all internal parts; axle shafts; axle shaft bearings; drive shafts assemblies (front and rear); drive shaft center bearings; universal joints and yokes; disconnect housing assembly; seals and gaskets for the listed components only.

## F. Other Provisions Of This Powertrain Limited Warranty

All other terms of the New Vehicle Limited Warranty including the Section 1 (Your Rights Under These Limited Warranties) and Section 3 (What's Not Covered) apply to this Powertrain Limited Warranty.

## 2.5 Restraint System Limited Warranty (Vehicles Sold And Registered In The State Of Kansas Only)

For vehicles sold and registered in the State of Kansas, seat belts and related seat belt components are warranted against defects in workmanship and materials for ten years, regardless of mileage. This warranty does not cover replacement of seat belts and related components required as the result of collision.

# 3. What's Not Covered

## 3.1 Modifications Not Covered

### A. Some Modifications Don't Void The Warranties But Aren't Covered

Certain changes that you might make to your truck do not, by themselves, void the warranties described in this booklet. Examples of some of these changes are:

- Installing non-FCA US parts, components, or equipment (such as a non-FCA US radio or speed control); and
- Using special non-FCA US materials or additives.

But your warranties don't cover any part that was not on your truck when it left the manufacturing plant or is not certified for use on your truck. Nor do they cover the costs of any repairs or adjustments that might be caused or needed because of the installation or use of non-FCA US parts, components, equipment, materials, or additives.

Performance or racing parts are considered to be non-FCA US parts. Repairs or adjustments caused by their use are not covered under your warranties.

Examples of the types of alterations not covered are:

- Installing accessories — except for genuine FCA US / MOPAR accessories installed by an authorized Chrysler, Dodge, Jeep or Ram dealer;
- Applying rustproofing or other protection products;
- Changing the vehicle's configuration or dimensions, such as converting the vehicle into a limousine or food service vehicle; or
- Using any refrigerant that FCA US has not approved.

### B. Modifications That WILL Void Your Warranties

These actions will void your warranties:

- Disconnecting, tampering with, or altering the odometer will void your warranties, unless your repairing technician follows the legal requirements for repairing or replacing odometers; or
- Attaching any device that disconnects the odometer will also void your warranties.

## 3.2 Environmental Factors Not Covered

Your warranties don't cover damage caused by environmental factors such as airborne fallout, bird droppings, insect damage, chemicals, tree sap, salt, ocean spray, acid rain, and road hazards. Nor do your warranties cover damage caused by hailstorms, windstorms, tornadoes, sandstorms, lightning, floods, and earthquakes.

Your warranties do not cover conditions resulting from anything impacting the truck. This includes cracks and chips in glass, scratches and chips in painted surfaces, or damage from a collision.

## 3.3 Maintenance Costs Not Covered

Your warranties don't cover the costs of repairing damage caused by poor or improper maintenance. Nor do they cover damage caused by the use of contaminated fuels, or by the use of fuels, oils, lubricants, cleaners or fluids other than those recommended in your Owner's Manual.

The warranties don't cover the costs of your truck's normal or scheduled maintenance — the parts and services that all trucks routinely need. Some of these parts and services, which your warranties don't cover, include:

- Lubrication;
- Engine tune-ups;
- Replacing filters, coolant, spark plugs, bulbs, or fuses (unless those costs result from a covered repair);
- Cleaning and polishing; and
- Replacing worn wiper blades, worn brake pads and linings, or clutch linings.

## 3.4 Racing Not Covered

Your warranties don't cover the costs of repairing damage or conditions caused by racing, nor do they cover the repair of any defects that are found as the result of participating in a racing event.

## 3.5 Certain Kinds Of Corrosion Not Covered

Your warranties don't cover the following:

- Corrosion caused by accident, damage, abuse, or truck alteration;
- Surface corrosion caused by such things as industrial fallout, sand, salt, hail, ocean spray, and stones;
- Corrosion caused by the extensive or abnormal transport of caustic materials like chemicals, acids, and fertilizers; and
- Corrosion of special bodies, body conversions, or equipment that was not on your truck when it left the manufacturing plant or was not supplied by FCA US.

## 3.6 Other Exclusions

Your warranties don't cover the costs of repairing damage or conditions caused by any of the following:

- Fire or accident;
- Abuse or negligence;
- Misuse — for example, driving over curbs or overloading;
- Tampering with the emission systems, or with a part that could affect the emission systems;
- Use of used parts, even if they were originally supplied by FCA US (however, authorized FCA US/MOPAR remanufactured parts are covered);
- Windshield or rear window damage from external objects;
- Any changes made to your truck that don't comply with FCA US; or
- Using any fluid that doesn't meet the minimum recommendations in your Owner's Manual.

## 3.7 Total Loss, Salvage, Junk, Or Scrap Vehicles Not Covered

A truck has no warranty coverage of any kind if:

- The truck is declared to be a total loss by an insurance company;

- The truck is rebuilt after being declared to be a total loss by an insurance company; or

- The truck is issued a certificate of title indicating that it is designated as "salvage," "junk," "rebuilt," "scrap," or some similar word.

FCA US will deny warranty coverage without notice if it learns that a truck is ineligible for coverage for any of these reasons.

## 3.8 Restricted Warranty

Your warranties can also be restricted by FCA US. FCA US may restrict the warranty on your truck if the truck is not properly maintained, or if the truck is abused or neglected, and the abuse or neglect interferes with the proper functioning of the truck. If the warranty is restricted, coverage may be denied or subject to approval by FCA US before covered repairs are performed.

# 4. Other Terms Of Your Warranties

## 4.1 Exchanged Parts May Be Used In Warranty Repairs

In the interest of customer satisfaction, FCA US may offer exchange service on some truck parts. This service is intended to reduce the amount of time your truck is not available for your use because of repairs. Parts used in exchange service may be new, remanufactured, reconditioned, or repaired, depending on the part involved.

All exchange parts that might be used meet FCA US standards, and have the same warranties as new parts.

Examples of the kinds of parts that might be serviced in this way are:

- Engine Assemblies;
- Transmission Assemblies;
- Instrument Cluster Assemblies;
- Radios, CD and DVD Players;
- Speedometers; and
- Powertrain Control Modules.

To help control suspected ozone-depleting agents, the EPA requires the capture, purification, and reuse of automotive air-conditioning refrigerant gases. As a result, a repair to the sealed portion of your air-conditioning system may involve the installation of purified reclaimed refrigerant.

## 4.2 Pre-Delivery Service

A defect in or damage to the mechanical, electrical, sheet-metal, paint, trim, and other components of your truck may have occurred at the factory or while it was being shipped to the dealer.

Such a defect or damage is usually detected and corrected at the factory. In addition, dealers must inspect each truck before delivery. They repair any defects or damage detected before the truck is delivered to you.

## 4.3 Production Changes

Changes may be made in trucks sold by FCA US and its dealers at any time without incurring any obligation to make the same or similar changes on trucks previously built or sold.

# 5. Emission Warranties Required By Law

## 5.1 Federal Vehicle Emission Warranty - 6.7L Diesel Equipped Heavy Duty Truck

### A. Parts Covered For 5 Years Or 50,000 Miles, Whichever Occurs First

Diesel equipped heavy duty trucks are 2500 and 3500 models only.

Federal law requires FCA US to warrant the following emissions parts for 5 years or 50,000 miles, whichever occurs first.

- Air System Controls;
- Charge air cooler and associated plumbing;
- Coolant Temperature sensor;
- DEF system (includes tank, sensors, valves, pump, doser, control module and heater);
- Engine speed, position sensor, and cam position sensor

- Exhaust system (includes catalysts and sensors);
- Electronic fuel injection system, including injector;
- Exhaust manifold;
- Exhaust gas recirculation valve and control system (includes EGR cooler);
- Exhaust pipes (between exhaust manifold and last catalyst);
- Fuel pump, fuel lines and fuel injectors;
- Intake manifold;
- On-board diagnostic-system components;
- NOx sensors and associated modules;
- Particulate Matter Sensor
- Positive Crankcase-Ventilation (PCV) valve or orifice*;
- Powertrain Control Module;
- Transmission-Control Module;
- Turbocharger and Turbocharger Speed Sensor;
- Turbocharger compressor inlet air temperature/ pressure sensor; and

- Wiring harness circuits connected at both ends to emissions warrantable components.

* Where parts are scheduled for replacement as required maintenance, this warranty applies until the first scheduled maintenance point listed in the owner's manual.

## 5.2 Noise Emission Warranty - Heavy Duty Truck

### A. Description Of Coverage

FCA US warrants that this vehicle as manufactured by FCA US, was designed, built and equipped to conform to all applicable U.S. EPA Noise Control Regulations at the time it left FCA US's control.

This warranty covers this vehicle as designed, built and equipped by FCA US, and is not limited to any particular part, component or system of the vehicle manufactured by FCA US. Defects in design, assembly or in any part, component or system of the vehicle as manufactured by FCA US, which, at the time it left FCA US's control, caused noise emissions to exceed Federal standards, are covered by this warranty for the life of the vehicle.

### B. Products Warranted

All vehicles built over 10,000 lbs. Gross Vehicle Weight Rating and manufactured for sale and use in the United States are required to comply with the Federal Government's Exterior Noise Regulations. These vehicles can be identified by the Noise Emission Control Label located in the operator's compartment.

**Vehicle Noise Emission Control Information**
**Date of Vehicle Manufacture**

**This vehicle conforms to U.S. EPA regulations for noise emission applicable to medium and heavy duty trucks.**

**The following acts or the causing thereof by any person are prohibited by the Noise Control Act of 1972: (A) the removal or rendering inoperative, other than for purposes of maintenance, repair, or replacement, of any noise control device or element of design (listed in the Owner's Manual) incorporated into this vehicle in compliance with the Noise Control Act (B) the use of this vehicle after such device or element of design has been removed or rendered inoperative.**

802d4b72

55216044

### C. Tampering With Noise Control System Prohibited

Federal law prohibits the following acts or the causing thereof:

- The removal or rendering inoperative by any person, other than for purposes of maintenance, repair, or replacement, of any device or element of design incorporated into any new vehicle for the purpose of noise control prior to its sale or delivery to the ultimate purchaser or while it is in use; or
- The use of the vehicle after such device or element of design has been removed or rendered inoperative by any person.

Among those acts presumed to constitute tampering are the acts listed below:

- **AIR CLEANER**

  Removal of the air cleaner;

  Removal of the air cleaner filter element from the air cleaner housing; or

  Removal of the air ducting.
- **EXHAUST SYSTEM**

  Removal or rendering inoperative exhaust system components including the muffler or tailpipe.
- **ENGINE COOLING SYSTEM**

  Removal or rendering inoperative the fan clutch; or

  Removal of the fan shroud.

# 6. How To Get Warranty Service

## 6.1 Where To Take Your Truck

### A. In The United States (We Include U.S. Possessions And Territories As Part Of The United States For Warranty Purposes):

Warranty service must be done by an authorized Chrysler, Dodge, Jeep or Ram dealer. We strongly recommend that you take your truck to your Selling Dealer. They know you and your truck best, and are most concerned that you get prompt and high quality service. If you move within the United States, warranty service may be requested from any authorized Chrysler, Dodge, Jeep or Ram dealer.

### B. In Canada And Mexico:

If you are traveling temporarily in Canada or Mexico, and your truck remains registered in the United States, your FCA US warranty still applies. Service may be requested at any authorized Chrysler, Dodge, Jeep or Ram dealership.

### C. In A Foreign Country Outside Of North America:

If you are traveling temporarily outside of North America, and your truck remains registered in the United States:

- You should take your truck to an authorized Chrysler, Dodge, Jeep or Ram dealer. They should give you the same warranty service you receive in the United States.

- If the authorized dealership charges you for repairs which you feel should be covered under your warranty, please get a detailed receipt for the work done. Make sure that this receipt lists all warranty repairs and parts that were involved. (This receipt will be similar to the one used by the dealer who normally services your truck.)

- When your truck returns to the United States, contact the FCA US Customer Assistance Center section 7.2 for reimbursement consideration. You will normally need to provide a copy of the receipt, your truck registration and any other relevant documents.

- Reimbursement will not be considered if the truck does not return to the United States.

### D. If You Move:

If you move to another country, be sure to contact the FCA US Customer Assistance Center section 7.2 and the customs department of the destination country before you move. Vehicle importation rules vary considerably from country to country. You may be required to present documentation of your move to FCA US in order to continue your warranty coverage. You may also be required to obtain documentation from FCA US in order to register your truck in your new country.

### E. Notice:

If your truck is registered outside of the United States, and you have not followed the procedure set out above, your truck will no longer be eligible for warranty coverage of any kind. (Trucks registered to United States government officials or military personnel on assignment outside of the U.S. will continue to be covered.)

## 6.2 How To Get Roadside Assistance Service - U.S. Or Canada Only *

### A. Who Is Covered:

You are covered by the Roadside Assistance services if you are a purchaser for use of the vehicle. The Roadside Assistance services lasts for five years or 100,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in Section 2.1 E.

### B. What To Do:

If your vehicle requires jump start assistance, out of gas/fuel delivery, tire service, lockout service or towing as a result of a mechanical breakdown, call 800-521-2779 for assistance.

Provide your name, vehicle identification number, license plate number, and your location, including the telephone number from which you are calling. Briefly describe the nature of the problem and answer a few simple questions.

* Towing services provided through Cross Country Motor Club, Inc., Medford, MA 02155, except in AK, CA, HI, OR, WI, and WY, where services are provided by Cross Country Motor Club of California, Inc., Medford, MA 02155.

You will be given the name of the service provider and an estimated time of arrival. If you feel you are in an “unsafe situation”, please let us know. With your consent, we will contact local police or safety authorities.

## C. Covered Services:

**Flat Tire Service**

If you are inconvenienced by a flat tire, we will dispatch a service provider to use your vehicle’s temporary spare tire (if equipped) as recommended in your Owner’s Manual. This is not a permanent flat tire repair.

**Out of Gas/Fuel Delivery**

Drivers can’t always count on a gas station being nearby - especially when traveling away from home. We will dispatch a service provider to deliver a small amount of fuel (maximum 2 gallons) to get you to a nearby station.

**Battery Jump Assistance**

No time is a good time for a dead battery, but with Roadside Assistance, you don’t have to worry about being stranded. We will dispatch a service provider to provide you with a battery jump anytime, day or night.

**Lockout Service**

Whether the keys are locked in your vehicle or frozen locks are keeping you from getting on your way, Roadside Assistance can assist you. This service is limited to providing access to the vehicle’s seating area. It does not cover the cost of replacement keys.

**Towing Service**

Our towing service gives you peace of mind and confidence. If your vehicle becomes disabled as a result of a mechanical breakdown, Roadside Assistance will dispatch towing service to transport your vehicle to the closest authorized Chrysler, Dodge, Jeep or Ram dealer. If you choose to go to another dealership, you will be responsible for the cost if the extra distance exceeds ten miles.

**D. If Unable To Contact Roadside Assistance:**

If you are unable to contact Roadside Assistance and you obtain towing services on your own, you may submit your original receipts from the licensed towing or service facility, for services rendered within 30 days of the occurrence. Be sure to include your vehicle identification number, odometer mileage at the time of service and current mailing address. We will process the claim based on vehicle and service eligibility. If eligible, we will reimburse you for the reasonable amounts you actually paid, based on the usual and customary charges for that service in the area where they were provided. FCA US's determination relating to reimbursement are final. Correspondence should be mailed to:

FCA US Towing Assistance
P.O. Box 9145
Medford, MA 02155
Attention: Claims Department

## 6.3 Emergency Warranty Repairs

If you have an emergency and have to get a warranty repair made by someone other than an authorized Chrysler, Dodge, Jeep or Ram dealer, follow the reimbursement procedure in 6.1 C.

## 6.4  Getting Service Under The Federal Emission Warranties

### A.  Further Steps You Can Take, And How To Get More Information

To get warranty service -- even if you're traveling -- take your truck to any Chrysler, Dodge, Jeep or Ram dealer. (FCA US recommends that you take your truck to a dealer who sells the same make of truck as yours.) That dealer will perform any warranty service without charging you for diagnosis, parts or labor.

If you think your dealer has wrongly denied you emission-warranty coverage, follow the steps described in 7.1. FCA US will reply to you in writing within 30 days after receiving your complaint (or within the time limit required by local or state law). If the owner is not notified within 30 days that a warranty claim is denied, the manufacturer must repair the truck free of charge.

If you want more information about getting service under the Federal Emission Warranty, or if you want to report what you think is a violation of these warranties, you can contact:

Manager, Certification and Compliance
Division Warranty Claims
Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Mail Code 6403J
Washington, D. C. 20460

# 7. How To Deal With Warranty Problems

## 7.1 Steps To Take

### A. In General

Normally, warranty problems can be resolved by your authorized dealer's sales or service departments. That's why you should always talk to your authorized dealer's service manager or sales manager first. But if you're not satisfied with your dealer's response to your problem, FCA US recommends that you do the following:

**Step 1:**

Discuss your problem with the owner or general manager of the authorized dealership.

**Step 2:**

If your authorized dealer still can't resolve the problem, contact the FCA US Customer Assistance Center. You'll find the address in section 7.2.

### B. What FCA US Will Do

Once you have followed the two steps described in 7.1 A, a FCA US representative at FCA US headquarters will review your situation. If it's something that FCA US can help you with, FCA US will provide an authorized dealer with all the information and assistance necessary to resolve the problem. Even if FCA US can't help you, FCA US will acknowledge your contact and explain FCA US's position.

### C. If Your Problem Still Isn't Resolved For Customers Residing In Arkansas, Idaho, Kentucky, Minnesota And Montana ONLY:

If you can't resolve your warranty problem after following the two steps described in 7.1 A, and you live in Arkansas, Idaho, Kentucky, Minnesota or Montana ONLY, you can contact the FCA US LLC Customer Arbitration Process in your area.

You may obtain a brochure describing FCA US LLC's Customer Arbitration Process, including an application, by calling

866-726-4636 for assistance.

This service is strictly voluntary, and you may submit your dispute directly to the Customer Arbitration Process (CAP) at no cost. The CAP is administered by an independent dispute settlement organization and may be contacted in writing at the following address:

National Center for Dispute Settlement
FCA US LLC
Customer Arbitration Process
P.O. Box 727
Mt. Clemens, MI 48046

The CAP will need the following information from you:

1. Legible copies of all documents and repair orders relevant to your case,
2. Vehicle identification number of your vehicle,
3. A brief description of your unresolved concern,
4. The identity of your servicing / selling dealer,
5. The date(s) of repair(s) and mileage at the time,
6. Current mileage, and
7. A description of the action you expect to resolve your concern.

Upon receipt of your request:

- The National Center for Dispute Settlement (NCDS) will acknowledge receipt of your request, by mail, within ten days, and advise you whether or not your dispute is within the jurisdiction of the Process.
- When your request is within jurisdiction NCDS will request FCA US and the dealer to present their side of the dispute. You will receive copies of their responses.
- While your dispute is pending NCDS or FCA US may contact you to see if your case can be settled by agreement. If a settlement is offered to you, FCA US will ask you to sign a form that contains that settlement. Your case will then be closed. There is no requirement for you to participate in this settlement process.
- If you requested an oral hearing, a decision-maker will contact you to arrange a convenient time and place for a hearing. Usually, this will be at a dealership near you.
- If you request a documents-only review, a NCDS panel will review and decide your case. Neither you, the dealer nor FCA US need be present.

- NCDS will send you a written Statement of Decision. This statement will include the decision, any action to be taken by the dealer or FCA US and the time by which the action must be taken. The decision will be binding on the dealer and FCA US but not on you unless you accept the decision.
- If any action is required on the part of the dealer or FCA US you will be contacted within ten days after the date by which the dealer or FCA US must act to determine whether performance has been rendered.
- The entire dispute settlement process will normally take no longer than 40 days.
- The CAP dispute settlement procedure does not take the place of any state or Federal legal remedies available to you. Whether or not you decide to submit your dispute to the Process, you are free to pursue other legal remedies.

### D. Notice Under State Lemon Laws

Some states have laws allowing you to get a replacement truck or a refund of the truck's purchase price under certain circumstances. These laws vary from state to state. If your state law allows, FCA US requires that you first notify us in writing of any service difficulty that you may have experienced so that we can have a chance to make any needed repairs before you are eligible for remedies provided by these laws. In all other states, we ask that you give us written notice of any service difficulty. Send your written notice to the FCA US Customer Assistance Center at the address in 7.2.

## 7.2 Helpful Addresses And Telephone Numbers

Here are the addresses and telephone numbers of the FCA US Customer Assistance Center that can help you wherever you happen to be. Contact the one that covers your area:

- **In United States:**

  **FCA US Customer Assistance Center**
  P.O. Box 21-8004
  Auburn Hills, Michigan 48321-8004

  Phone Number: 866-726-4636

  **To contact FCA US by email,**

  simply access the following website:
  www.ramtrucks.com
  (click on the ″Contact Us″ button)

- **In Canada:**

  **FCA Canada Inc.**
  **Customer Service**
  Chrysler Centre
  P.O. Box 1621
  Windsor, Ontario N9A-4H6

  Phone Number (English): 800-465-2001

  Phone Number (French): 800-387-9983

- **In Mexico:**

  **Customer Relations Office**
  Prolongación Paseo de la Reforma 1240
  Santa Fe, Cuajimalpa C.P. 05348
  Ciudad de México

  Phone Number (in Mexico): 800-505-1300

  Phone Number (outside Mexico): +(52) 55 50817568

- **In Puerto Rico and U.S. Virgin Islands:**

  **Customer Service**
  FCA Caribbean LLC
  Box 191857
  San Juan, Puerto Rico 00919-1857

  Phone Number: 866-726-4636

  Fax Number: (787) 782-3345

## 8. Optional Service Contract

Mopar Vehicle Protection plans offer valuable protection against repair costs when these warranties no longer apply. They complement but don't replace the warranty coverages outlined in this booklet. A variety of plans are available, covering various time-and-mileage periods and various groups of the vehicle's mechanical components.

Mopar Vehicle Protection plans are the ONLY vehicle extended protection plans authorized, endorsed and backed by FCA US LLC to provide additional protection beyond your vehicle's warranty. Look for our Brand logo and ask an authorized dealer for details.



# 9. Maintenance

## 9.1 General Information

It's your responsibility to properly maintain and operate your new truck. Follow the instructions contained in the General and Scheduled Maintenance Service guidelines in your Owner's Manual. Regular, scheduled maintenance is essential to trouble-free operation. If there is a dispute between you and FCA US concerning your maintenance of your truck, FCA US will require you to provide proof that your truck was properly maintained.

For your convenience, FCA US has prepared a Maintenance Schedule with routine service intervals which is included in your Owner's Manual. Its essential to follow these required maintenance intervals for safe trouble-free operation.

## 9.2 Where To Go For Maintenance

FCA US recommends that you return to the dealer from whom you bought your truck for all maintenance service both during and after the warranty periods. Although you can get warranty service from any dealer who sells your particular make, returning to your selling dealer will help ensure that all your service needs are met and that you're completely satisfied. The dealership technicians are specifically trained to proficiently perform maintenance and repair procedures on your truck.

Authorized Chrysler, Dodge, Jeep or Ram dealers will help ensure that all your service needs are met and that you're completely satisfied.

FCA US strongly recommends you use genuine FCA US/MOPAR parts to maintain your truck.

NOTES

## NOTES

Original Owner's Name

Street Address

City and State                                        Zip Code

Vehicle Identification Number

Warranty Start Date (In-Service Date)          Mileage at Delivery

Selling Dealer                                        Code

City                                                  State

Second Owner's Name

Street Address

City and State                                        Zip Code

Date of Second Purchase              Mileage at Purchase

Third Owner's Name

Street Address

City and State                                        Zip Code

Date of Third Purchase               Mileage at Purchase

Warranty coverage applies to all vehicle owners. To protect you in the event of a recall or any questions concerning your warranty, please tell your dealer about any ownership or address change, and write the details here.



19GEND2DJD-026-AA
©2018 FCA US LLC. ALL RIGHTS RESERVED.
RAM IS A REGISTERED TRADEMARK OF FCA US LLC.

FIRST EDITION
PRINTED IN THE U.S.A.

