UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY SHARP, et al.,
Individually and on behalf
of themselves and all others
similarly situated,

      Plaintiffs,

v.

                                            Civil Case No. 21-12497
                                            Honorable Linda V. Parker

FCA US LLC, f/k/a Chrysler
Group, STELLANTIS N.V., and
CUMMINS, INC.,

      Defendants.
_____/

## **JUDGMENT**

On October 22, 2021, Plaintiffs filed this putative nationwide class action against Defendants, who subsequently filed motions to dismiss. In an Opinion and Ordered entered on this date, the Court granted Defendants' motions, in part, concluding that Plaintiffs' claims should be dismissed on grounds of prudential mootness.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Second Amended Complaint is

**DISMISSED WITHOUT PREJUDICE**.

                                                                         s/ Linda V. Parker  
                                                                         LINDA V. PARKER  
                                                                         U.S. DISTRICT JUDGE

Dated: October 25, 2022